Form ntcdef (11/2012)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:     CLI Holdings Inc

         Debtor(s).

Case No.: 13–19746–KAO
Chapter: 11

## NOTICE OF DEFICIENT FILING

### Missing Taxpayer ID (ITIN or EIN number)

**NOTICE IS HEREBY GIVEN TO THE DEBTOR** that the above referenced case, filed on **November 1, 2013**, contains one or more filing deficiencies which must be corrected. **Failure to file the missing document(s) with the court on or before the deadline(s) stated below may result in the dismissal of this case without further notice.**

**DEADLINE TO CORRECT THE FOLLOWING DEFICIENCIES:**     **November 12, 2013**

Statement of Social Security Number (Form 21)


**DEADLINE TO CORRECT THE FOLLOWING DEFICIENCIES:**     **November 15, 2013**

Summary of Schedules and Statistical Summary of Certain Liabilities (Form 6)
Schedule A–Real Property
Schedule B–Personal Property
Schedule D–Creditors Holding Secured Claims
Schedule E–Creditors Holding Unsecured Priority Claims
Schedule F–Creditors Holding Unsecured Nonpriority Claims
Schedule G–Executory Contracts and Unexpired Leases
Schedule H–Codebtors
Schedule I–Current Income of Debtor(s)
Schedule J–Current Expenditures of Debtor(s)
Statement of Financial Affairs (Form 7)

**CREDIT COUNSELING REQUIREMENT:**

Not Applicable


DATED: **November 4, 2013**

                                                                                     Mark L. Hatcher
                                                                                   Clerk of the Bankruptcy Court


*Personal checks tendered for payment of filing fees will not be accepted from Debtor(s). The court also does not*

*accept credit or debit cards
from Debtor(s). Please submit your payment in the form of a cashier's check or money order made payable to the
U.S. Bankruptcy Court.*

Additional information, rules and forms may be obtained from the court's website at www.wawb.uscourts.gov.