Judge Karen A. Overstreet
Chapter 11

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| In re | No. 13-19746 |
|---|---|
| CLI HOLDINGS, INC., | NOTICE OF APPEARANCE |
| Debtor. | |

TO:  DEBTOR; and

TO:  CLERK OF THE COURT

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), Thomas A. Buford III hereby enters his appearance on behalf of the Acting United States Trustee for Region 18.

PLEASE TAKE FURTHER NOTICE that the Acting United States Trustee hereby requests that copies of any documents, except proofs of claim, be served on:

>Thomas A. Buford III
>Attorney for the United States Trustee
>United States Courthouse
>700 Stewart Street, Suite 5103
>Seattle, WA 98101-1271

DATED this 4th day of November, 2013.

Respectfully submitted,

GAIL BREHM GEIGER
Acting United States Trustee for Region 18

/s/ Thomas A. Buford
THOMAS A. BUFORD III, Missouri Bar # 56460
Attorney for the United States Trustee

NOTICE OF APPEARANCE

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)