```
                          United States Bankruptcy Court
                          Western District of Washington
In re:                                                              Case No. 13-19746-KAO
CLI Holdings Inc                                                    Chapter 11
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0981-2     User: suyingl          Page 1 of 1         Date Rcvd: Nov 04, 2013
                         Form ID: b9f           Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2013.
```
db          +CLI Holdings Inc,    900 Winslow Way East, Suite 100,    Bainbridge Island, WA 98110-2451
aty         +Thomas A Buford,    700 Stewart St Ste 5103,    Seattle, WA 98101-4438
smg         +Attorney General's Office,    Bankruptcy & Collections Unit,    800 5th Ave Ste 2000,
              Seattle, WA 98104-3188
954783367   +BTC Holdings LLC,    3350 Scott Blvd. Suite 32,    Santa Clara, CA 95054-3118
954783365   +Bitcoin Opportunity Fund LLC,    5 East 22 Street, PH4,    New York, NY 10010-5315
954783366   +Bitvestment Partners LLC,    c/o Reyhani Nemirovsky LLP,    200 Park Ave. 17th Floor,
              New York, NY 10166-0004
954783368   +Christopher Koss,    3614 Hunts Point Road,    Bellevue, WA 98004-1114
954783369   +Coinlab, Inc.,    900 Winslow Way East,    Suite 100,    Bainbridge Islan, WA 98110-2451
954783370   +Dalsa Barbour LLC,    315 West 36th Street, Apt. 18B,    New York, NY 10018-6404
954783373   +Joel Yarmon,    2882 Sandhill Park,    Menlo Park, CA 94025-7064
954783374   +Peter Vessenes,    7561 Emerald Way,    Bainbridge Islan, WA 98110-2011
954783375   +Robert F. Seidensticker IIT,    909 Fifth Avenue, Suite 1901,    Seattle, WA 98164-2038
954783376   +Securities & Exchange Conunissi,    Attn: Bankruptcy Counsel,    5670 Wilshire Blvd. llth Fl.,
              Los Angeles, CA 90036-5679
954783377   +Soule Investments,    5220 S Kimbark Avenue, Apt.  I,    Chicago, IL 60615-4036
954783378   +Timotliy C. Draper LT,    2882 Sandhill Park,    Menlo Park, CA 94025-7064
954783379    XRay Holdings LLC,    188 Quay Street, Level 27,    Auckland CBD, New Zealand 101
954783380    XRay Holdings LLC,    188 Quay Streetm Level 27,    Auckland CBD, New Zealand 101
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: dglynnlevin@kellerrohrback.com Nov 05 2013 00:28:20      Deirdre Glynn Levin,
              Keller Rohrback LLP,    1201 Third Avenue #3200,    Seattle, WA  98101
smg          EDI: IRS.COM Nov 05 2013 00:33:00      Internal Revenue Service,
              Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA  19101-7346
smg         +E-mail/Text: LAROBankruptcy@SEC.gov Nov 05 2013 00:28:47      Securities and Exchange Commission,
              Bankruptcy Counsel,    5670 Wilshire Blvd,    11th Floor,    Los Angeles, WA 90036-5627
smg          EDI: WADEPREV.COM Nov 05 2013 00:33:00      State of Washington,    Department of Revenue,
              2101 4th Ave, Ste 1400,    Seattle, WA  98121-2300
ust          E-mail/Text: USTPREGION18.SE.ECF@USDOJ.GOV Nov 05 2013 00:28:33      United States Trustee,
              700 Stewart St Ste 5103,    Seattle, WA 98101-4438
954783371   +EDI: WADEPREV.COM Nov 05 2013 00:33:00      Department of Revenue,    Bankruptcy Claims Unit,
              2101 Fourth Avenue, Suite 1400,    Seattle, WA 98121-2379
954783372    EDI: IRS.COM Nov 05 2013 00:33:00      Internal Revenue Service,    Centeralized Insolvency,
              PO Box 21126,    Philadelphia, PA 19114
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 4, 2013 at the address(es) listed below:
```
              Deirdre Glynn Levin    on behalf of Debtor    CLI Holdings Inc dglynnlevin@kellerrohrback.com,
               dmarshall@kellerrohrback.com;kengle@kellerrohrback.com
              Thomas A Buford    on behalf of US Trustee    United States Trustee Thomas.A.Buford@usdoj.gov,
               Young-Mi.Petteys@usdoj.gov;Tara.Maurer@usdoj.gov;Martha.A.VanDraanen@usdoj.gov
              United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                              TOTAL: 3
```

# UNITED STATES BANKRUPTCY COURT
Western District of Washington

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines
## Notice of Ex Parte Motion to Dismiss if Debtor Fails to Appear at the Sec. 341 Meeting

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on **November 1, 2013**.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
CLI Holdings Inc
dba Alydian Inc, *a Corporation*
900 Winslow Way East, Suite 100
Bainbridge Island, WA 98110

Case Number:   13−19746−KAO
Office Code:     2

Social Security/Individual Taxpayer ID/Employer Tax ID/Other nos:

Attorney for Debtor(s) (name and address):
Deirdre Glynn Levin
Keller Rohrback LLP
1201 Third Avenue #3200
Seattle, WA 98101
Telephone number:   206−623−1900

## Meeting of Creditors
Date: **December 3, 2013**            Time: **11:00 AM**
Location: **US Courthouse, Room 4107, 700 Stewart St, Seattle, WA 98101**

## Deadline to File a Proof of Claim
Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:

Notice of deadline will be sent at a later time.

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts: February 3, 2014**

## Creditors May Not Take Certain Actions:
Generally, the filing of the bankruptcy case automatically stays certain collection and other actions against the Debtor and the Debtor's property. There are some exceptions provided for in 11 U.S.C. § 362. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Address of the Bankruptcy Clerk's Office:**
700 Stewart St, Room 6301
Seattle, WA 98101
Telephone number: 206−370−5200

Hours Open: Monday − Friday 8:30 AM − 4:30 PM

**For the Court:**
Clerk of the Bankruptcy Court:
Mark L. Hatcher

This case has been assigned to Judge Karen A. Overstreet.
Date: November 4, 2013

# EXPLANATIONS

Case Number 13–19746–KAO

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on the plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Notice Re: Dismissal | If the Debtor fails to file required schedules, statements or lists within 14 days from the date the petition was filed, the U.S. Trustee will apply for an ex parte order of dismissal on the seventh day after the deadline passes. If the Debtor or joint Debtor fails to appear at the meeting of creditors, the U.S. Trustee will apply ex parte for an order of dismissal seven days after the date scheduled for the meeting of creditors, or the date of any rescheduled or continued meeting. **This is the only notice you will receive of the U.S. Trustee's Motion to Dismiss the case.** If you wish to oppose the dismissal, you must file a written objection within seven days after the applicable deadline passes, i.e. 14–day deadline or date of meeting of creditors. |

Refer to Other Side for Important Deadlines and Notices