```
                          United States Bankruptcy Court
                          Western District of Washington
In re:                                                              Case No. 13-19746-KAO
CLI Holdings Inc                                                    Chapter 11
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0981-2         User: ethelb           Page 1 of 1          Date Rcvd: Nov 04, 2013
                             Form ID: ntcdef        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2013.
db          +CLI Holdings Inc,    900 Winslow Way East, Suite 100,    Bainbridge Island, WA 98110-2451

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2013 at the address(es) listed below:
              Deirdre  Glynn Levin    on behalf of Debtor    CLI Holdings Inc dglynnlevin@kellerrohrback.com,
               dmarshall@kellerrohrback.com;kengle@kellerrohrback.com
              United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                              TOTAL: 2

Form ntcdef (11/2012)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:    CLI Holdings Inc

       Debtor(s).

Case No.: 13−19746−KAO
Chapter: 11

## NOTICE OF DEFICIENT FILING

Missing Taxpayer ID (ITIN or EIN number)

**NOTICE IS HEREBY GIVEN TO THE DEBTOR** that the above referenced case, filed on **November 1, 2013**, contains one or more filing deficiencies which must be corrected. **Failure to file the missing document(s) with the court on or before the deadline(s) stated below may result in the dismissal of this case without further notice.**

**DEADLINE TO CORRECT THE FOLLOWING DEFICIENCIES:**    **November 12, 2013**

Statement of Social Security Number (Form 21)

**DEADLINE TO CORRECT THE FOLLOWING DEFICIENCIES:**    **November 15, 2013**

Summary of Schedules and Statistical Summary of Certain Liabilities (Form 6)
Schedule A−Real Property
Schedule B−Personal Property
Schedule D−Creditors Holding Secured Claims
Schedule E−Creditors Holding Unsecured Priority Claims
Schedule F−Creditors Holding Unsecured Nonpriority Claims
Schedule G−Executory Contracts and Unexpired Leases
Schedule H−Codebtors
Schedule I−Current Income of Debtor(s)
Schedule J−Current Expenditures of Debtor(s)
Statement of Financial Affairs (Form 7)

**CREDIT COUNSELING REQUIREMENT:**

Not Applicable

DATED: **November 4, 2013**

                                          Mark L. Hatcher
                                          Clerk of the Bankruptcy Court

*Personal checks tendered for payment of filing fees will not be accepted from Debtor(s). The court also does not*

*accept credit or debit cards*
*from Debtor(s). Please submit your payment in the form of a cashier's check or money order made payable to the*
*U.S. Bankruptcy Court.*

Additional information, rules and forms may be obtained from the court's website at www.wawb.uscourts.gov.