UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>CLI HOLDINGS, INC. dba ALYDIAN, Inc.,<br><br>Debtor. | NO. 13-19746<br><br>DEBTOR'S *EX PARTE* MOTION FOR ORDER CHANGING CAPTION TO CORRECT DBA |

CLI Holdings Inc. dba Alydian, Debtor-In-Possession in the above-captioned chapter 11 case (the "Debtor"), submits this *ex parte* motion for entry of an order changing the caption of this chapter 11 case to reflect the correct Debtor's DBA.

The Motion is submitted pursuant to Fed. R. Bankr. P 1005 and 2002(n), and LBR 1009-1 and 9013-1(g).

In support of this motion, Debtor respectfully represents as follows:

1. On November 1, 2013 Debtor filed a voluntary petition under chapter 11 of the Bankruptcy Code.

2. "Alydian" was erroneously entered as "Alydian, Inc." at the time of filing.

3. Debtor respectfully requests the Court enter an order changing the caption of this Bankruptcy Case to read as follows:

DEBTOR'S *EX PARTE* MOTION FOR ORDER CHANGING CAPTION TO CORRECT DBA (13-19746) Page - 1

\\KRFILE\DATA\CLIENTS\29744\1\PLEADINGS\MTNCHANGEDEBTORNAME.DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Case 13-19746-KAO    Doc 8    Filed 11/13/13    Ent. 11/13/13 13:41:00    Pg. 1 of 2

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re: ) NO. 13-19746
)
CLI HOLDINGS, INC. dba ALYDIAN, )
)
          Debtor. )
)

    4.    Notice of this Motion has been provided only to the Office of the United States trustee.

DATED this 13th day of November, 2013.

                      KELLER ROHRBACK L.L.P.

                      By */s/Deirdre Glynn Levin*
                      Deirdre P. Glynn Levin, WSBA #24226
                      Attorneys for Debtor CLI Holdings, Inc. dba Alydian

DEBTOR'S *EX PARTE* MOTION FOR ORDER CHANGING CAPTION TO CORRECT DBA (13-19746) Page - 2

\\KRFILE\DATA\CLIENTS\29744\1\PLEADINGS\MTNCHANGEDEBTORNAME.DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Case 13-19746-KAO   Doc 8   Filed 11/13/13   Ent. 11/13/13 13:41:00   Pg. 2 of 2