Law Offices of
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| In Re: | ) | NO. 13-19746 |
| | ) | |
| CLI HOLDINGS, INC. dba ALYDIAN, Inc., | ) | *EX PARTE* ORDER GRANTING |
| | ) | MOTION FOR ORDER CHANGING |
| Debtor. | ) | CAPTION TO CORRECT DBA |
| | ) | |

This matter has come before the Court on the Debtor's *Ex Parte* Motion for Order Changing Caption to Correct DBA. The Court has considered the pleadings, the records and files in this case, and finds that the proposed order is in the best interest of the estate and the creditors. NOW, THEREFORE, it is hereby

ORDERED that the caption be changed as follows:

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| In Re: | ) | NO. 13-19746 |
| | ) | |
| CLI HOLDINGS, INC. dba ALYDIAN, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

///END OF ORDER///

Presented by:

KELLER ROHRBACK L.L.P.

By: */s/Deirdre Glynn Levin*
Deirdre Glynn Levin, WSBA #24226
Attorneys for Debtor CLI Holdings, Inc. dba Alydian

*EX PARTE* ORDER EXPARTE ORDER GRANTING MOTION FOR ORDER CHANGING CAPTION TO CORRECT DBA (13-19746) Page - 2

\\KRFILE\DATA\CLIENTS\29744\1\PLEADINGS\ORDCHANGEDEBTORNAME.DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Case 13-19746-KAO    Doc 8-1    Filed 11/13/13    Ent. 11/13/13 13:41:00    Pg. 2 of 2