UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| In Re: | ) | NO. 13-19746 |
| | ) | |
| CLI HOLDINGS, INC. dba ALYDIAN, | ) | ORDER GRANTING MOTION TO |
| | ) | REJECT EXECUTORY CONTRACTS |
| Debtor. | ) | |
| | ) | |

This matter came before the Court on for hearing on December 6, 2013 on the Debtor's Motion for Order to Reject Executory Contracts (the "Motion").

The Court, considered the Motion, the proposed order, the Declaration of Peter Vessenes in support and attached exhibits, any objection to the Motion, the records and files in this case, and the argument of counsel, Deirdre Glynn Levin and Keller Rohrback L.L.P. for the Debtor, and finding that entry of the proposed order is in the best interest of the estate, NOW, THEREFORE, it is hereby

ORDERED that the Debtor's executory contracts with each customer as set forth on Exhibit A hereto are rejected, effective the date of entry of this order:

/ / /END OF ORDER/ / /

ORDER GRANTING MOTION TO REJECT EXECUTORY
CONTRACTS (13-19746) Page - 1

N:\CLIENTS\29744\1\PLEADINGS\EXECUTORYCONTRACTS\ORDER.111513.DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Case 13-19746-KAO    Doc 12-1    Filed 11/15/13    Ent. 11/15/13 16:34:02    Pg. 1 of 2

Presented by:

KELLER ROHRBACK L.L.P.

By: */s/Deirdre Glynn Levin*
　　Deirdre Glynn Levin, WSBA #24226
　　Attorneys for Debtor CLI Holdings, Inc. dba Alydian

ORDER GRANTING MOTION TO REJECT EXECUTORY
CONTRACTS (13-19746) Page - 2

N:\Clients\29744\1\Pleadings\executorycontracts\Order.111513.doc

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Case 13-19746-KAO    Doc 12-1    Filed 11/15/13    Ent. 11/15/13 16:34:02    Pg. 2 of 2