| Date | Customer | USD | Rate | Bitcoins | Exhibit |
|---|---|---|---|---|---|
| | CLI Holdings Inc. dba Alydian | | | | |
| | Presale Service Agreements USD & BTCs Info | | | | |
| 12/13/2012 | Christopher Koss | $3,450.00 | $6.90000 | 500.00000000 | A |
| 12/13/2012 | Robert F. Seidensticker III | $6,210.00 | $6.90000 | 900.00000000 | B |
| 12/13/2012 | Brian Cartmell | $100,000.00 | $6.90000 | 14,492.7536231884 | C |
| 12/21/2012 | Barry Silbert | $36,795.00 | $7.35900 | 5,000.00000000 | D |
| 1/15/2013 | Soule Investments LLC | $50,000.00 | | 6,734.0067340067 | E |
| 8/14/2013 | Dalsa Barbour LLC | $75,000.00 | | 7,974.00673500 | F |
| 12/20/2012 | Joel Yarmon | $6,000.00 | $6.90000 | 869.56521739 | G |
| 12/20/2012 | Sunshine Network Limited | $200,000.00 | $7.30400 | 27,382.25629792 | H |
| 12/20/2012 | Peter Vessenes | $40,000.00 | $6.90000 | 5,797.10144928 | I |
| 12/20/2012 | Timothy C. Draper Living Trust | $250,000.00 | $7.90000 | 36,231.84405797 | J |
| 12/14/2012 | Jon Chin | $2,000.00 | $6.90000 | 289.85507246 | K |
| | **Total** | **$769,455.00** | | **106,171.38918722** | |