The Honorable Karen A. Overstreet
Chapter: 11
Hearing Date: December 6, 2013
Hearing Time: 9:30 am
Response Date: November 29, 2013

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re: )
) Case No. 13-19746-KAO
CLI HOLDINGS, INC. dba ALYDIAN, )
) NOTICE OF HEARING ON MOTION TO
Debtor. ) REJECT EXECUTORY CONTRACTS
)

PLEASE TAKE NOTICE that the Hearing on Motion to Reject Executory Contracts is SET FOR HEARING as follows:

| JUDGE: Honorable Karen A. Overstreet | TIME: 9:30 a.m. |
|---|---|
| PLACE: U.S. Courthouse, Courtroom 7206<br>700 Stewart Street<br>Seattle, WA 98101-1271 | DATE: December 6, 2013 |

IF YOU OPPOSE the Motion, you must file your written response with the clerk of the court, serve a copy on the Judge's chambers (if more than 25 pages) and deliver copies to the undersigned NOT LATER THAN THE RESPONSE DATE, which is **November 29, 2013**. IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION WITHOUT FURTHER NOTICE, and strike the hearing.

NOTICE OF HEARING ON MOTION TO REJECT
EXECUTORY CONTRACTS (13-19746-KAO) Page - 1

N:\Clients\29744\1\Pleadings\executorycontracts\NoteMtnRejExcCont.doc

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Case 13-19746-KAO    Doc 14    Filed 11/15/13    Ent. 11/15/13 16:42:49    Pg. 1 of 2

| | |
|---|---|
| 1 | DATED this 15th day of November, 2013. |
| 2 | KELLER ROHRBACK L.L.P. |

By: */s/Deirdre P. Glynn Levin*
    Deirdre P. Glynn Levin, WSBA #24226
    Attorneys for Debtor

NOTICE OF HEARING ON MOTION TO REJECT
EXECUTORY CONTRACTS (13-19746-KAO) Page - 2

N:\Clients\29744\1\Pleadings\executorycontracts\NoteMtnRejExcCont.doc

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Case 13-19746-KAO    Doc 14    Filed 11/15/13    Ent. 11/15/13 16:42:49    Pg. 2 of 2