UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>CLI HOLDINGS, INC. dba ALYDIAN,<br><br>Debtor. | Case No. 13-19745-KAO<br><br>DECLARATION OF SERVICE REGARDING MOTION TO REJECT EXECUTORY CONTRACTS |

I, Keeley Engle, declare as follows:

1. I am a legal assistant at Keller Rohrback L.L.P., counsel for the Debtor.

2. On November 15, 2013, I electronically filed with the Clerk of the Court, using the CM/ECF system, and mailed via U.S. First Class mail, postage prepaid, a copy of the following four pleadings, thereby effecting service upon the matrix attached hereto as **Exhibit A:** (1) Motion to Reject Executory Contracts; (2) Declaration of Peter Vessenes In Support Of Motion To Reject Executory Contracts; (3) Note for Hearing; and (4) Proposed Order Granting Motion to Reject Executory Contracts. I also served the following ECF participant in this case:

Thomas A Buford   Thomas.A.Buford@usdoj.gov.

I certify under penalty of perjury that the foregoing is true and correct.

Signed this 15th day of November, 2013, at Seattle, Washington.

/s/Keeley Engle
Keeley Engle

DECLARATION OF SERVICE REGARDING MOTION TO
REJECT EXECUTORY CONTRACTS (13-19745-KAO) Page - 1

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\CLIENTS\29744\1\PLEADINGS\EXECUTORYCONTRACTS\SERVICE.DECL.DOC

Case 13-19746-KAO   Doc 15   Filed 11/15/13   Ent. 11/15/13 16:46:22   Pg. 1 of 1