The Honorable Karen A. Overstreet
Chapter: 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 13-19745-KAO |
| CLI HOLDINGS, INC. dba ALYDIAN, ) | |
| ) | DECLARATION OF SERVICE |
| Debtor. ) | REGARDING NOTICE OF 341 |
| ) | MEETING OF CREDITORS |

I, Keeley Engle, declare as follows:

1. I am a legal assistant at Keller Rohrback L.L.P., counsel for the Debtor.

2. On November 15, 2013, I mailed via U.S. First Class mail, postage prepaid, a copy of the 341 Notice of Chapter 11 Bankruptcy Case (Pl. 5) to the addresses listed on **Exhibit A**.

I certify under penalty of perjury that the foregoing is true and correct.

Signed this 15th day of November, 2013, at Seattle, Washington.

*/s/Keeley Engle*
Keeley Engle

DECLARATION OF SERVICE REGARDING NOTICE OF 341
MEETING OF CREDITORS (13-19745-KAO) Page - 1

N:\CLIENTS\29744\1\PLEADINGS\SERVDECLRE341MEETING.DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Case 13-19746-KAO    Doc 16    Filed 11/15/13    Ent. 11/15/13 16:49:08    Pg. 1 of 1