Reyhani Nemirovsky LLP
200 Park Avenue, 17th Floor
New York, NY 10116


Barry Silbert
5 East 22nd Street #PH-H
New York, NY 10010


Brian Cartmell
Level 27/188 Quay Street
Auckland CBD 1010
New Zealand


Christopher Koss
3614 Hunts Point Road
Bellevue, WA 98004


CoinLab, Inc.
900 Winslow Way East, #100
Bainbridge Island WA 98110


Dalsa Barbour LLC
315 West 36th Street, Apt. 18B
New York, NY 10018


Department of Revenue Bankruptcy Claims
Unit 2101 Fourth Avenue, Suite 1400
Seattle, WA 98121


Internal Revenue Service Centralized Insolvency
PO Box 21126
Philadelphia, PA 19114


Joel Yarmon
2882 Sand Hill Road, Suite 150
Menlo Park, CA 94025


Jon Chin
14707 NE 44th Place, #Q-12
Bellevue, WA 98007

Peter Vessenes
7561 Emerald Way
Bainbridge Island WA 98110


Robert F. Seidensticker III
909 Fifth Avenue, Suite 1901
Seattle, WA 98104


Soule Investments LLC
5220 S. Kimbark Avenue, Apt. 1
Chicago, IL 60615


Sunshine Network Limited
Unit 5, 27th Fl. 109 Argyle St
Mong Kok Kowloon N. T.
Hong Kong, Peoples Republic of China


Timothy Draper Living Trust
Attention: Trustee
2882 Sand Hill Park
Menlo Park, CA 94025


XRAY Holdings Limited
188 Quay Street, Level 27
Auckland CBD, New Zealand 101