**Below is the Order of the Court.**



_____
Karen A. Overstreet
U.S. Bankruptcy Judge
**(Dated as of Entered on Docket date above)**

_____

Form odsm

## UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

Case No.: 13−19746−KAO
Chapter: 11

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   CLI Holdings Inc
   dba Alydian Inc, *a Corporation*
   900 Winslow Way East, Suite 100
   Bainbridge Island, WA 98110

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:

### ORDER DISMISSING CASE

This matter having come before the Court and based on a review of the records and files herein, it is

ORDERED that this case is dismissed due to:

☐ The debtor's failure to file required schedules.
☐ The debtor's failure to pay the filing fee.
☐ The debtor's failure to attend the meeting of creditors.
☐ The debtor's failure to comply with a show cause order.
☑ The debtor's failure to meet minimum filing requirements.
☑ Other: **Debtor failed to file Social Security Number/Taxpayer I.D.**

Any unpaid fees remain due and owing to the Clerk of the Bankruptcy Court.

///End of Order///