**Below is the Order of the Court.**

Karen A. Overstreet
U.S. Bankruptcy Judge
**(Dated as of Entered on Docket date above)**

_____

Form ovacdsm (10/2009)

**UNITED STATES BANKRUPTCY COURT**
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:

    CLI Holdings Inc

    Debtor(s).

Case Number: 13–19746–KAO
Chapter: 11

### ORDER VACATING ORDER OF DISMISSAL

An Order dismissing this case was entered on **November 18, 2013.**

The Court finds good cause to vacate the Order of Dismissal due to **Statement of Taxpayer Identification Number was filed**. It is

ORDERED that the Order of Dismissal is vacated.

///End of Order///