```
                    United States Bankruptcy Court
                    Western District of Washington
```

In re:                                                          Case No. 13-19746-KAO
CLI Holdings Inc                                                Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0981-2          User: suyingl           Page 1 of 1            Date Rcvd: Nov 18, 2013
                              Form ID: pdfltd         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2013.
db             +CLI Holdings Inc,    900 Winslow Way East, Suite 100,    Bainbridge Island, WA 98110-2451

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2013                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2013 at the address(es) listed below:
              Deirdre  Glynn Levin    on behalf of Debtor    CLI Holdings Inc dglynnlevin@kellerrohrback.com,
               dmarshall@kellerrohrback.com;kengle@kellerrohrback.com
              Thomas A Buford    on behalf of US Trustee    United States Trustee Thomas.A.Buford@usdoj.gov,
               Young-Mi.Petteys@usdoj.gov;Tara.Maurer@usdoj.gov;Martha.A.VanDraanen@usdoj.gov
              United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                             TOTAL: 3

**Below is the Order of the Court.**



_____
Karen A. Overstreet
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

_____

Form odsm

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

Case No.: 13–19746–KAO
Chapter: 11

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
CLI Holdings Inc
dba Alydian Inc*, a Corporation*
900 Winslow Way East, Suite 100
Bainbridge Island, WA 98110

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:

## ORDER DISMISSING CASE

This matter having come before the Court and based on a review of the records and files herein, it is

ORDERED that this case is dismissed due to:

- ☐ The debtor's failure to file required schedules.
- ☐ The debtor's failure to pay the filing fee.
- ☐ The debtor's failure to attend the meeting of creditors.
- ☐ The debtor's failure to comply with a show cause order.
- ☑ The debtor's failure to meet minimum filing requirements.
- ☑ Other: **Debtor failed to file Social Security Number/Taxpayer I.D.**

Any unpaid fees remain due and owing to the Clerk of the Bankruptcy Court.

///End of Order///