The Honorable Karen A. Overstreet
Chapter: 11
Hearing Date: December 6, 2013
Hearing Time: 9:30 am
Response Date: November 29, 2013

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| In Re: | ) | Case No. 13-19746-KAO |
| | ) | |
| CLI HOLDINGS, INC. dba ALYDIAN, | ) | DECLARATION OF SERVICE |
| | ) | |
| Debtor. | ) | |
| | ) | |

I, Keeley Engle, declare as follows:

1. I am a legal assistant at Keller Rohrback L.L.P., counsel for the Debtor.

2. On November 21, 2013, I electronically filed with the Clerk of the Court, using the CM/ECF system, and mailed via U.S. First Class mail, postage prepaid, a copy of the Amended Declaration of Peter Vessenes in Support Of Motion to Reject Executory Contracts and amended exhibits thereto, thereby effecting service upon the matrix attached hereto as Exhibit "A". I also served the following ECF participant in this case:

- Thomas A Buford    Thomas.A.Buford@usdoj.gov.

I certify under penalty of perjury that the foregoing is true and correct.

Signed this 21th day of November, 2013, at Seattle, Washington.

*/s/Keeley Engle*
Keeley Engle

DECLARATION OF SERVICE (13-19746-KAO) Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\CLIENTS\29744\1\PLEADINGS\EXECUTORYCONTRACTS\SERVICE.DECL.AMEND.DECL.DOC

Case 13-19746-KAO    Doc 23    Filed 11/21/13    Ent. 11/21/13 16:03:02    Pg. 1 of 1