```
                              United States Bankruptcy Court
                              Western District of Washington
In re:                                                                 Case No. 13-19746-KAO
CLI Holdings Inc                                                       Chapter 11
         Debtor
                                 CERTIFICATE OF NOTICE
District/off: 0981-2          User: suyingl           Page 1 of 1                  Date Rcvd: Nov 19, 2013
                              Form ID: pdfltd         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2013.
db          +CLI Holdings Inc,    900 Winslow Way East, Suite 100,    Bainbridge Island, WA 98110-2451

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2013                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2013 at the address(es) listed below:
              Deirdre Glynn Levin    on behalf of Debtor    CLI Holdings Inc dglynnlevin@kellerrohrback.com,
               dmarshall@kellerrohrback.com;kengle@kellerrohrback.com
              Thomas A Buford    on behalf of US Trustee    United States Trustee Thomas.A.Buford@usdoj.gov,
               Tara.Maurer@usdoj.gov
              United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                             TOTAL: 3

**Below is the Order of the Court.**

_____
Karen A. Overstreet
U.S. Bankruptcy Judge
**(Dated as of Entered on Docket date above)**

_____

Form ovacdsm (10/2009)

**UNITED STATES BANKRUPTCY COURT**
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:

    CLI Holdings Inc

    Debtor(s).

Case Number: 13−19746−KAO
Chapter: 11

**ORDER VACATING ORDER OF DISMISSAL**

An Order dismissing this case was entered on **November 18, 2013.**

The Court finds good cause to vacate the Order of Dismissal due to **Statement of Taxpayer Identification Number was filed**. It is

ORDERED that the Order of Dismissal is vacated.

///End of Order///