UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re: )
) Case No. 13-19745-KAO
CLI HOLDINGS, INC., )
) ORDER GRANTING *EX PARTE*
Debtor. ) APPLICATION BY DEBTOR TO
) EMPLOY KELLER ROHRBACK L.L.P.
)

This matter came before the Court upon the Application of the Debtor, CLI HOLDINGS, INC. dba ALYDIAN ("Debtor") to Employ Keller Rohrback L.L.P. as their attorneys for this bankruptcy case. The Court considered the Application and the Declaration of Deirdre Glynn Levin.

The Court finds that Keller Rohrback L.L.P. and its attorneys (a) do not hold any interest adverse to the interests of the Debtor, (b) are disinterested persons as defined in 11 U.S.C. §101, and (c) are not prepetition creditors of the Debtor. The Court has determined that the employment of Keller Rohrback L.L.P. by the Debtor and Debtor-In Possession is in the best interests of the estate.

Wherefore, the Court ORDERS as follows:

ORDER GRANTING EX PARTE APPLICATION BY DEBTOR
TO EMPLOY KELLER ROHRBACK L.L.P. (13-19745-KAO)
Page - 1
N:\CLIENTS\29744\1\PLEADINGS\KR APPOINTMENT\ORDER.APPLICATION.DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Case 13-19746-KAO    Doc 25-2    Filed 11/22/13    Ent. 11/22/13 16:12:26    Pg. 1 of 2

1. The Debtor is authorized to employ the law firm of Keller Rohrback L.L.P. as its attorneys herein to perform the services set forth in the Application.

2. Compensation and reimbursement of expenses of said counsel shall be paid by the Debtor an administrative expense in such amounts as this Court may hereafter allow pursuant to 11 U.S.C. §330.

/ / / END OF ORDER / / /

Presented by:

KELLER ROHRBACK L.L.P.


By: */s/Deirdre Glynn Levin*
    Deirdre Glynn Levin, WSBA #24226
    Attorneys for Debtor

ORDER GRANTING EX PARTE APPLICATION BY DEBTOR
TO EMPLOY KELLER ROHRBACK L.L.P. (13-19745-KAO)
Page - 2
N:\CLIENTS\29744\1\PLEADINGS\KR APPOINTMENT\ORDER.APPLICATION.DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Case 13-19746-KAO    Doc 25-2    Filed 11/22/13    Ent. 11/22/13 16:12:26    Pg. 2 of 2