The Honorable Karen A. Overstreet
Chapter: 11
*Ex Parte*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re: ) <br> ) <br> CLI HOLDINGS, INC., ) <br> ) <br> Debtor. ) <br> ) <br> ) <br> ) | Case No. 13-19745-KAO <br><br> DECLARATION OF DEIRDRE GLYNN LEVIN IN SUPPORT OF *EX PARTE* APPLICATION BY DEBTOR TO EMPLOY KELLER ROHRBACK L.L.P. |

Deirdre Glynn Levin states as follows:

1. I am an attorney duly admitted to practice before all courts of the State of Washington and the United States District Court for the Western District of Washington.

2. I am an attorney at Keller Rohrback L.L.P. ("Keller Rohrback"), which is the law firm that Debtor and Debtor-In-Possession seek to employ as its counsel. All attorneys in the firm who may appear before the Court in the representation of Debtor and Debtor-In-Possession are admitted to all courts in the State of Washington and the United States District Court for the Western District of Washington.

3. To the best of my knowledge, Keller Rohrback, its partners, of counsel, and associates are "disinterested persons" within the meaning of §101(14) of the Bankruptcy Code, and do not hold or represent any interest adverse to the Debtor, Debtor-In-Possession, or the bankruptcy estate. Keller Rohrback is not a prepetition creditor of the Debtor.

DECLARATION OF DEIRDRE P. GLYNN LEVIN IN SUPPORT OF EX PARTE APPLICATION BY DEBTOR TO EMPLOY KELLER ROHRBACK L.L.P. (13-19745-KAO) Page - Page 1 of 2
N:\CLIENTS\29744\1\PLEADINGS\KR APPOINTMENT\DGL.DECLARATION.DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Case 13-19746-KAO    Doc 26    Filed 11/22/13    Ent. 11/22/13 16:16:25    Pg. 1 of 2

4. I have read Local Bankruptcy Rule 2016.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 22nd day of November, 2013.

By */s/Deirdre Glynn Levin*
Deirdre Glynn Levin

DECLARATION OF DEIRDRE P. GLYNN LEVIN IN SUPPORT OF EX PARTE APPLICATION BY DEBTOR TO EMPLOY KELLER ROHRBACK L.L.P. (13-19745-KAO) Page - Page 2 of 2
N:\Clients\29744\1\Pleadings\KR appointment\DGL.Declaration.doc

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Case 13-19746-KAO    Doc 26    Filed 11/22/13    Ent. 11/22/13 16:16:25    Pg. 2 of 2