The Honorable Karen A. Overstreet
Chapter: 11
*Ex Parte*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re: )
) Case No. 13-19746-KAO
CLI HOLDINGS, INC. dba ALYDIAN, )
) DECLARATION OF NO OBJECTION
Debtor. )
)

Deirdre Glynn Levin declares and states as follows:

1. I am the attorney for CLI Holdings Inc., Debtor herein.

2. On November 5, 2013, my office emailed the (1) Debtor's Ex Parte Application to Employ Keller Rohrback L.L.P; (2) Declaration of Deirdre P. Glynn Levin in Support of Debtor's Ex Parte Application to Employ Keller Rohrback L.L.P., and (3) Proposed Order Granting Ex Parte Application by Debtor to Employ Keller Rohrback L.L.P, to the office of the United States Trustee and to Thomas A. Buford.

3. At least 7 days have passed since the application was served and received by the United States Trustee's office as required by LR 2014(b). The U.S. Trustee has indicated it has no objection to the application.

I certify under penalty of perjury that the foregoing is true and correct.

DECLARATION OF NO OBJECTION (13-19746-KAO) Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

DATED this 22nd day of November, 2013.

                                      KELLER ROHRBACK L.L.P.

                                      By: */s/Deirdre P. Glynn Levin*
                                             Deirdre P. Glynn Levin, WSBA #24226
                                             Attorney for Debtor

DECLARATION OF NO OBJECTION (13-19746-KAO) Page - 2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\CLIENTS\29744\1\PLEADINGS\KR APPOINTMENT\DECL.NO.OBJECTION.DOC

Case 13-19746-KAO    Doc 27    Filed 11/22/13    Ent. 11/22/13 16:18:05    Pg. 2 of 2