The Honorable Karen Overstreet
Chapter 11
Ex Parte

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re: | Chapter 11 |
| CLI HOLDINGS, INC. dba ALYDIAN, | Case No. 13-19746 |
| Debtor. | *EX PARTE* MOTION TO SET CLAIMS BAR DATE |

COMES NOW Debtor, CLI HOLDINGS, INC. and applies to the Court for an order setting December 31, 2013 as a claims bar date in this case.

1. Federal Rule of Bankruptcy Procedure 3003(c)(3) requires the Court to establish a claims bar date in Chapter 11 cases. Federal Rule of Bankruptcy Procedure 2002(a)(7) requires the Debtor to provide at least 21 days notice of the claims bar date.

2. Local Bankruptcy Rule 3001 requires the proponent of a plan of reorganization to request a claims bar date prior to the first date set for hearing on the disclosure statement and to give notice of the claims bar date to all creditors and equity security holders.

3. The Debtor requests that the Court set December 31, 2013 as the claims bar date and direct the Debtor to mail the notice of the claims bar date to all creditors no later than November 26, 2013.

*EX PARTE* MOTION TO SET CLAIMS BAR DATE Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\CLIENTS\29744\1\PLEADINGS\CLAIMS BAR DATE\MOTIONCLAIMSBARDATE.DOC

Case 13-19746-KAO    Doc 28    Filed 11/22/13    Ent. 11/22/13 16:50:43    Pg. 1 of 2

A proposed Notice of Claims Bar Date is attached as Exhibit A to this Motion.

Wherefore, the Debtor requests that the Court enter an *Ex Parte* Order:

(1) establishing December 31, 2013 as the claims bar date, (2) approving use of the proposed form of Notice, and (3) directing the Debtor to mail the Notice to all creditors not later than November 26, 2013.

A copy of the proposed order is filed herewith.

DATED this 22nd day of November, 2013.

        KELLER ROHRBACK L.L.P.

        By: */s/Deirdre Glynn Levin*
            Deirdre P. Glynn Levin, WSBA #24226
            Attorney for Debtor

*EX PARTE* MOTION TO SET CLAIMS BAR DATE Page - 2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\CLIENTS\29744\1\PLEADINGS\CLAIMS BAR DATE\MOTIONCLAIMSBARDATE.DOC

Case 13-19746-KAO    Doc 28    Filed 11/22/13    Ent. 11/22/13 16:50:43    Pg. 2 of 2