The Honorable Karen Overstreet
Chapter 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| CLI HOLDINGS, INC. dba ALYDIAN, | ) | Case No. 13-19746 |
| | ) | |
| Debtor. | ) | NOTICE OF CLAIMS BAR DATE |
| | ) | |

TO: CREDITORS, CLAIMANTS, AND OTHER PARTIES IN INTEREST

AND TO: THE UNITED STATES BANKRUPTCY COURT CLERK

AND TO: THE UNITED STATES TRUSTEE

PLEASE TAKE NOTICE that on November ___, 2013, the Bankruptcy Court entered an *Ex Parte* Order Establishing Claims Bar Date ("Order"). Pursuant to the Order, the Court has fixed December 31, 2013 as the deadline for creditors, claimants, and/or interested parties (collectively "Creditors") to file a Proof of Claim against the bankruptcy estate of CLI HOLDINGS, INC. Creditors need to file a Proof of Claim only if its claim (1) is not listed on the Debtor's bankruptcy schedules, (2) is listed on the Debtor's bankruptcy schedules as contingent, unliquidated or disputed, or (3) is listed on the Debtor's bankruptcy schedules in the incorrect amount and/or incorrect priority.

NOTICE OF CLAIMS BAR DATE - Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\CLIENTS\29744\1\PLEADINGS\CLAIMS BAR DATE\NOTICECLAIMSBARDATE.DOC

Case 13-19746-KAO    Doc 28-1    Filed 11/22/13    Ent. 11/22/13 16:50:43    Pg. 1 of 2

Creditors who are not aware of whether or how the claim is listed on the Debtor's bankruptcy schedules should file a Proof of Claim with the Bankruptcy Court to protect their rights. Creditors who are required to file a Proof of Claim and who do not file a Proof of Claim with the Bankruptcy Court by December 31, 2013 will not be entitled to share in any distribution from the bankruptcy estate on account of their claim under the terms of a confirmed plan of reorganization or otherwise.

A Proof of Claim form is available at the Bankruptcy Court or may be printed from the Bankruptcy Court's website (http://www.wawb.uscourts.gov). **To be deemed timely filed, a Proof of Claim must be filed with the Bankruptcy Court by December 31, 2013 at 4:30 p.m. The Bankruptcy Court's address is identified below:**

United States Bankruptcy Court
700 Stewart Street, Suite 6301
Seattle, WA 98101

DATED this 22nd day of November, 2013.

KELLER ROHRBACK L.L.P.

By: */s/Deirdre Glynn Levin*
Deirdre P. Glynn Levin, WSBA #24226
Attorney for Debtor

NOTICE OF CLAIMS BAR DATE - Page - 2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\CLIENTS\29744\1\PLEADINGS\CLAIMS BAR DATE\NOTICECLAIMSBARDATE.DOC

Case 13-19746-KAO    Doc 28-1    Filed 11/22/13    Ent. 11/22/13 16:50:43    Pg. 2 of 2