HONORABLE KAREN A. OVERSTREET
Chapter 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

CLI HOLDINGS, INC. dba ALYDIAN, INC.

Debtor.

Case No. 13-19746-KAO

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local Civil Rule 83.1(d) of the United States District Court for the Western District of Washington, Bryan I. Reyhani hereby applies for permission to participate as counsel in the above-entitled bankruptcy action on behalf of Bitvestment Partners LLC f/k/a Dalsa Barbour LLC ("Bitvestment"). This application is based on the following:

The particular need for my appearance and participation is: I am an attorney with Reyhani Nemirovsky LLP, located in New York, New York. Reyhani Nemirovsky LLP initiated an action against the Debtor on October 29, 2013 in the case entitled *Bitvestment Partners LLC v. Coinlab, Inc., et al*, United States District Court, Southern District of New York, Cause No. 1:13-cv-07632-RWS. On November 1, 2013, the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code, which reorganization case is presently pending before the above-captioned court.

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE - 1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

999999.2013/5884833.1

Case 13-19746-KAO    Doc 35    Filed 11/26/13    Ent. 11/26/13 11:53:54    Pg. 1 of 3

I, Bryan I. Reyhani, understand that I am charged with knowing and complying with all applicable rules, including, but not limited to, Local Civil Rule 83.1 of the United States District Court for the Western District of Washington which requires that I associate with local counsel who shall sign all pleadings prior to filing, and the Local Bankruptcy Rules of the Western District of Washington ("LBR"), including LBR 5005-1 which governs electronic filing.

I have not been disbarred or formally censured by a court of record or by a state bar association. There are no pending disciplinary proceedings against me. I am in good standing with the bar of the State of New York.

With this application I will tender the pro hac vice fee of $150.00 to the Office of the Clerk of the Bankruptcy Court via electronic payment.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: November 26, 2013  /s/Bryan I. Reyhani
  Signature of Applicant Attorney

Applicant's Name:  Bryan I. Reyhani
Bar # 3006079  State: New York
Applicant's Law Firm:  REYHANI NEMIROVSKY LLP
Applicant's Address:  200 Park Avenue, 17th Floor
  New York, NY 10166
Telephone No:  (212) 897-4022

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE - 2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

999999.2013/5884833.1

Case 13-19746-KAO    Doc 35    Filed 11/26/13    Ent. 11/26/13 11:53:54    Pg. 2 of 3

STATEMENT OF LOCAL COUNSEL

I am familiar with the responsibilities of local counsel as set forth in the Local Rules, W.D. Wash. LCR 83.1(d). I am authorized and will be prepared to handle this matter, including trial, in the event the applicant, Bryan I. Reyhani, is unable to be present upon any date assigned by the court. If this application is filed electronically, I understand that the provisions of LBR 5005-1(d)(3) apply and that I am required to retain documentation evidencing the signature of the applicant.

DATED: November 26, 2013

*/s/Charles R. Ekberg*
Signature of Local Counsel

Local Counsel Name & WSBA Number: Charles R. Ekberg; WSBA No. 00342
Local Counsel Law Firm: LANE POWELL PC
Local Counsel Address: 1420 Fifth Avenue, Suite 4200
Seattle, WA 98111-1302
Telephone No: (206) 223-7000

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE - 3

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

999999.2013/5884833.1

Case 13-19746-KAO    Doc 35    Filed 11/26/13    Ent. 11/26/13 11:53:54    Pg. 3 of 3