UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re )
) Case No. 13-19746-KAO
CLI HOLDINGS, INC. dba ALYDIAN, )
INC. ) ORDER ON PRO HAC VICE
) APPLICATION
Debtor. )
)

This matter having come before the Court on the Application for Leave to Appear Pro Hac Vice (the "Application") submitted by Bryan I. Reyhani, seeking permission to appear and participate as counsel for Bitvestment Partners LLC f/k/a Dalsa Barbour LLC ("Bitvestment"), a creditor and party in interest in the above-captioned matter. The Court having reviewed the Application, it is hereby

ORDERED that the Application be GRANTED.

### END OF ORDER ###

ORDER ON PRO HAC VICE APPLICATION - 1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
999999.2013/5884837.1
206.223.7000 FAX: 206.223.7107

Case 13-19746-KAO    Doc 35-1    Filed 11/26/13    Ent. 11/26/13 11:53:54    Pg. 1 of 2

Presented by:

LANE POWELL PC


By */s/Charles R. Ekberg*
    Charles R. Ekberg, WSBA No. 00342
Attorneys for Bitvestment Partners LLC

Lane Powell PC
1420 5th Avenue, Suite 4200
Seattle, WA 98111-9402
Tel: (206)223-7000
Fax: (206)223-7107

ORDER ON PRO HAC VICE APPLICATION - 2

999999.2013/5884837.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107