# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re

CLI HOLDINGS, INC. dba ALYDIAN, INC.

Debtor.

Case No. 13-19746-KAO

ORDER ON PRO HAC VICE APPLICATION

This matter having come before the Court on the Application for Leave to Appear Pro Hac Vice (the "Application") submitted by Bryan I. Reyhani, seeking permission to appear and participate as counsel for Bitvestment Partners LLC f/k/a Dalsa Barbour LLC ("Bitvestment"), a creditor and party in interest in the above-captioned matter. The Court having reviewed the Application, it is hereby

ORDERED that the Application be GRANTED.

### END OF ORDER ###

ORDER ON PRO HAC VICE APPLICATION - 1

999999.2013/5884837.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

Presented by:

LANE POWELL PC

By */s/Charles R. Ekberg*
    Charles R. Ekberg, WSBA No. 00342
Attorneys for Bitvestment Partners LLC

Lane Powell PC
1420 5th Avenue, Suite 4200
Seattle, WA 98111-9402
Tel: (206)223-7000
Fax: (206)223-7107

ORDER ON PRO HAC VICE APPLICATION - 2

999999.2013/5884837.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

Case 13-19746-KAO    Doc 36    Filed 11/26/13    Ent. 11/26/13 12:02:01    Pg. 2 of 2