Entered on Docket November 26, 2013

**Below is the Order of the Court.**

_____
Karen A. Overstreet
U.S. Bankruptcy Judge
**(Dated as of Entered on Docket date above)**

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| CLI HOLDINGS, INC. dba ALYDIAN, | ) | Case No. 13-19746 |
| | ) | |
| Debtor. | ) | ORDER GRANTING *EX PARTE* |
| | ) | MOTION SETTING CLAIMS BAR |
| | ) | DATE |
| | ) | |

This matter came on regularly for hearing before the Court upon the Debtor's *Ex Parte* Motion to Establish Claim Bar Date ("Motion"); the Court finding that notice and an opportunity for hearing are not required to grant the relief requested in the Motion; the Court finding that cause exists to establish a claims bar date; the Court finding that establishment of a claims bar fate will give creditors, claimants, and/or other interested parties ample and fair opportunity to file a proof of claim; and the Court otherwise being fully advised; now, therefore, it is hereby

ORDERED that form of the Notice of Deadline to File Claims ("Notice") attached as Exhibit "A" is approved with a bar date for claims of December 31, 2013, and it is further

ORDER GRANTING *EX PARTE* MOTION SETTING CLAIMS
BAR DATE Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\CLIENTS\29744\1\PLEADINGS\CLAIMS BAR DATE\ORDERCLAIMSBARDATE.DOC

Case 13-19746-KAO    Doc 37    Filed 11/26/13    Ent. 11/26/13 15:19:15    Pg. 1 of 2

ORDERED that the Debtor shall mail a copy of the Notice to all creditors no later than November 26, 2013.

/ / / END OF ORDER / / /

Presented By:

KELLER ROHRBACK L.L.P.

By: */s/Deirdre Glynn Levin*
Deirdre Glynn Levin, WSBA #24226
Attorneys for Debtor

ORDER GRANTING *EX PARTE* MOTION SETTING CLAIMS BAR DATE Page - 2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\CLIENTS\29744\1\PLEADINGS\CLAIMS BAR DATE\ORDERCLAIMSBARDATE.DOC

Case 13-19746-KAO    Doc 37    Filed 11/26/13    Ent. 11/26/13 15:19:15    Pg. 2 of 2