**UPDATED 11-27-13 Alydian Operating Budget**

**<u>Mining Forecast</u>**

|  | Nov 26-30 | Dec-13 | Jan-13 | Feb-13 | Total |
|---|---|---|---|---|---|
| Bitcoins Mined | 416 | 2,573 | 1,607 | 825 | **5,421** |

**<u>Operating Expenses</u>**

|  | **Nov-13** | **Dec-13** | **Total** |  |
|---|---|---|---|---|
| Project Management | 45,000 | 29,485 | 74,485 | Assumes all employees supporting Alydian are terminated with the exception of two engineers to maintain systems |
| Executive Compensation | 20,000 | 20,000 | 40,000 | |
| Severance | - | 105,000 | 105,000 | |
| Contractors | 59,750 | 29,875 | 89,625 | Assumes all contractors are terminated at completion of deployment |
| Hosting Exp | 160,000 | 240,000 | 400,000 | |
| NRE | 27,000 | - | 27,000 | NRE charges for installation of hosted systems |
| Admin Services | 10,000 | 10,000 | 20,000 | |
| Travel | 7,500 | 4,000 | 11,500 | |
| Office Rent | 2,500 | 2,000 | 4,500 | |
| Utilities | 500 | 500 | 1,000 | |
| Misc. | 1,000 | 1,000 | 2,000 | |
| **Total Op-Ex** | **333,250** | **441,860** | **775,110** | |
| | | | | |
| Capital Expenditures | 122,500 | - | 122,500 | |
| Inventory Write-off | 105,000 | 250,000 | 355,000 | |
| | | | | |
| **Total Spending** | **560,750** | **691,860** | **897,610** | |