| | |
|---|---|
| Tereza Simonyan<br>Lane Powell PC<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101-2338<br>(206) 223-7000<br>(206) 223-7107 Facsimile<br>Attorney for Bitvestment Partners<br>  LLC f/k/a Dalsa Barbour LLC | The Honorable Karen A. Overstreet<br>Chapter 11 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| In Re | ) | |
| | ) | |
| CLI HOLDINGS, INC. dba ALYDIAN, | ) | CASE NO. 13-19746-KAO |
| | ) | |
| Debtor. | ) | REQUEST FOR SPECIAL NOTICE |
| | ) | AND NOTICE OF APPEARANCE |
| | ) | |

## REQUEST FOR SPECIAL NOTICE

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010, Tereza Simonyan of Lane Powell PC hereby enters her Request for Special Notice on behalf of Bitvestment Partners LLC f/k/a Dalsa Barbour LLC, a party in interest, and requests that copies of any Plan of Reorganization, Disclosure Statements, pleadings and notices hereinafter filed in the above-referenced case, except proofs of claim, be served upon and that the following be included on the Special Notice List and Master Mailing List:

>Tereza Simonyan
>Lane Powell PC
>1420 Fifth Avenue, Suite 4100
>Seattle, WA 98101-2338
>Telephone: (206) 223-7082
>Facsimile: (206) 223-7107
>E-mail: simonyant@lanepowell.com

REQUEST FOR SPECIAL NOTICE - 1

128054.0001/5607820.3

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

PLEASE TAKE FURTHER NOTICE that neither this Request for Special Notice nor any subsequent appearance, pleading, claim, or suit is intended to waive the rights of Bitvestment Partners LLC f/k/a Dalsa Barbour LLC (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Judge, (ii) to trial by jury in any proceeding so triable herein or in any other case, controversy, or proceeding related hereto, (iii) to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) to any other rights, claims, actions, defenses, setoff, or recoupments to which Bitvestment Partners LLC f/k/a Dalsa Barbour LLC is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Bitvestment Partners LLC f/k/a Dalsa Barbour LLC expressly reserves.

DATED this 26th day of November, 2013

LANE POWELL PC
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
Telephone: (206) 223-7082
E-mail: simonyant@lanepowell.com


By /s/ *Tereza Simonyan*
Tereza Simonyan, WSBA No. 41741
Attorneys for Bitvestment Partners LLC,
f/k/a Dalsa Barbour LLC, Party in Interest

REQUEST FOR SPECIAL NOTICE - 2

128054.0001/5607820.3

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

## CERTIFICATE OF SERVICE

On November 26, 2013, I caused the foregoing pleading to be electronically filed with the Clerk of the Court using the CM/ECF system, which caused Registered Participants to be served by electronic means as fully reflected on the Notice of Electronic Filing. I also caused a true and correct copy of the foregoing pleading to be served by regular mail, first-class postage prepaid to the following non-ECF registered parties:

N/A

I hereby certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

LANE POWELL PC

*/s/ Valerie West*
Valerie West

REQUEST FOR SPECIAL NOTICE - 3

128054.0001/5607820.3

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

Case 13-19746-KAO   Doc 40   Filed 11/27/13   Ent. 11/27/13 11:08:06   Pg. 3 of 3