**Below is the Order of the Court.**

_____
Karen A. Overstreet
U.S. Bankruptcy Judge
**(Dated as of Entered on Docket date above)**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re ) | |
| ) | Case No. 13-19746-KAO |
| CLI HOLDINGS, INC. dba ALYDIAN, ) | |
| INC. ) | ORDER ON PRO HAC VICE |
| ) | APPLICATION |
| Debtor. ) | |
| ) | |

This matter having come before the Court on the Application for Leave to Appear Pro Hac Vice (the "Application") submitted by Bryan I. Reyhani, seeking permission to appear and participate as counsel for Bitvestment Partners LLC f/k/a Dalsa Barbour LLC ("Bitvestment"), a creditor and party in interest in the above-captioned matter. The Court having reviewed the Application, it is hereby

ORDERED that the Application be GRANTED.

### END OF ORDER ###

ORDER ON PRO HAC VICE APPLICATION - 1

999999.2013/5884837.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

1 | Presented by:
2 | LANE POWELL PC
3 |
4 | By */s/Charles R. Ekberg*
  |     Charles R. Ekberg, WSBA No. 00342
5 | Attorneys for Bitvestment Partners LLC
6 | Lane Powell PC
  | 1420 5th Avenue, Suite 4200
7 | Seattle, WA 98111-9402
  | Tel: (206)223-7000
8 | Fax: (206)223-7107

ORDER ON PRO HAC VICE APPLICATION - 2

999999.2013/5884837.1