The Honorable Karen A. Overstreet
Chapter 11
Hearing Date: December 6, 2013
Hearing Time: 9:30 am

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | Ch. 11 |
| CLI HOLDINGS, Inc. d/b/a ALYDIAN, | Case No. 13-19746-KAO |
| Debtor. | |

**NOTICE OF APPEARANCE**
**AND DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE THAT Soule Investments, LLC, by and through its undersigned counsel, enters its appearance pursuant to Bankruptcy Rule 9010(b); and such counsel request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon them as follows:

Robert N. Amkraut
RIDDELL WILLIAMS P.S.
1001 Fourth Avenue, Suite 4500
Seattle WA 98154
Telephone: (206) 624-3600
Facsimile: (206) 389-1708
ramkraut@riddellwilliams.com

Daniel S. Friedberg
RIDDELL WILLIAMS P.S.
1001 Fourth Avenue, Suite 4500
Seattle WA 98154
Telephone: (206) 624-3600
Facsimile: (206) 389-1708
dfriedberg@riddellwilliams.com

NOTICE OF APPEARANCE - (No. 13-19746) - 1

4820-8675-4071.01
99999.99999

**Riddell Williams P.S.**
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600

Case 13-19746-KAO   Doc 42   Filed 11/27/13   Ent. 11/27/13 16:13:54   Pg. 1 of 3

PLEASE TAKE FURTHER NOTICE that, pursuant to 1109(b) of the Bankruptcy Code, this demand includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, email, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the rights of Soule Investments, LLC (i) to have final orders in non-core matters and certain core matters entered by an Article III judge or only after de novo review by a higher court; (ii) to trial by jury in any proceeding so triable herein or in any related case, controversy or proceeding; (iii) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Soule Investments, LLC is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

DATED this 27th day of November, 2013.

RIDDELL WILLIAMS P.S.

By: /s/ Robert N. Amkraut
Robert N. Amkraut, WSBA 27412
Daniel Friedberg, WSBA #28417
Attorneys for Soule Investments, LLC

NOTICE OF APPEARANCE - (No. 13-19746) - 2

4820-8675-4071.01
99999.99999

**Riddell Williams P.S.**
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600

Case 13-19746-KAO    Doc 42    Filed 11/27/13    Ent. 11/27/13 16:13:54    Pg. 2 of 3

# CERTIFICATE OF SERVICE

Meri Jankovic, declares:

1. I am an employee of Riddell Williams P.S. which represents Soule Investments, LLC. I am a citizen of the United States, over the age of 18, and competent to make this Declaration.

2. On November 27, 2013, I electronically filed the Request for Special Notice and Notice of Appearance on behalf of Soule Investments, LLC with the Clerk of the Court (using the CM/ECF System).

3. It is my understanding that the CM/ECF System will send notification of this filing to all parties listed in this case to receive notice electronically.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 27th day of November, 2013, at Seattle, Washington.

By /s/ Meri Jankovic
Meri Jankovic

NOTICE OF APPEARANCE - (No. 13-19746) - 3

4820-8675-4071.01
99999.99999

**Riddell Williams P.S.**
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600

Case 13-19746-KAO    Doc 42    Filed 11/27/13    Ent. 11/27/13 16:13:54    Pg. 3 of 3