The Honorable Karen A. Overstreet
Chapter: 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

CLI HOLDINGS, INC. dba ALYDIAN,

                Debtor.

Case No. 13-19746-KAO

DECLARATION OF SERVICE REGARDING NOTICE OF CLAIMS BAR DATE

I, Keeley Engle, declare as follows:

1. I am a legal assistant at Keller Rohrback L.L.P., counsel for the Debtor.

2. On November 26, 2013, the Court entered the Order Granting *Ex Parte* Motion Setting Claims Bar Date (Pl. 37) via ECF thereby affecting service on the following:

- Thomas.A.Buford@usdoj.gov; Tara.Maurer@usdoj.gov

3. On November 26, 2013, I mailed via U.S. First Class mail, postage prepaid, a copy of the Order Granting *Ex Parte* Motion Setting Claims Bar Date and Notice of Claims Bar Date (Pl. 37) to the addresses listed on **Exhibit A**.

I certify under penalty of perjury that the foregoing is true and correct.

Signed this 3rd day of December, 2013, at Seattle, Washington.

                                        */s/Keeley Engle*
                                        Keeley Engle

DECLARATION OF SERVICE REGARDING NOTICE OF
CLAIMS BAR DATE (13-19745-KAO) Page - 1

N:\CLIENTS\29744\1\PLEADINGS\CLAIMS BAR DATE\SERV.DECL.CLAIMSBAR.DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Case 13-19746-KAO    Doc 48    Filed 12/03/13    Ent. 12/03/13 11:03:06    Pg. 1 of 1