Dalsa Barbour LLC
315 West 36th Street, #18B
New York, NY  10018-6404


Bitcoin Opportunity Fund LLC
5 East 22 Street, PH 4
New York, NY  10010-5315


Bitvestment Partners LLC
c/o Reyhani Nemirovsky LLP
200 Park Ave. 17th Floor
New York, NY  10166-0004


Bitvestment Partners LLC f/k/a Dalsa Barbour
c/o Charles R. Ekberg, Esq.
Lane Powell PC
1420 5th Ave., #4200
P.O. Box 91302
Seattle, WA 98111-9402


BTC Holdings LLC
3350 Scott Blvd. Suite 32
Santa Clara, CA  95054-3118


Brian Cartmell
188 Quay Street Level 27
Auckland CBD
New Zealand 1010


Jon Chin
14707 NE 44th Place, #Q-12
Bellevue, WA  98007-3195


CLI Holdings Inc.
900 Winslow WayEast, Suite 100
Bainbridge Island, WA  98110-2451

CoinLab, Inc.
900 Winslow Way East, Suite 10
Bainbridge Island WA 98110-2451


Department of Revenue Bankruptcy Claims Unit
2101 Fourth Avenue, Suite 1400
Seattle, WA 98121-2379


Timothy Draper Living Trust
Attention: Trustee
2882 Sand Hill Road, Suite 150
Menlo Park, CA 94025-7057


Charles R. Ekberg
Lane Powell PC
1420 5th Ave, Ste 4100
Seattle, WA 98101-2338


Internal Revenue Service Centralized Insolvency
PO Box 21126
Philadelphia, PA 19114-7346


Internal Revenue Service Centralized Insolvency Service
PO Box 7346
Philadelphia, PA 19101-7346


Christopher Koss
3614 Hunts Point Road
Bellevue, WA 98004-1114


Reyhani Nemirovsky LLP
200 Park Avenue, 17th Floor
New York, NY 10116-0004


Securities & Exchange Commission
Attn: Bankruptcy Counsel
5670 Wilshire Blvd., 11th Fl.
Los Angeles, CA 90036-5679

Robert F. Seidensticker III
909 Fifth Avenue, Suite 1901
Seattle, WA  98104-2038


Barry Silbert
5 East 22nd Street, PH - H
New York, NY  10010-5319


Soule Investments LLC
5220 S Kimbark Avenue, Apt. 1
Chicago, IL  60615-4036


Sunshine Network Limited
Unit 5.27F 109 Argyle Street
Mongkok
KOWLOON NT, HONG KONG
PEOPLES REPUBLIC OF CHINA


Peter Vessenes
7561 Emerald Way
Bainbridge Island WA  98110-2011


XRAY Holdings Limited
188 Quay Street, Level 27
Auckland CBD, New Zealand 1010


Joel Yarmon
2882 Sandhill Park
Menlo Park, CA  94025-7064


United States Trustee
700 Stewart Street, Ste. 5103
Seattle, WA  98101-4438