Entered on Docket December 12, 2013

**Below is the Order of the Court.**

_____
Karen A. Overstreet
U.S. Bankruptcy Judge
**(Dated as of Entered on Docket date above)**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re )
) Case No. 13-19746-KAO
CLI HOLDINGS, INC. dba ALYDIAN, )
) ORDER DENYING DEBTOR'S
Debtor. ) MOTION TO REJECT EXECUTORY
) CONTRACT WITH BITVESTMENT
) PARTNERS, LLC
)

THIS MATTER having come before the Court for hearing upon the Debtor's Motion to Reject Executory Contracts (the "Motion"); and the Court having considered the Motion, the declaration of Peter Vessenes and the amended declaration of Peter Vessenes submitted in support of the Motion, the response of Bitvestment Partners LLC f/k/a Dalsa Barbour LLC ("Bitvestment") and the declarations of Daniel Gallancy and Bryan Reyhani submitted in support of the Response, the Debtor's Reply in support of the Motion and the supplemental declaration of Peter Vessenes submitted in support of the reply; and having heard arguments of counsel and having reviewed the files and records herein; and the Court having determined that Bitvesment is a party in interest pursuant to 11 U.S.C. §1109 and has standing to object to the Debtor's Motion; and having determined that the Debtor's Amended and Restated Bitcoin Services Agreement with Bitvestment dated August 14, 2013 is not an executory contract within the meaning of 11 U.S.C. §365; now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that the Debtor's Motion to reject the executory contract with Bitvestment is hereby denied.

FURTHER ORDERED that the Court's oral ruling made on the record is incorporated herein by this reference.

ORDER DENYING MOTION TO REJECT EXECUTORY
CONTRACT WITH BITVESTMENT PARTNERS, LLC - 1
128054.0001/5892474.1

1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

/// END OF ORDER ///

PRESENTED BY:

LANE POWELL PC

Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
Telephone: (206) 223-7082
Facsimile: (206) 223-7107
E-mail: simonyant@lanepowell.com

By /s/ *Tereza Simonyan*
Charles R. Ekberg, WSBA No. 342
Tereza Simonyan, WSBA No. 41741
Attorney for Bitvesment Partners LLC,
f/k/a Dalsa Barbour LLC, Party in Interest

REYHANI NEMIROVSKY LLP

200 Park Ave., 17th Fl.
New York, NY 10166
Telephone: (12)897-4022
E-mail: bryan@rnlawfirm.com

By /s/ *Bryan Reyhani*
Bryan Reyhani, B.R. - 9147
Attorneys for Bitvesment Partners LLC,
f/k/a Dalsa Barbour LLC, Party in Interest

APPROVED FOR ENTRY

KELLER ROHRBACK LLP

By /s/ *Deirdre Glynn Levin*
Deirdre Glynn Levin, WSBA #24226
Attorneys for Debtor

ORDER DENYING MOTION TO REJECT EXECUTORY
CONTRACT WITH BITVESTMENT PARTNERS, LLC - 2
128054.0001/5892474.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

Case 13-19746-KAO    Doc 54    Filed 12/12/13    Ent. 12/12/13 08:10:07    Pg. 2 of 2