**Below is the Order of the Court.**

*/s/ Karen A. Overstreet*

Karen A. Overstreet
U.S. Bankruptcy Judge
**(Dated as of Entered on Docket date above)**

_____

KAREN A. OVERSTREET
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Rm. 6301
Seattle, WA 98101-1271
(206) 370-5330

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re | Chapter 11 |
|---|---|
| CLI Holdings Inc., | Bankruptcy No. 13-19746 |
| Debtor. | ORDER WAIVING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINES |

This matter came before the Court on the filing of the debtor's petition for relief under Chapter 11 on November 1, 2013. The Court finds that a Section 105 conference is not necessary, but that there is good cause to set certain deadlines that would normally be set by the Court at a Section 105 conference. NOW, THEREFORE,

IT IS HEREBY ORDERED that:

1. The debtor shall file a plan and disclosure statement by **March 11, 2014**, or alternatively, a letter explaining why a plan and disclosure statement are not ready and otherwise describing the status of the case.[1]

///END OF ORDER///

---

[1] This court-ordered deadline is not intended to nor shall it extend or waive any deadline for the filing of a plan that may be applicable to the debtor under Bankruptcy Code § 362(d)(3).

ORDER - 2