Judge Karen A. Overstreet
Chapter 11
Hearing Location: Seattle, WA
Hearing Date: December 20, 2013
Hearing Time: 9:30 a.m.
Response Date: December 20, 2013

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re

CLI HOLDINGS INC,

Debtors.

No. 13-19746-KAO

DECLARATION OF TARA MAURER IN SUPPORT OF UNITED STATES TRUSTEE'S MOTION TO CONVERT OR DISMISS CHAPTER 11 CASE

I, Tara Maurer, declare under penalty of perjury, as follows:

1. I am more than 18 years of age and am competent to testify to the matters set forth below.

2. I am a Bankruptcy Analyst in the Office of the United States Trustee ("UST"), United States Department of Justice, Region 18, Seattle, Washington. I have a degree in accounting from the University of Washington.

3. My duties for the UST include, but are not limited to, reviewing and analyzing schedules and statements of financial affairs, monthly financial reports, and other relevant documents or records relating to the financial affairs of debtors in bankruptcy.

DECLARATION OF TARA MAURER IN SUPPORT OF UNITED STATES TRUSTEE'S MOTION TO CONVERT OR DISMISS CHAPTER 11 CASE - Page 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, Washington 98101
(206) 553-2000
Fax: (206) 553-2566

Case 13-19746-KAO    Doc 57-1    Filed 12/13/13    Ent. 12/13/13 14:45:08    Pg. 1 of 2

4. The debtor, CLI Holdings Inc. ("Debtor"), filed this chapter 11 case on November 1, 2013.

5. The Debtor has not provided proof of insurance for their personal property to the United States Trustee.

6. The foregoing statements are true and correct to the best of my knowledge.

DATED this 13th day of December, 2013

/s/ Tara Maurer
TARA MAURER
Bankruptcy Analyst
Office of the United States Trustee

| DECLARATION OF TARA MAURER IN SUPPORT OF UNITED STATES TRUSTEE'S MOTION TO CONVERT OR DISMISS CHAPTER 11 CASE - Page 2 | Office of the United States Trustee<br>United States Courthouse<br>700 Stewart Street, Suite 5103<br>Seattle, Washington 98101<br>(206) 553-2000<br>Fax: (206) 553-2566 |
|---|---|