# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>CLI Holdings, Inc.,<br><br>    Debtor. | Case No. 13-19746<br><br>[Proposed]<br><br>Order Converting Case |

This matter came before the Court upon the motion of the United States Trustee for an order dismissing or converting this case (the "Motion"). Appearances were set forth on the record. The Court has reviewed and considered the Motion and all evidence submitted in support of an in opposition to the Motion, the records and files herein, and the oral argument of counsel, if any.

The Court finds that:

1. Notice of the Motion was timely and adequate;

2. Cause exists pursuant to § 1112(b) to convert this case to a case under chapter 7; and

Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, Washington 98101
(206) 553-2000

3. In addition to the foregoing, all findings of fact and conclusions of law orally set forth on the record at the time of the hearing on the Motion are adopted and incorporated herein pursuant to Fed.R.Civ.P. 52(a) and Fed.R.Bank.P. 7052.

Based upon the foregoing, it is ORDERED that::

1. This Chapter 11 case is converted to cases under chapter 7 of the Bankruptcy Code.

2. The Debtor shall do the following:

    a. Immediately turn over to the chapter 7 trustee all records and property of the estates under the Debtor's custody and control as required by Bankruptcy Rule 1019(4);

    b. Within 30 days of the date of this Order, file an accounting of all receipts and disbursements made, together with a schedule of all unpaid debts incurred after the commencement of the chapter 11 case, as required by Bankruptcy Rule 1019(5); and

    c. Within 15 days of the date of this Order, file the statements and schedules required by Bankruptcy Rule 1019(1)(A) and 1007(b), if such documents have not already been filed.

3. The Clerk of the Court shall provide notice of the conversion of this case to the Debtor, all creditors, and other parties in interest.

/// - END OF ORDER - ////

Respectfully submitted,

GAIL BREHM GEIGER.

Acting United States Trustee

/s/*Thomas A. Buford III*

Thomas A. Buford III

Missouri Bar #56460

Attorney for the United States Trustee

Order Converting Case – Page 2

Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, Washington 98101
(206) 553-2000

Case 13-19746-KAO    Doc 57-2    Filed 12/13/13    Ent. 12/13/13 14:45:08    Pg. 2 of 4

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>CLI Holdings, Inc.,<br><br>           Debtor. | Case No. 13-19746<br><br>[Proposed]<br><br>Order Dismissing Case |

This matter came before the Court upon the motion of the United States Trustee for an order dismissing or converting this case (the "Motion"). Appearances were set forth on the record. The Court has reviewed and considered the Motion and all evidence submitted in support of an in opposition to the Motion, the records and files herein, and the oral argument of counsel, if any.

The Court finds that:

1. Notice of the Motion was timely and adequate;

2. Cause exists pursuant to § 1112(b) to dismiss this case; and

3. In addition to the foregoing, all findings of fact and conclusions of law orally set forth on the record at the time of the hearing on the Motion are incorporated pursuant to Fed.R.Civ.P. 52(a) and Fed.R.Bank.P. 7052.

Order Dismissing Case – Page 1

Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, Washington 98101
(206) 553-2000

1         Based upon the foregoing, it is ORDERED that:

2         1. This Chapter 11 case is dismissed.

3         2. The Clerk of the Court shall provide notice of the dismissal of this case to the

4 Debtor, all creditors, and other parties in interest.

5         /// - END OF ORDER - ////

6 Respectfully submitted,

7 GAIL BREHM GEIGER.

8 Acting United States Trustee

9

10 /s/*Thomas A. Buford III*

11 Thomas A. Buford III

12 Missouri Bar #56460

13 Attorney for the United States Trustee

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Dismissing Case – Page 2        Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, Washington 98101
(206) 553-2000

Case 13-19746-KAO    Doc 57-2    Filed 12/13/13    Ent. 12/13/13 14:45:08    Pg. 4 of 4