# MONTHLY FINANCIAL REPORT FOR
# CORPORATE OR PARTNERSHIP DEBTOR

| Case No. | 13-19746-KAO | Report Month/Year | November, 2013 |
|---|---|---|---|
| Debtor | CLI HOLDINGS, INC. dba ALYDIAN | | |

**INSTRUCTIONS: The debtor's monthly financial report shall include a cover sheet signed by the debtor and all UST forms and supporting documents. Exceptions, if allowed, are noted in the checklist below. Failure to comply with the reporting requirements of Local Bankruptcy Rule 2015-2(a), or the United States Trustee's reporting requirements, is cause for conversion or dismissal of the case.**

| | The debtor has provided the following with this monthly financial report: | Yes | No |
|---|---|---|---|
| **UST-12** | **Comparative Balance Sheet**, or debtor's balance sheet.<br>The debtor's balance sheet, if used, shall include a breakdown of pre- and post-petition liabilities. The breakdown may be provided as a separate attachment to the debtor's balance sheet. | ☑ | ❏ |
| **UST-13** | **Comparative Income Statement**, or debtor's income statement. | ☑ | ❏ |
| **UST-14** | **Summary of Deposits and Disbursements** | ☑ | ❏ |
| **UST-14 Continuation Sheets** | **Statement(s) of Cash Receipts and Disbursements**<br>A Continuation Sheet shall be completed for each bank account or other source of debtor funds and shall include a monthly bank statement and all supporting documents described in the instructions. | ❏ | ☑ |
| **UST-15** | **Statement of Aged Receivables**<br>A detailed accounting of aged receivables shall be provided on, or in an attachment to, UST-15. | ❏ | ☑ |
| **UST-16** | **Statement of Aged Post-Petition Payables**<br>A detailed accounting of aged post-petition payables shall be provided on, or in an attachment to, UST-16. | ☑ | ❏ |
| **UST-17** | **Other Information**<br>When applicable, attach supporting documents such as an escrow statement for the sale of real property or an auctioneer's report for property sold at auction. When changes or renewals of insurance occur, attach a copy of the new certificate of insurance or a copy of the bond. | ❏ | ☑ |

## CONTACT INFORMATION

**Who is the best person to contact if the UST has questions about this report?**

| Name | Deirdre P. Glynn Levin |
|---|---|
| Telephone | 206-623-1900 |
| Email | dglynnlevin@hotmail.com |

Case 13-19746-KAO   Doc 58   Filed 12/17/13   Ent. 12/17/13 14:20:52   Pg. 1 of 17

## DEBTOR'S CERTIFICATION

**INSTRUCTIONS:** The debtor, or trustee, if appointed, must answer questions 1 and 2 and sign this financial report where indicated below. Only an officer or director has authority to sign a financial report for a corporate debtor and only a general partner has authority to sign a financial report for a partnership debtor. <u>Debtor's counsel may not sign a financial report for the debtor</u>.

**Question 1**  At month end, was the debtor delinquent on any <u>post-petition</u> tax obligation?

Yes ☐  No ☑
If yes, list each delinquent post-petition tax obligation on page 9.

**Question 2**  For purposes of calculating the debtor's obligation under 28 U.S.C. 1930(a)(6) to pay a quarterly fee to the United States Trustee, TOTAL DISBURSEMENTS this month from <u>all sources</u> were:

Complete page 6 to calculate TOTAL DISBURSEMENTS and enter the total here.

$  0.00

I certify under penalty of perjury that other information contained in this monthly financial report is complete, true, and accurate to the best of my knowledge, information, and belief.

