UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| CLI HOLDINGS, INC. dba ALYDIAN, | ) | Case No. 13-19746-KAO |
| | ) | |
| Debtor. | ) | DEBTOR'S *EX PARTE* MOTION FOR |
| | ) | B.R. 2004 EXAM OF BITVESTMENT |
| | ) | PARTNERS, LLC AND FOR |
| | ) | PRODUCTION OF DOCUMENTS |

Pursuant to B.R. 2004, Debtor moves this Court under B.R. 2004 order requiring Bitvestment Partners, LLC f/k/a Dalsa Barbour LLC ("Bitvestment") to produce certain documents described on Exhibit "A" to the Motion on or before Monday, January 6, 2014, and an order directing Bitvestment to designate a representative to be examined under oath as to its claim against Debtor's estate to take place on January 14, 2014 at 10:00 a.m. at the Law Offices of Keller Rohrback L.L.P. or at such time and place as may be agreed upon between counsel, or set forth in a subpoena to be issued pursuant to B.R. 9016.

A proposed order is filed herewith.

DATED this 18th day of December, 2013.

KELLER ROHRBACK L.L.P.

By: */s/Deirdre P. Glynn Levin*
 Deirdre P. Glynn Levin, WSBA #24226
 Attorneys for Debtor

DEBTOR'S EX PARTE MOTION FOR B.R. 2004 EXAM OF BITVESTMENT PARTNERS, LLC AND FOR PRODUCTION OF DOCUMENTS (13-19746-KAO) Page - 1
N:\Clients\29744\1\Discovery\2004 Exam of Gallancy\2004.Gallancy.doc

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Case 13-19746-KAO    Doc 59    Filed 12/18/13    Ent. 12/18/13 17:26:01    Pg. 1 of 1