Entered on Docket December 19, 2013

**Below is the Order of the Court.**



_____
Karen A. Overstreet
U.S. Bankruptcy Judge
**(Dated as of Entered on Docket date above)**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| CLI HOLDINGS, INC. dba ALYDIAN, | ) | Case No. 13-19746-KAO |
| | ) | |
| Debtor. | ) | *EX PARTE* ORDER GRANTING DEBTOR'S MOTION FOR EXAMINATION UNDER B.R. 2004 OF BITVESTMENT PARTNERS, LLC AND FOR PRODUCTION OF DOCUMENTS |

This matter came before the Court on Debtor's Ex Parte Motion for B.R. 2004 exam of Bitvestment Partners, LLC f/k/a Dalsa Barbour LLC ("Bitvestment"). The Court, having reviewed the Motion, and the files and records in this case, and finding that the Motion is appropriate in all the circumstances, hereby

GRANTS the Motion, and it is further

ORDERED that Bitvestment shall produce the documents identified in Exhibit "A" to this Order by 4:30 p.m. on January 6, 2014, and it is further

ORDERED that Bitvestment shall designate a representative to be examined under oath


*EX PARTE* ORDER GRANTING DEBTOR'S MOTION FOR B.R.
2004 EXAM OF BITVESTMENT PARTNERS, LLC AND FOR
PRODUCTION OF DOCUMENTS (13-19746-KAO) Page - 1
N:\Clients\29744\1\Discovery\2004 Exam of Gallancy\2004.Gallancy.Order.doc

LAW OFFICES OF
**Keller Rohrback l.l.p.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384


Case 13-19746-KAO    Doc 61    Filed 12/19/13    Ent. 12/19/13 14:38:33    Pg. 1 of 2

as to its claim against Debtor's estate, and that said examination shall take place on January 14, 2014 at 10:00 a.m. at the Law Offices of Keller Rohrback L.L.P. or at such time and place as may be agreed upon between counsel, or set forth in a subpoena to be issued pursuant to B.R. 9016; and it is further

ORDERED that the scope of the oral examination of Bitvestment's designated representative shall include, all matters addressed in the Motion, all issues pertaining to or raised by the documents identified on Exhibit "A", and all issues reasonably related thereto.

/ / / END OF ORDER / / /

Presented by:

KELLER ROHRBACK L.L.P.

By: */s/Deirdre P. Glynn Levin*
Deirdre P. Glynn Levin, WSBA #24226
Attorneys for Debtor

*EX PARTE* ORDER GRANTING DEBTOR'S MOTION FOR B.R. 2004 EXAM OF BITVESTMENT PARTNERS, LLC AND FOR PRODUCTION OF DOCUMENTS (13-19746-KAO) Page - 2
N:\CLIENTS\29744\1\DISCOVERY\2004 EXAM OF GALLANCY\2004.GALLANCY.ORDER.DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Case 13-19746-KAO    Doc 61    Filed 12/19/13    Ent. 12/19/13 14:38:33    Pg. 2 of 2