UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re )
)
CLI HOLDINGS, INC. dba ALYDIAN, ) CASE NO. 13-19746-KAO
)
                 Debtor. ) [PROPOSED]
)
) ORDER GRANTING BITVESTMENT
) PARTNERS, LLC'S MOTION FOR
) RECONSIDERATION OF COURT'S
) ORDER ON RULE 2004 EXAM
) [DKT. 61]

THIS MATTER, came on for consideration on Bitvestment Partners, LLC f/k/a Dalsa Barbour LLC's ("Bitvestment") Motion to Reconsider the Court's Order Granting Debtor's Ex Parte Motion for Rule 2004 Examination and for Production of Documents (Dkt. 61) entered December 19, 2013 (the "Motion"). The Court having reviewed the Motion and all other things properly before it; and the Court having determined that notice given was appropriate and timely under the circumstances and that this Court has jurisdiction over the Motion; IT IS NOW, THEREFORE,

ORDERED as follows:

A.     That the Motion is GRANTED.

B.     The Debtor's Rule 2004 Motion is DENIED.

ORDER GRANTING BITVESTMENT PARTNERS, LLC'S
MOTION FOR RECONSIDERATION OF COURT'S ORDER ON
RULE 2004 EXAM - 1

128054.0001/5902751.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

Case 13-19746-KAO   Doc 62-1   Filed 12/19/13   Ent. 12/19/13 16:42:44   Pg. 1 of 2

C. That Bitvestment is awarded an appropriate sanction against the Debtor in the form of _____ for failure to comply with Fed. R. Bankr. P. 9016(c)(1).

*### End of Order###*

Presented by:

LANE POWELL PC

By /s/ *Tereza Simonyan*
    Charles R. Ekberg, WSBA No. 00342
    Tereza Simonyan, WSBA No. 41741
Attorneys for Bitvestment Partners LLC,
f/k/a Dalsa Barbour LLC


REYHANI NEMIROVSKY LLP

By: */s/ Bryan Reyhani*
    Bryan Reyhani, B.R. - 9147*
    *Admitted pro hac vice
200 Park Ave., 17th Fl.
New York, NY 10166
Telephone: (12)897-4022
E-mail: bryan@rnlawfirm.com
Attorneys for Bitvestment Partners LLC,
f/k/a Dalsa Barbour LLC

ORDER GRANTING BITVESTMENT PARTNERS, LLC'S
MOTION FOR RECONSIDERATION OF COURT'S ORDER ON
RULE 2004 EXAM - 2

128054.0001/5902751.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

Case 13-19746-KAO    Doc 62-1    Filed 12/19/13    Ent. 12/19/13 16:42:44    Pg. 2 of 2