**Below is the Order of the Court.**

_____
Karen A. Overstreet
U.S. Bankruptcy Judge
**(Dated as of Entered on Docket date above)**

_____

Karen A. Overstreet
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re

CLI Holdings Inc.,

          Debtor(s).

Case No. 13-19746

ORDER DENYING MOTION FOR RECONSIDERATION

This matter came before the Court on Bitvestment's Motion to Reconsider *Ex Parte* Order Granting Motion for Rule for 2004 Exam of Bitvesment Partners, LLC and for Production of Documents ["Motion to Reconsider", Dkt. No. 62]. Bitvestment asks that the Court vacate its *Ex Parte* Order Granting Motion for Rule for 2004 Exam of Bitvesment Partners, LLC and for Production of Documents ["Prior Order", Dkt. No. 61] and deny the Debtor's *Ex Parte* Motion for B.R. 2004 Exam of Bitvestment Partners, LLC and For Production of Documents [Dkt. No 59]. The Court reviewed the pleadings and files herein. Based on the record, it is hereby

Order - 1

ORDERED that the Motion to Reconsider is **DENIED**, except that the Prior Order is hereby modified to make it clear that pursuant to Fed. R. Bankr. P. 2004(c), both attendance of an entity for examination and production of documents must be compelled by subpoena as provided in Rule 9016. This Order is without prejudice to Bitvestment seeking protection, if necessary, pursuant to Fed. R. Civ. P. 45(c), made applicable to bankruptcy proceedings by Fed. R. Civ. P. 9016.

///END OF ORDER///