Hon. Karen A. Overstreet
*Ex Parte*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| CLI HOLDINGS, INC. dba ALYDIAN, | ) | NO. 13-19746 |
| | ) | |
| Debtor. | ) | EX PARTE MOTION TO |
| | ) | SHORTEN TIME |

## I. RELIEF SOUGHT

COMES NOW, CLI HOLDINGS, INC. dba ALYDIAN ("Alydian") by and through its attorneys, Deirdre Glynn Levin and Keller Rohrback, and seeks that the Court enter an order to shorten time to hear Alydian's Motion to Approve Bidding Procedures and Sale of Assets under 11 U.S.C § 363. This motion is based on the records and files herein, and on the supporting of Peter Vessenes.

## II. FACTS

Alydian is seeking an order to sell its assets which consist of bitcoin mining rigs. The market price for bitcoin mining is volatile, and it appears it is trending downwards. *See* Vessenes Declaration. Market prices have dropped significantly. *Id*. The hearing to approve bidding procedures and the sale hearing should be expedited because Bitcoin mining companies

EX PARTE MOTION TO SHORTEN TIME (13-19746) Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\CLIENTS\29744\1\PLEADINGS\363.SALE\SHORTEN TIME.122313\MTNTOSHORTENTIME.122313.DOC

Case 13-19746-KAO    Doc 66    Filed 12/23/13    Ent. 12/23/13 17:51:03    Pg. 1 of 2

are planning on delivering mining rigs in the first two quarters of 2014 in large numbers. Also, Alydian wants to sell its rigs before these are delivered by competitors, which may afford a better market and a higher price for its assets.

Also, employees are only committed to providing services to Alydian until the end of January 2014. Alydian needs to ensure it has sufficient time to transition the rigs to a purchaser or purchasers while employees are still available to assist with the transition.

## II.  ARGUMENT

LBR 9013-1(d)(3)(C) allows the court to shorten time on showing of exigent circumstances. Mr. Vessenes has testified that Alydian needs to sell the assets of this estate. Waiting until the court's next calendar on January 17, 2014 will be a detriment to the estate. The circumstances are clearly exigent. Alydian requests that the Court enter an order shortening time so that its underlying motion may be heard on January 3, 2014 or as soon as possible thereafter.

## III.  CONCLUSION

For the reasons stated herein, respectfully, the Court should grant the motion for an order to shorten time to hear the underlying motion. A copy of a proposed order is attached as an exhibit hereto.

DATED this 23rd day of December 2013.

KELLER ROHRBACK L.L.P.

By: */s/Deirdre Glynn Levin*
　　Deirdre Glynn Levin, WSBA #24226
　　Attorneys for Alydian

Presented by:

KELLER ROHRBACK L.L.P.

By: */s/Deirdre Glynn Levin*
　　Deirdre Glynn Levin, WSBA #24226
　　Attorneys for Debtor CLI Holdings, Inc. dba Alydian

EX PARTE MOTION TO SHORTEN TIME (13-19746) Page - 2

N:\CLIENTS\29744\1\PLEADINGS\363.SALE\SHORTEN TIME.122313\MTNTOSHORTENTIME.122313.DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Case 13-19746-KAO    Doc 66    Filed 12/23/13    Ent. 12/23/13 17:51:03    Pg. 2 of 2