UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| CLI HOLDINGS, INC. dba ALYDIAN, | ) | NO. 13-19746 |
| | ) | |
| Debtor. | ) | ORDER GRANTING EX PARTE |
| | ) | MOTION TO SHORTEN TIME |

This matter, having come on for hearing before this court upon the Ex parte Motion to Shorten Time (the "Motion to Shorten Time") for hearing the Motion to Approve Bidding Procedures and Sale of Assets (the "Motion") under 11 U.S.C § 363 filed by CLI HOLDINGS, INC. dba ALYDIAN ("Alydian") by and through Deirdre Glynn Levin and Keller Rohrback, LLP, attorneys for Alydian;

The Court, having considered the Motion to Shorten Time and the Declaration of Peter Vessenes in support, the Motion and Declaration of Peter Vessenes and the Declaration of Hans Olsen, and the pleadings and files herein, and finding that there are exigent circumstances under L.B.R. 9013-1(d)(3)(C), hereby GRANTS the Motion and further

ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME (13-19746) Page - 1

N:\Clients\29744\1\Pleadings\363.Sale\Shorten time.122313\OrderOST.122313.doc

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Case 13-19746-KAO    Doc 66-2    Filed 12/23/13    Ent. 12/23/13 17:51:03    Pg. 1 of 2

ORDERS that the Motion will be heard on a special set calendar on **January \_\_\_, 2014 at _____** and the court further

ORDERS that any Response to the Motion shall be filed and served by **January \_\_\_\_, 2014 at _____** and Alydian's reply shall be filed and served by **January \_\_\_\_\_ 2014 at \_\_\_\_\_.**

/ / /END OF ORDER/ / /

Presented by:

KELLER ROHRBACK L.L.P.


By: */s/Deirdre Glynn Levin*
 Deirdre Glynn Levin, WSBA #24226
 Attorneys for Debtor CLI Holdings, Inc. dba Alydian

ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME (13-19746) Page - 2

N:\Clients\29744\1\Pleadings\363.Sale\Shorten time.122313\OrderOST.122313.doc

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Case 13-19746-KAO    Doc 66-2    Filed 12/23/13    Ent. 12/23/13 17:51:03    Pg. 2 of 2