UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| In Re: | ) | Chapter: 11 |
| | ) | |
| CLI HOLDINGS, INC. dba ALYDIAN, | ) | Case No. 13-19746-KAO |
| | ) | |
| Debtor. | ) | DECLARATION OF HANS OLSEN |
| | ) | |

1. My name is Hans Olsen, I am over 18 years of age and testify hereto based upon my personal knowledge. I make this declaration in support of the Motion to Approve Bidding Procedures and Sale of Assets filed by CLI Holdings, Inc. dba Alydian, Inc. ("Alydian").

2. I have served as CEO, president, board member and in other executive capacities of semiconductor chip manufacturing companies over my 30 year career.

3. In November 2012, I began consulting for CoinLab, Inc., one of the two owners of Alydian. I gradually increased to a full-time role and since May 2013, I have been managing engineering and operational activities for CoinLab and Alydian.

4. My work is primarily in the design, manufacture and deployment of bitcoin mining rigs ("Rigs"). Rigs are dedicated and highly specialized computer systems used for mining bitcoins. Rigs perform an algorithm to solve a complex mathematical calculation.

5. The bitcoin mining network automatically adjusts so that the same number of bitcoins is awarded daily. Increased competition has made mining bitcoins increasingly difficult.

DECLARATION OF HANS OLSEN (13-19746-KAO) Page - 1

N:\Clients\29744\1\Pleadings\363.Sale\Olsen.FINAL.doc

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Case 13-19746-KAO    Doc 67-1    Filed 12/23/13    Ent. 12/23/13 17:55:12    Pg. 1 of 3

As bitcoins increased in value during 2013, more of Alydian's competitors in the network began to deploy mining rigs.

6. Alydian is offering the Rigs for sale to a qualified purchaser or purchasers. The Rigs are comprised of 34 systems (the "Systems"). The speed of each of the Systems is measured in "terra hashes" or "TH." Each of the Systems generates an average of 5 TH. Alydian has 170 TH available for sale (34 Systems x 5 TH per system).

7. At maximum performance, each of Systems may perform up to 5.6 TH, but may not operate at maximum performance at all times. From August 2013 to October 2013, Alydian has mined the following Bitcoins:

| | |
|---|---|
| August 2013 | 14.78577426 |
| September 2013 | 884.83728327 |
| October 2013 | 1,656.66530240 |

Additional figures for mined Bitcoins in November and for December 2013 to date may be made available to interested parties.

8. The Rigs require a large amount of power and cooling and are therefore not desirable to operate in a home or standard office environment. As such, the ability to own Rigs or capacity in a data center is essential to their operation.

9. Alydian operates the Rigs in three data centers, also known as hosting facilities. The typical lease term in a hosting facility is between three and five years. However, for bitcoin operations the optimal time frame for hosting is much shorter. CoinLab entered into three leases for hosting the Rigs, described below.

10. CoinLab entered into a 12-month term hosting contract entered with Sabey Data Center Properties, LLC ("Sabey") on August 29, 2013. Six rigs have been installed at Sabey's

DECLARATION OF HANS OLSEN (13-19746-KAO) Page - 2

N:\CLIENTS\29744\1\PLEADINGS\363.SALE\OLSEN.FINAL.DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Case 13-19746-KAO    Doc 67-1    Filed 12/23/13    Ent. 12/23/13 17:55:12    Pg. 2 of 3

Intergate Quincy facility in Quincy, WA. The charge per rig is $6,200 for a total of $37,200 per month, plus an electricity usage fee charged at a rate of $.025/kW based on actual electricity consumed.

11. CoinLab entered into a month to month hosting contract entered with Wow Technologies, Inc. ("Wowrack") on November 1, 2013. This contract covers 18 rigs which have been installed at Wowrack's facility in Tukwila, WA. The charge per rig is $5,675 for a total of $102,150 per month.

12. CoinLab entered into a hosting contract entered with Wowrack on December 19, 2013 which term ends on March 31, 2014. This contract covers ten rigs: two rigs at Wowrack's facility in Tukwila, WA and eight rigs Wowrack's facility in Seattle, WA. The charge per rig is $5,900 for a total of $59,000 per month.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED this 23rd day of December, 2013.

>*/s/Hans Olsen*
>Hans Olsen

DECLARATION OF HANS OLSEN (13-19746-KAO) Page - 3

N:\Clients\29744\1\Pleadings\363.Sale\Olsen.FINAL.doc

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Case 13-19746-KAO    Doc 67-1    Filed 12/23/13    Ent. 12/23/13 17:55:12    Pg. 3 of 3