Hon. Karen Overstreet
*Ex Parte*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| CLI HOLDINGS, INC. dba ALYDIAN, | ) | NO. 13-19746 |
| | ) | |
| Debtor. | ) | AMENDED DECLARATION OF PETER VESSENES IN SUPPORT OF EX PARTE MOTION FOR ORDER TO SHORTEN TIME TO HEAR MOTION FOR BIDDING PROCEDURES ORDER AND FOR SALE OF ASSETS |

I, Peter J. Vessenes, make this Declaration in support of the Motion for Order to Shorten Time for hearing the Motion to Approve Bidding Procedures and Sale of Assets under 11 U.S.C § 363.

1. I am the managing director of the debtor, CLI Holdings, Inc. dba Alydian ("Alydian"). I have personal knowledge of these facts stated herein.

2. Alydian owns and operates certain inventory and systems designs necessary to implement a large scale Bitcoin mining operation consist of mining rigs (the "Rigs"). The Rigs are comprised of 36 Systems (the "Systems"). The speed of each of the Systems is measured in "terra hashes" or "TH." Each of the Systems generates an average of 5 TH. Alydian has currently deployed about 135 TH, and the Bitcoin network as a whole has deployed

DECLARATION OF PETER VESSENES (13-19746) Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\CLIENTS\29744\1\PLEADINGS\363.SALE\SHORTEN TIME.122313\AMENDEDVESSENES DEC.122413.DOC

Case 13-19746-KAO    Doc 69    Filed 12/24/13    Ent. 12/24/13 12:00:03    Pg. 1 of 2

approximately 6,000 TH in the same period. The total now standing (as of this declaration) is at 9,500 TH per second.

3. The market price for mining is volatile, but, based on my informal survey of the market, it appears it is trending downwards. Market prices have dropped from $70-80k per TH to $40k per TH in the last few weeks. I believe this depreciation is due to a decline in Bitcoin prices and the successful launch of KnC Miner's new product offering.

4. Another reason to expedite this sale hearing is because Bitcoin mining companies are planning on delivering mining rigs in the first two quarters of 2014 in large numbers. However, if Alydian can sell its Rigs before these are delivered by competitors, the market may afford Alydian a higher price for sale.

5. CoinLab, Inc. ("CoinLab") is a Delaware corporation which owns 65% of the common stock of Alydian. Key employees of CoinLab, Inc., which provide their services to Alydian, have negotiated for incentive compensation and we anticipate they will continue to provide their services only through the end of January, 2014. Alydian needs to ensure it has sufficient time to transition the Rigs to a purchaser or purchasers while these employees are still available.

6. For the reasons set forth above, I strongly believe it will be in the best interest of Alydinan's creditors to expedite a sale of Alydian's assets.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed in Boston Massachusetts this 23rd day of December 2013.

/s/ *Peter J. Vessenes*
Peter J. Vessenes

DECLARATION OF PETER VESSENES (13-19746) Page - 2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\CLIENTS\29744\1\PLEADINGS\363.SALE\SHORTEN TIME.122313\AMENDED VESSENES DEC.122413.DOC

Case 13-19746-KAO    Doc 69    Filed 12/24/13    Ent. 12/24/13 12:00:03    Pg. 2 of 2