The Honorable Karen A. Overstreet
Chapter: 11
Hearing Date: January 10, 2014
Hearing Time: 10:30 am
Response Date: January 8, 2014

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 13-19746-KAO |
| CLI HOLDINGS, INC. dba ALYDIAN, ) | |
| ) | NOTICE OF HEARING ON MOTION |
| Debtor. ) | FOR ORDER APPROVING NOTICE OF |
| ) | SALE, BIDDING PROCEDURES |
| ) | ORDER, SETTING HEARING ON SALE |
| ) | OF ASSETS AND GRANTING OTHER |
| ) | RELIEF |
| ) | |
| ) | |

PLEASE TAKE NOTICE that the MOTION FOR ORDER APPROVING NOTICE OF SALE, BIDDING PROCEDURES ORDER, SETTING HEARING ON SALE OF ASSETS AND GRANTING OTHER RELIEF is set for hearing, pursuant to this Court's Order to Shorten Time, entered December 24, 2013, as follows:

| JUDGE: Honorable Karen A. Overstreet | TIME: 10:30 a.m. |
|---|---|
| PLACE: U.S. Courthouse, Courtroom 7206<br>700 Stewart Street<br>Seattle, WA 98101-1271 | DATE: January 10, 2014 |

IF YOU OPPOSE the Motion, you must file your written response with the clerk of the court, serve a copy on the Judge's chambers (if more than 25 pages) and deliver copies to the undersigned NOT LATER THAN THE RESPONSE DATE, which is January 8, 2014. IF NO

NOTICE OF HEARING (13-19746-KAO) Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\CLIENTS\29744\1\PLEADINGS\363.SALE\NOTICE OF HEARING.122413.DOC

Case 13-19746-KAO    Doc 71    Filed 12/24/13    Ent. 12/24/13 14:04:23    Pg. 1 of 2

RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION WITHOUT FURTHER NOTICE, and strike the hearing.

DATED this 24th day of December, 2013.

KELLER ROHRBACK L.L.P.

By: */s/Deirdre P. Glynn Levin*
Deirdre P. Glynn Levin, WSBA #24226
Attorneys for Debtor

NOTICE OF HEARING (13-19746-KAO) Page - 2

N:\CLIENTS\29744\1\PLEADINGS\363.SALE\NOTICE OF HEARING.122413.DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Case 13-19746-KAO    Doc 71    Filed 12/24/13    Ent. 12/24/13 14:04:23    Pg. 2 of 2