The Honorable Karen A. Overstreet

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| In Re: | ) | Chapter: 11 |
| | ) | |
| CLI HOLDINGS, INC. dba ALYDIAN, | ) | Case No. 13-19746-KAO |
| | ) | |
| Debtor. | ) | DECLARATION OF SERVICE |
| | ) | |

I, Chris Jarman, declare as follows:

1. I am a legal assistant at Keller Rohrback L.L.P., counsel for the Debtor.

2. On December 24, 2013, I mailed via U.S. First Class mail to the parties attached hereto as Exhibit A, postage prepaid, a copy of the following: Motion for Order to Shorten Time; Declaration of Vessenes in Support, and Order Granting Motion to Shorten Time (entered on December 24, 2014), and Motion for Order Bidding Procedures and Setting Hearing on Sale of Debtor's Assets and Granting Other Relief, Declaration of Vessenes and Exhibit A thereto; Declaration of Olsen; Proposed Order for Order Bidding Procedures and Setting Hearing on Sale of Debtor's Asset, and Notice of Hearing hereby effecting service in this case.

I certify under penalty of perjury that the foregoing is true and correct.

Signed this 24th day of December, 2013, at Seattle, Washington.

*/s/Chris Jarman*
Chris Jarman

DECLARATION OF SERVICE (13-19745-KAO) Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\CLIENTS\29744\1\PLEADINGS\363.SALE\SERV.DECL.SALEMTN.DOC

Case 13-19746-KAO    Doc 71-1    Filed 12/24/13    Ent. 12/24/13 14:04:23    Pg. 1 of 1