Charles R. Ekberg  The Honorable Karen A. Overstreet
Tereza Simonyan  Chapter 11
Lane Powell PC  *Ex Parte*
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
(206) 223-7000
(206) 223-7107 Facsimile
Attorneys for Bitvestment Partners
 LLC f/k/a Dalsa Barbour LLC

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re )
 )
CLI HOLDINGS, INC. dba ALYDIAN, ) CASE NO. 13-19746-KAO
 )
                    Debtor. ) *EX PARTE* MOTION TO SHORTEN
 ) TIME FOR HEARING ON MOTION TO
 ) COMPEL
 )

COMES NOW Lane Powell PC ("Lane Powell"), and respectfully requests that the Court enter an *ex parte* order shortening the time for notice of hearing to consider Bitvestment Partners LLC's ("Bitvestment's") Motion to Compel filed on December 26, 2013, pursuant to Local Bankruptcy Rules 9013-1 and Fed. R. Bankr. P. and 9006(c). This Motion to Shorten Time is supported by the Declaration of Tereza Simonyan ("Simonyan Decl."), filed jointly herewith.

In support of this Motion for Shortened Time, Lane Powell states as follows:

On December 26, 2013, Lane Powell contacted the Debtor's counsel and the US Trustee's attorney, via email to provide notice of Lane Powell's intent to shorten time on the Motion in accordance with Local Bankruptcy Rule 9013-1(d)(3).

Fed. R. Bankr. P. 2002 and Local Bankruptcy Rule 2002-1 require, unless the Court orders otherwise, "all motion papers [to] be served at least 21 days before the return date,"

*EX PARTE* MOTION TO SHORTEN TIME
FOR HEARING ON MOTION TO COMPEL - 1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

706925.0026/5723194.1

Case 13-19746-KAO    Doc 72    Filed 12/26/13    Ent. 12/26/13 10:14:50    Pg. 1 of 4

and "when there is a right or requirement to act *** within a prescribed period after service and that service is made by mail ***." Fed. R. Bankr. P. 9006(f) requires that three (3) days be added to the prescribed period. Fed. R. Bankr. P. 9006(c)(1), however, authorizes the Court, for good cause shown, to reduce notice periods.

Bitvestment has made extensive attempts to obtain information from Debtor regarding Debtor's ownership of Bitcoins, pre- and post-petition transfers of Bitcoins, operations of the Debtor, claims against the Debtor's estate, and the general information about the administration of the estate. Bitvestment's discovery attempts included informal requests and a Rule 9016 subpoena issued pursuant to a Rule 2004 order entered by the Court. To date, the Debtor has failed to provide any of the documents requested by Bitvestment and has claimed unavailability to submit to a Rule 2004 examination until January 13, 2014.[1]

On December 24, 2014 the Debtor filed a motion seeking approval of sale procedures for the sale of the Debtor's Bitcoin minding rigs (the "Sale Motion"). Per Debtor's request, the Court shortened the time of the notice for the hearing on the Sale Motion, which is currently set for January 10, 2014, with any responses due on January 8, 2014. Debtor's refusal to provide the requested documents and submit to a Rule 2004 examination in advance of the hearing on the Sale Motion is highly prejudicial to Bitvestment in that it hinders Bitvestment's ability to investigate the issues raised in the Debtor's Sale Motion and submit a meaningful response before the January 8, 2014 deadline.

Specifically, in order to prevail on a sale motion pursuant to 11 U.S.C. §363, the Debtor must show, among other things, that its decision to sell the Bitcoin mining rigs is supported by a sound business judgment. The Sale Motion is premised on the idea that the Debtor does not produce sufficient revenue by mining Bitcoins to service its creditors and the

---

[1] A detailed account of Bitvestment's failed discovery attempts is set forth in Bitvestment's Motion to Compel filed simultaneously herewith.

*EX PARTE* MOTION TO SHORTEN TIME
FOR HEARING ON MOTION TO COMPEL - 2

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

706925.0026/5723194.1

sale of the Bitcoin mining rigs on the terms set forth in the Sale Motion is in the best interest of the estate and the creditors. However, Mr. Vessenes's testimony during the 341 meeting of creditors coupled with the Debtor's Schedules I and J suggest that the Debtor does and has the ability to continue to run a highly profitable business, with monthly gross revenue of approximately $2 million and average monthly operating expenses of $600,000. Production of the documents requested by Bitvestment and a Rule 2004 examination of Mr. Vessenes is necessary to explain the "sound business judgment" upon which the Sale Motion is premised. Mr. Vessenes's testimony is similarly necessary to help decipher the incomprehensible and vague disclosures in the Debtor's November operating report. (Dkt. No. #58). Also critical to Bitvestment's ability to respond to the Sale Motion are documents and testimony pertaining the Debtor's Bitcoin ownership, pre- and post-petition transfers of Bitcoins worth millions of dollars, and Debtor's outstanding obligations to its shareholders.

The Court's order compelling discovery responses and Debtor's Rule 2004 examination in advance of the hearing on the Sale Motion would insure Bitvestment's ability to investigate the issues raised by the Debtor's Sale Motion and submit a meaningful response, allowing the Court to make a fully-informed decision on the Sale Motion at the time of the hearing.

Based on the foregoing, Lane Powell respectfully requests that its Motion to Shorten Time be approved and the hearing on the Motion be set for **Monday, December 30, 2014 at 11:00 a.m.**, or any such other date and time prior to January 8, 2014 that the Court finds appropriate.

//

//

//

//

//

*EX PARTE* MOTION TO SHORTEN TIME
FOR HEARING ON MOTION TO COMPEL - 3

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

706925.0026/5723194.1

A proposed form of Order is attached hereto as **Exhibit A.**

DATED: December 26, 2013.

                                              LANE POWELL PC

By */s/Tereza Simonyan*
   Tereza Simonyan, WSBA No. 41741
Attorneys for Bitvestment Partners LLC

*EX PARTE* MOTION TO SHORTEN TIME
FOR HEARING ON MOTION TO COMPEL - 4

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

706925.0026/5723194.1

Case 13-19746-KAO    Doc 72    Filed 12/26/13    Ent. 12/26/13 10:14:50    Pg. 4 of 4