# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re )
)
CLI HOLDINGS, INC. dba ALYDIAN, ) CASE NO. 13-19746-KAO
)
Debtor. ) [PROPOSED] ORDER GRANTING
) BITVESTMENT PARTNERS, LLC'S
) MOTION TO COMPEL
)

THIS MATTER having come before the Court on the Motion to Compel (the "Motion to Compel"), filed by Bitvestment f/k/a Dalsa Barbour LLC ("Bitvestment") pursuant to Local Bankruptcy Rule 9013-1 and Fed. R. Bankr. P. 9006(c); and the Court having considered the Motion to Compel and the Declaration of Tereza Simonyan ("Simonyan Decl."), and finding that good cause exists for granting the relief sought by Bitvestment; IT IS NOW, THEREFORE

ORDERED that the Motion to Compel is hereby GRANTED; it is further

//

//

//

//

//

ORDER GRANTING BITVESTMENT PARTNERS, LLC'S
MOTION TO COMPEL - 1

128054.0001/5904862.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

ORDERED that the Debtor shall : (1) submit the documents listed on Exhibit A to the Rule 2004 Order within one day of entry of this Order; and (2) to submit to a Rule 2004 examination on **January 3, 2014**.

*### End of Order###*

Presented by:

LANE POWELL PC


By /s/ *Tereza Simonyan*
    Charles R. Ekberg, WSBA No. 00342
    Tereza Simonyan, WSBA No. 41741
Attorneys for Bitvestment Partners LLC,
f/k/a Dalsa Barbour LLC

ORDER GRANTING BITVESTMENT PARTNERS, LLC'S
MOTION TO COMPEL - 2

128054.0001/5904862.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107