Entered on Docket December 27, 2013

**Below is the Order of the Court.**

_____
Karen A. Overstreet
U.S. Bankruptcy Judge
**(Dated as of Entered on Docket date above)**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re<br><br>CLI HOLDINGS, INC. dba ALYDIAN,<br><br>                           Debtor. | CASE NO. 13-19746-KAO<br><br>ORDER GRANTING BITVESTMENT PARTNERS, LLC'S MOTION TO SHORTEN TIME FOR HEARING ON MOTION TO COMPEL |

THIS MATTER, came on for consideration on Bitvestment Partners, LLC f/k/a Dalsa Barbour LLC's ("Bitvestment") *Ex Parte* Motion to Shorten Time (the "Motion to Shorten Time") for notice of hearing to consider Bitvestment Partners LLC's ("Bitvestment's") Motion to Compel filed on December 26, 2013 ("Motion to Compel"), pursuant to Local Bankruptcy Rule 9013-1 and Fed. R. Bankr. P. 9006(c); and the Court having duly considered the Motion to Shorten Time and the Declaration of Tereza Simonyan ("Simonyan Decl."); and the Court having determined that good cause exists for shortening time for hearing on the Motion to Compel; IT IS NOW, THEREFORE

//

//

//

ORDER GRANTING BITVESTMENT PARTNERS, LLC'S
MOTION TO SHORTEN TIME FOR HEARING ON MOTION TO
COMPEL - 1

128054.0001/5904790.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

ORDERED that the Motion to Shorten Time is hereby GRANTED; it is further

ORDERED that the time for hearing on the Motion to Compel is hereby shortened such that the hearing thereon shall be held **Monday, December 30, 2013 at** 10:00 **a.m.**, ~~or any such other date and time prior to January 8, 2014 that the Court finds appropriate~~, with written objections, if any, due at time of hearing.

*### End of Order###*

Presented by:

LANE POWELL PC

By /s/ *Tereza Simonyan*
    Charles R. Ekberg, WSBA No. 00342
    Tereza Simonyan, WSBA No. 41741
Attorneys for Bitvestment Partners LLC,
f/k/a Dalsa Barbour LLC

ORDER GRANTING BITVESTMENT PARTNERS, LLC'S
MOTION TO SHORTEN TIME FOR HEARING ON MOTION TO
COMPEL - 2

128054.0001/5904790.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107