Charles R. Ekberg
Tereza Simonyan
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
(206) 223-7000
(206) 223-7107 Facsimile
Attorneys for Bitvestment Partners
 LLC f/k/a Dalsa Barbour LLC

The Honorable Karen A. Overstreet
Chapter 11
Hearing Date: December 30, 2013
Hearing Time: 10:00 a.m.
Response Date: Time of Hearing
*Hearing on Shortened Time*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re )
 )
CLI HOLDINGS, INC. dba ALYDIAN, ) CASE NO. 13-19746-KAO
 )
 Debtor. ) NOTICE OF HEARING ON
 ) BITVESTMENT PARTNERS, LLC'S
 ) MOTION TO COMPEL
 )

TO: CLI Holdings, Inc. dba Alydian, Debtor;
AND TO: Deirdre Glynn Levin and Keller Rohrback LLP, attorneys for Debtor;
AND TO: Thomas A Buford, United States Trustee;
AND TO: Special Notice Parties

PLEASE TAKE NOTICE that a hearing will be held on **Monday, December 30, 2013, at 10:00 a.m.**, (the "Hearing"), *on shortened time*, before the Honorable Karen A. Overstreet, in Room 7206, United States Bankruptcy Court, 700 Stewart Street, Seattle, Washington, on the Motion by Bitvestment Partners LLC fka Dalsa Barbour LLC ("Bitvestment"), for entry of an order compelling the Debtor to submit to a Rule 2004 examination and to produce the documents listed on Exhibit A to the Order granting Bitvestment's Motion for Rule 2004 Examination (the "Motion to Compel").

The Motion is supported by the records and files herein and the Declaration of Tereza Simonyan (the "Simonyan Decl.").

NOTICE OF HEARING ON BITVESTMENT PARTNERS, LLC'S
MOTION TO COMPEL - 1

128054.0001/5906089.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Case 13-19746-KAO    Doc 78    Filed 12/27/13    Ent. 12/27/13 14:44:51    Pg. 1 of 2

PLEASE TAKE FURTHER NOTICE that any party in interest objecting to the Motion shall submit written objections no later than the date and time of hearing.

DATED this 27th day of December, 2013.

LANE POWELL PC

By /s/ *Tereza Simonyan*
 Charles R. Ekberg, WSBA No. 342
 Tereza Simonyan, WSBA No. 41741
Attorneys for Bitvestment Partners LLC,
f/k/a Dalsa Barbour LLC, Party in Interest

REYHANI NEMIROVSKY LLP

By /s/ *Bryan Reyhani*
 Bryan Reyhani, B.R. - 9147
Attorneys for Bitvestment Partners LLC,
f/k/a Dalsa Barbour LLC, Party in Interest
*Pro Hac Vice*

REYHANI NEMIROVSKY LLP
200 Park Ave., 17th Fl.
New York, NY 10166
Telephone: (12)897-4022
E-mail: bryan@rnlawfirm.com

NOTICE OF HEARING ON BITVESTMENT PARTNERS, LLC'S
MOTION TO COMPEL - 2

128054.0001/5906089.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Case 13-19746-KAO    Doc 78    Filed 12/27/13    Ent. 12/27/13 14:44:51    Pg. 2 of 2