| | |
|---|---|
| Charles R. Ekberg<br>Tereza Simonyan<br>Lane Powell PC<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101-2338<br>(206) 223-7000<br>(206) 223-7107 Facsimile<br>Attorneys for Bitvestment Partners<br>  LLC f/k/a Dalsa Barbour LLC | The Honorable Karen A. Overstreet<br>Chapter 11<br>Hearing Date: December 30, 2013<br>Hearing Time: 10:00 a.m.<br>Response Date: Time of Hearing<br>*Hearing on Shortened Time* |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re )
)
CLI HOLDINGS, INC. dba ALYDIAN, )   CASE NO. 13-19746-KAO
)
                                    Debtor. )   DECLARATION OF SERVICE
)
)
)

I, Teresa Stephenson, declare as follows, under penalty of perjury under the laws of the State of Washington:

1. I am a paralegal in the law firm of Lane Powell PC and am competent to be a witness herein. On December 27, 2013, I caused the following:

- *Ex Parte* **Order Granting Bitvestment Partners, LLC's Motion to Shorten Time for Hearing on Motion to Compel**; and
- **Notice of Hearing on Bitvestment Partners, LLC's Motion to Compel**

to be served on the following parties in the manner indicated:

| | |
|---|---|
| Deirdre Glynn Levin<br>Keller Rohrback LLP<br>1201 Third Avenue #3200<br>Seattle, WA 98101<br>206-623-1900<br>dglynnlevin@kellerrohrback.com<br>*Attorney for Debtor* | ☐ by CM/ECF<br>☑ by Electronic Mail<br>☐ by Facsimile Transmission<br>☑ by First Class Mail<br>☐ by Legal Process<br>☐ by Overnight Delivery |

DECLARATION OF SERVICE - 1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

128054.0001/5906135.1

| | | | |
|---|---|---|---|
| 1 | Thomas A Buford<br>U.S. Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101<br>Thomas.A.Buford@usdoj.gov | ☐<br>☑<br>☐<br>☑<br>☐<br>☐ | by CM/ECF<br>by Electronic Mail<br>by Facsimile Transmission<br>by First Class Mail<br>by Legal Process<br>by Overnight Delivery |
| 5 | Robert N. Amkraut<br>Riddell Williams PS<br>1001 4th Ave Ste 4500<br>Seattle, WA 98154-1192<br>206-624-3600<br>ramkraut@riddellwilliams.com<br>*Attorney for Soule Investments, LLC* | ☐<br>☑<br>☐<br>☑<br>☐<br>☐ | by CM/ECF<br>by Electronic Mail<br>by Facsimile Transmission<br>by First Class Mail<br>by Legal Process<br>by Overnight Delivery |

Executed at Seattle, Washington this 27th day of December, 2013.

*/s/ Teresa M. Stephenson*
Teresa M. Stephenson

DECLARATION OF SERVICE - 2

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

128054.0001/5906135.1

Case 13-19746-KAO    Doc 79    Filed 12/27/13    Ent. 12/27/13 14:48:11    Pg. 2 of 2