Debtor's
signature       _/s/Peter Vessenes_                                    ✍   Date 12/17/2013

## Monthly Financial Reports
(due on the 14th of the subsequent month)

Original Place of Filing:

| Seattle, WA  ▼ | Tacoma, WA  ▼ |
|---|---|
| File the <u>original</u> with the court:: | File the <u>original</u> with the court:: |
| United States Bankruptcy Court<br>United States Courthouse<br>700 Stewart Street, **Suite 6301**<br>**Seattle**, WA 98101 | United States Bankruptcy Court<br>1717 Pacific Avenue, **Suite 2100**<br>**Tacoma**, WA 98402 |

AND serve a <u>copy</u> on each of the following:

- Each member of any committees elected or appointed pursuant to the Bankruptcy Code, and to their authorized agents.
- Debtor's counsel.

NOTE:  If the report is electronically filed with the Court, the United States Trustee will be served automatically.  There is no need to serve an additional copy on the United States Trustee.

Case 13-19746-KAO   Doc 58   Filed 12/17/13   Ent. 12/17/13 14:20:52   Pg. 2 of 17

## UST-12, COMPARATIVE BALANCE SHEET

| As of month ending ⇨ | | 11/30/2013 | |
|---|---|---|---|
| **ASSETS** | | | |
| Current Assets | | | |
| Cash | | | |
| Cash - Held by Others (Escrow & Attorney Trust Accounts) | | | |
| Accounts Receivable (net) | Bitcoins | 129,168 | |
| Notes Receivable | | | |
| Inventory | | 1,554,458 | |
| Prepaid Expenses | | 15,846 | |
| Other (attach list) | Deposits | 74,400 | |
| Total Current Assets | | 1,773,872 | |
| Fixed Assets | | | |
| Real Property/Buildings | | | |
| Equipment | Deployed Systems | 547,176 | |
| Accumulated Depreciation | | (364,412) | |
| Total Fixed Assets | | 182,765 | |
| Other Assets (attach list) | | | |
| TOTAL ASSETS | | 1,956,636 | |
| **LIABILITIES** | | | |
| Post-Petition Liabilities | | | |
| Taxes Payable | | | |
| Other Accounts Payables | | 261,079 | |
| Notes Payable | -in Bitcoins | 1,933,349 | |
| Rents, Leases & Mortgages Payable | | | |
| Accrued Interest | Accrued Expenses | 20,000 | |
| Other (specify) | Bitcoins due Investors | 744,455 | |
| Total Post-Petition Liabilities | | 2,958,883 | |

(contd. on next page)

Case 13-19746-KAO    Doc 58    Filed 12/17/13    Ent. 12/17/13 14:20:52    Pg. 3 of 17

## UST-12, COMPARATIVE BALANCE SHEET (contd.)

| As of month ending ⇨ | | 11/30/2013 | |
|---|---|---|---|
| Pre-Petition Liabilities | | | |
| Unsecured Debt | | | |
| Priority Debt: | | | |
| Taxes | | | |
| Wages | | | |
| Deposits | | | |
| Other | | | |
| Notes Payable (Secured Debt) | | | |
| Total Pre-Petition Liabilities | | | |
| TOTAL LIABILITIES | | 2,958,883 | |
| | | | |
| EQUITY | | | |
| Stockholders' Equity (Or Deficit) | | | |
| Capital Stock | | 882,417 | |
| Paid-In Capital | | 500,000 | |
| Retained Earnings | | (2,384,664) | |
| Total Stockholders' Equity (Or Deficit) | | (1,002,247) | |
| | | | |
| Partners' Investment  (Or Deficit) | | | |
| TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY OR PARTNERS' INVESTMENT | | 1,956,636 | |

Footnotes to balance sheet:

Please note that the preprinted accounts listed on the form's Comparative Balance Sheet were not always applicable to the active accounts for Alydian.  Because of the limited space, we chose to substitute Alydian account names for the preprinted ones which we listed in the first column.  i.e.  Alydian does not have any Accounts Receivable, so in the row labeled Accounts Receivable (net), we relabeled it Bitcoins and used it to state the value of our current asset value of bitcoins.

Case 13-19746-KAO    Doc 58    Filed 12/17/13    Ent. 12/17/13 14:20:52    Pg. 4 of 17

## UST-13, COMPARATIVE INCOME STATEMENT

| For the month of ⇨ | | 11/30/2013 | |
|---|---|---|---|
| GROSS SALES | | | |
| Less:    Returns and Allowances | | | |
| Net Sales | | 0 | |
| Cost of Sales:<br>　　Beginning Inventory<br>　　Add:    Purchases<br>　　Less:    Ending Inventory<br>Cost of Goods Sold | | 0 | |
| GROSS MARGIN | | 0 | |
| Other Operating Expenses: | | | |
| 　　Officers' Salaries | Form 1099 | 20,000 | |
| 　　Other Salaries/Direct Labor | | | |
| 　　Employee Benefits/Payroll Taxes | | | |
| 　　Insurance | | | |
| 　　Rent | | 3,058 | |
| 　　General and Administrative | | 43,855 | |
| NET OPERATING PROFIT (LOSS) | | (66,913) | |
| Add:    Other Income | | | |
| Less:    Interest Expense | | | |
| Other Adjustments to Income (Explain) | Depreciation | (290,553) | |
| Gain (Loss) on Sale of Assets | | | |
| Net Profit (Loss) Before Taxes | | | |
| Income Taxes | | | |
| NET PROFIT (LOSS) | | (357,466) | |

Notes:
In Other Adjustments to Income, we chose to classify depreciation here. Because it is such a significant amount, we wanted to identify is separately from the G and A Expenses.

## UST-14, SUMMARY OF DEPOSITS & DISBURSEMENTS

**INSTRUCTIONS:** BEFORE COMPLETING THIS PAGE, prepare a UST-14 CONTINUATION SHEET (see next page) for each bank account or other source of the debtor's funds. The deposit and disbursement total from each CONTINUATION SHEET will be used to complete this SUMMARY.

The debtor is responsible for providing an accurate monthly disbursement total for the purpose of calculating its obligation pursuant to 28 U.S.C. § 1930 (a)(6) to pay statutory fees to the United States Trustee. The disbursement total encompasses all payments made by the bankruptcy estate during the reporting month, whether made directly by the debtor or by another party for the debtor. It includes checks written and cash payments for inventory and equipment purchases, payroll and related taxes and expenses, other operating costs, and debt reduction. It also includes payments made pursuant to joint check arrangements and those resulting from a sale or liquidation of the debtor's assets. The only transactions normally excluded from the disbursement total are transfers within the same reporting month between multiple debtor accounts.

A fee payment is due within 30 days after the end of each calendar quarter, or on **April 30**, **July 31**, **October 31**, and **January 31**, respectively. Since the amount billed is an estimate, the debtor is responsible for paying the correct statutory fee based on its actual disbursements for the calendar quarter, or portion thereof the debtor was in Chapter 11. Failure to pay statutory fees to the United States Trustee is cause for conversion or dismissal of the case. A copy of the statutory fee schedule may be found attached to this report. If you have questions computing the disbursement total, contact the Bankruptcy Analyst assigned to your case at (206) 553-2000.

### Summary of Deposits This Month

| | |
| --- | --- |
| Deposits from UST-14 Continuation Sheet(s) | |
| Cash receipts not included above (if any) | |
| **TOTAL RECEIPTS** ☞ | 0 |

### Summary of Disbursements This Month

| | |
| --- | --- |
| Disbursements from UST-14 Continuation Sheet(s) | |
| Disbursements resulting from asset sales out of the ordinary course (see Page 13, Question 1) | |
| Disbursements made by other parties for the debtor (if any, explain) | |
| | **Note: Enter the amount for TOTAL DISBURSEMENTS here and on Page 2.** |
| **TOTAL DISBURSEMENTS** ☞ | 0 |
| **NET CASH FLOW (TOTAL RECEIPTS MINUS TOTAL DISBURSEMENTS)** ☞ | 0 |

At the end of this reporting month, did the debtor have any delinquent statutory fees owing to the United States Trustee?      Yes ☐   No ☑      *If "Yes", list each quarter that is delinquent and the amount due.*

**(UST-14 CONTINUATION SHEETS, with attachments, should follow this page.)**

Case 13-19746-KAO    Doc 58    Filed 12/17/13    Ent. 12/17/13 14:20:52    Pg. 6 of 17

## UST-14, CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS:**  Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| | |
| --- | --- |
| **Depository (bank) name** ⇨  **Account number** ⇨ | No Bank Accounts |

Purpose of this account (select one):
- ❏ General operating account
- ❏ General payroll account
- ❏ Tax deposit account (payroll, sales, gambling, or other taxes)
- ❏ Other (explain) _____

| | | |
| --- | --- | --- |
| Beginning cash balance | | |
| Add: | Transfers in from other estate bank accounts | |
| | Cash receipts deposited to this account | |
| | Financing or other loaned funds (identify source) | |
| Total cash available this month | | |
| Subtract: | Transfers out to other estate bank accounts | |
| | **Cash disbursements** from this account (total checks written plus cash withdrawals, if any) | |
| Adjustments, if any (explain) | | |
| Ending cash balance | | |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
| --- | --- | --- |
| · A monthly bank statement (or trust account statement); | ❏ | ❏ |
| · A detailed list of receipts for that account (deposit log or receipts journal); | ❏ | ❏ |
| · A detailed list of disbursements for that account (check register or disbursement journal); and, | ❏ | ❏ |
| · If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | ❏ | ❏ |

UST-14 CONTINUATION SHEET, Number _____ of _____

## UST-14, SUMMARY OF DISBURSEMENTS (contd.)

### Payments on Pre-Petition Unsecured Debt (requires court approval)

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month on pre-petition unsecured debt?     Yes ❑   No ☑       If "Yes", list each payment.

| Payee's name | Nature of payment | Payment date | Payment amount | Date of court approval |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Payments to Attorneys and Other Professionals (requires court approval)

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to a professional such as an attorney, accountant, realtor, appraiser, auctioneer, business consultant, or other professional person?     Yes ❑   No ☑
If "Yes", list each payment.

| Professional's name | Type of work performed | Payment date | Payment amount | Date of court approval |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Payments to an Officer, Director, Partner, or Other Insider of The Debtor

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to an officer, director, partner, or other insider of the debtor?     Yes ❑   No ☑       If "Yes", list each payment.

| Payee's name | Relationship to debtor | Payment date | Payment amount | Purpose of payment |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**INSTRUCTIONS:** Use the last column to describe the purpose of each payment, such as gross wages or salary, reimbursement for business expenses, loan repayment, advance, draw, bonus, dividend, stock distribution, or other reason for the payment(explain).

Case 13-19746-KAO   Doc 58   Filed 12/17/13   Ent. 12/17/13 14:20:52   Pg. 8 of 17

## UST-15, STATEMENT OF AGED RECEIVABLES

**INSTRUCTIONS:**   Complete all portions of UST-15, STATEMENT OF AGED RECEIVABLES, unless the debtor asserts the following two statements are true for this reporting month:

1)   At the beginning of the reporting month, the debtor did not have any uncollected receivables from prior months which includes both pre-petition <u>and</u> post-petition accounts receivable; and,
2)   During the reporting month, the debtor did not have any receivables activity, including the accrual of new accounts receivable, or the collection or writeoff of accounts receivable from prior months.

Check here ☑ if the debtor asserts that both statements are correct and skip to UST-16, STATEMENT OF POST-PETITION PAYABLES, on the next page.

### Accounts Receivable Aging

|  | Balance at month end | Current portion | Past due 31-60 days | Past due 61-90 days | Past due over 90 days | Uncollectible receivables |
|---|---|---|---|---|---|---|
| Pre-petition receivables |  |  |  |  |  |  |
| Post-petition receivables |  |  |  |  |  |  |
| TOTALS |  |  |  |  |  |  |

Explain what efforts the debtor made during this reporting month to collect receivables over 60 days past due.

Does the debtor have any accounts receivable due from an officer, director, partner, or other insider of the debtor?   **If yes, explain.**

### Accounts Receivable Reconciliation

| Closing balance from prior month | 0 |
|---|---|
| New accounts receivable added this month | 0 |
| Subtotal | 0 |
| Less accounts receivable collected | 0 |
| Closing balance for current month | 0 |

## UST-16, STATEMENT OF POST-PETITION PAYABLES
## PART A - TAXES

INSTRUCTIONS: Complete both pages of PART A - TAXES unless the debtor asserts the following statement is true for this reporting month:

At the end of this reporting month, the debtor <u>did not have any unpaid post-petition taxes</u> which includes both current and delinquent tax obligations.

Check here ☑ if the debtor asserts the statement is correct, and skip to PART B - OTHER PAYABLES on Page 10.

### Reconciliation of Unpaid Post-Petition Taxes

| Type of tax | (1) Unpaid post-petition taxes from prior reporting month | (2) Post-petition taxes accrued this month (new obligations) | (3) Post-petition tax payments made this reporting month | (4) Unpaid post-petition taxes at end of reporting month (Column 1+2-3 = 4) |
|---|---|---|---|---|
| **Federal Taxes** | | | | |
| Employee withholding taxes | | | | |
| FICA/Medicare--Employee | | | | |
| FICA/Medicare--Employer | | | | |
| Unemployment | | | | |
| **State Taxes** | | | | |
| Dept. of Revenue | | | | |
| Dept. of Labor & Industries | | | | |
| Empl. Security Dept. | | | | |
| **Other Taxes** | | | | |
| Local city/county | | | | |
| Gambling | | | | |
| Personal property | | | | |
| Real property | | | | |
| Other | | | | |
| Total Unpaid Post-Petition Taxes | | | | $ |

Case 13-19746-KAO    Doc 58    Filed 12/17/13    Ent. 12/17/13 14:20:52    Pg. 10 of 17

## UST-16, STATEMENT OF POST-PETITION PAYABLES
### PART A - TAXES (contd.)

**Delinquent Tax Reports and Tax Payments (post-petition only)**

| Taxing agency | Tax reporting period | Report due date | Payment due date | Amount due |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Explain the reason for any delinquent tax reports or tax payments:

## UST-16, STATEMENT OF POST-PETITION PAYABLES
## PART B - OTHER PAYABLES

**INSTRUCTIONS:** Complete both pages of PART B - OTHER PAYABLES unless the debtor asserts that this statement is true for this reporting month:

> Except for taxes and professional fees disclosed in PART A and PART C of this report, respectively, the debtor has no other unpaid post-petition payables from the current reporting month, or from any prior reporting months.

Check here ☐ if the debtor asserts the statement is correct, and skip to PART C - ESTIMATED PROFESSIONAL FEES on Page 12.

**Reconciliation of Post-Petition Payables** (excluding taxes and professional fees)

| | |
| --- | --- |
| Closing balance from prior month | 0 |
| New payables added this month | 261,079 |
| Subtotal | 261,079 |
| Less payments made this month | 0 |
| Closing balance for this reporting month | $ 261,079 |

**Breakdown of Closing Balance by Age**

| | |
| --- | --- |
| Current portion | 261,079 |
| Past due 1-30 days | |
| Past due 31-60 days | |
| Past due 61-90 days | |
| Past due over 90 days | |
| Total | $ 261,079 |

For accounts payable <u>more than 30 days past due</u>, explain why payment has not been made:

Case 13-19746-KAO    Doc 58    Filed 12/17/13    Ent. 12/17/13 14:20:52    Pg. 12 of 17

## UST-16, STATEMENT OF POST-PETITION PAYABLES
### PART B - OTHER PAYABLES (contd.)

**INSTRUCTIONS:** List each post-petition payable delinquent more than 30 days. Alternatively, attach the debtor's accounts payable aging report if the report: 1) clearly separates pre-and post-petition accounts payable, and, 2) identifies each delinquent payable by vendor's name, invoice date, invoice amount, and payment due date.

### Delinquent Post-Petition Payables (excluding taxes and professional fees)

| Vendor name | Invoice date | Invoice amount | Payment due date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## UST-16, STATEMENT OF POST-PETITION PAYABLES
## PART C - ESTIMATED PROFESSIONAL FEES

**INSTRUCTIONS:** Report only <u>post-petition</u> professional fees and expenses.  To the extent possible, use billing statements to report the actual amounts due.   If billing statements are not available, use the best information available to estimate the fees and costs.

| Type of professional | Amount of retainer (if applicable) | Fees and expenses from prior months | Fees and expenses added this month | Total estimated fees and expenses at month end |
|---|---|---|---|---|
| Debtor's counsel | $11,046 | | $28,501 | $28,501 |
| Debtor's accountant | | | | |
| Debtor's other professional (explain) | | | | |
| Trustee's counsel | | | | |
| Creditors' Committee Counsel | | | | |
| Creditors' Committee other | | | | |
| Total estimated post-petition professional fees and costs | | | | $ 28,501 |

Case 13-19746-KAO    Doc 58    Filed 12/17/13    Ent. 12/17/13 14:20:52    Pg. 14 of 17

Debtor   CLI HOLDINGS, INC. dba ALYDIAN

---

## UST-17, OTHER INFORMATION

**INSTRUCTIONS:** Answer each question fully and attach additional sheets if necessary to provide a complete response.     **Yes**    **No**

**Question 1 - Sale or Abandonment of the Debtor's Assets.** Did the debtor, or another party on behalf of the debtor, sell, transfer, or otherwise dispose of any of the debtor's assets during the reporting month? Include only sales out of the ordinary course. *The debtor must attach an escrow statement for each sale of real property and an auctioneer's report for each auction.*     ❏     ☑

| Asset Description | Date of Court Approval | Method of Disposition | Gross Sales Price | Net Proceeds Received (&Date) | Escrow Statement or Auctioneers Report Attached? |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

Total _____

Any disbursements made from escrow or trust accounts from the proceeds of the above transactions should also be included on the line of UST-14 entitled "Disbursements from sales out of the ordinary course."

**Question 2 - Financing.** During the reporting month, did the debtor receive any funds from an outside funding source?     ❏     ☑

| Date of Court Approval | Amount | Source of funds | Date Received |
|---|---|---|---|
| | | | |

Total _____

**Question 3 - Insider Loans/Capital Contributions.** During the reporting month, did the debtor receive any funds from an officer, director, partner, or other insider of the debtor?     ❏     ☑

| Date of Court Approval | Amount | Source of funds | Date Received |
|---|---|---|---|
| | | | |

Total _____

## UST-17, OTHER INFORMATION

| | Yes | No |
|---|---|---|
| **Question 4 - Insurance and Bond Coverage.** Did the debtor renew, modify, or replace any insurance policies during this reporting month? | ❑ | ☑ |

**Renewals:**

| Provider | New Premium | Is a Copy Attached to this Report? |
|---|---|---|

**Changes:**

| Provider | New Premium | Is a Copy Attached to this Report? |
|---|---|---|

| | Yes | No |
|---|---|---|
| Were any insurance policies canceled or otherwise terminated for any reason during the reporting month?  If yes, explain. | ❑ | ☑ |
| Were any claims made during this reporting month against the debtor's bond?   (Answer "No" if the debtor is not required to have a bond.  If yes, explain. | ❑ | ☑ |

**Question 5 - Personnel Changes.**  Complete the following:

| | Full-time | Part-time |
|---|---|---|
| Number of employees at beginning of month | | |
| Employees added | | |
| Employees resigned/terminated | | |
| Number employees at end of month | | |
| **Gross Monthly Payroll and Taxes** | $ | |

**Question 6 - Significant Events.**  Explain any significant new developments during the reporting month.

**Question 7 - Case Progress.**  Explain what progress the debtor made during the reporting month toward confirmation of a plan of reorganization.

Continued preliminary discussions concerning reorganization plan.

## STATUTORY FEE SCHEDULE

| If the debtor's disbursements for the calendar quarter are within these amounts. . . | | Then the quarterly fee due is. . . |
|---|---|---|
| **From** | **To** | |
| -0- | $14,999.99 | $325 |
| $15,000 | $74,999.99 | $650 |
| $75,000 | $149,999.99 | $975 |
| $150,000 | $224,999.99 | $1,625 |
| $225,000 | $299,999.99 | $1,950 |
| $300,000 | $999,999.99 | $4,875 |
| $1,000,000 | $1,999,999.99 | $6,500 |
| $2,000,000 | $2,999,999.99 | $9,750 |
| $3,000,000 | $4,999,999.99 | $10,400 |
| $5,000,000 | $14,999,999.99 | $13,000 |
| $15,000,000 | $29,999,999.99 | $20,000 |
| $30,000,000 or more | | $30,000 |

| Make check payable to:<br><br>**United States Trustee**<br><br>Mail quarterly fee payments to:<br><br>**US Trustee Program Payment Center<br>PO Box 530202<br>Atlanta, GA 30353-0202** | For calendar quarter ending. . . | A fee payment is due on. . . |
|---|---|---|
| | March 31 | April 30 |
| | June 30 | July 31 |
| | September 30 | October 31 |
| | December 31 | January 31 |

Send your payment and quarterly fee payment stub *ONLY*. Any disbursement stubs, monthly operating reports, correspondence, court notices, etc., sent to the lockbox **will be destroyed**.

### * * * NOTICE OF INTEREST ASSESSMENT * * *

Pursuant to 31 U.S.C. §3717, the United States Trustee Program will begin assessing interest on unpaid Chapter 11 quarterly fees charged in accordance with 28 U.S.C. §1930(a) effective October 1, 2007. The interest rate assessed is the rate in effect as determined by the Treasury Department at the time your account becomes past due.

### NOTICE

DISCLOSURE OF INTENT TO USE TAXPAYER IDENTIFYING NUMBER FOR THE PURPOSE OF COLLECTING AND REPORTING DELINQUENT QUARTERLY FEES OWED TO THE UNITED STATES TRUSTEE PURSUANT TO 28 U.S.C. § 1930(a)(6)

Please be advised that, pursuant to the Debt Collection Improvements Act of 1996, Public Law 104-134, Title III, § 31001(i)(3)(A), 110 Stat. 1321-365, codified at 31 U.S.C. § 3701, the United States Trustee intends to use the debtor's Taxpayer Identification Number ("TIN") as reported by the debtor or debtor's counsel in connection with the chapter 11 bankruptcy proceedings for the purpose of collecting and reporting on any delinquent debt, including chapter 11 quarterly fees, that are owed to the United States Trustee.

The United States Trustee will provide the debtor's TIN to the Department of Treasury for its use in attempting to collect overdue debts. Treasury may take the following steps: (1) submit the debt to the Internal Revenue Service Offset Program so that the amount owed may be deducted from any payment made by the federal government to the debtor, including but not limited to tax refunds; (2) report the delinquency to credit reporting agencies; (3) send collection notices to the debtor; (4) engage private collection agencies to collect the debt; and, (5) engage the United States Attorney's office to sue for collection. Collection costs will be added to the total amount of the debt.