The Honorable Karen A. Overstreet
Hearing Date: January 17, 2014
Hearing Time: 9:30 a.m.
Response Date: January 10, 2014

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| In Re: | ) | Chapter: 11 |
| | ) | |
| CLI HOLDINGS, INC. dba ALYDIAN, | ) | Case No. 13-19746-KAO |
| | ) | |
| Debtor. | ) | APPLICATION BY DEBTOR TO EMPLOY DENALI FINANCIAL CONSULTING LLC AS ACCOUNTANT |

Pursuant to 11 U.S.C. §327(a) and Bankruptcy Rule 2014, Debtor CLI Holdings, Inc. dba Alydian ("Alydian" or "Debtor") requests approval to employ accountant Denali Financial Consulting LLC ("DFC") to provide accounting services in this case. The Declaration of Chris Dishman is filed in support of this Application. In support of this application, Debtor represents as follows:

1. Alydian filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code (the "Code") on November 1, 2013. Alydian is managing its affairs as Debtor-in-Possession pursuant to §1107 and §1108 of the Code.

2. Alydian wishes to employ DFC as accountant to assist it in connection with financial reporting matters respecting this case, and has entered into the Independent Contractor Agreement, attached hereto as Exhibit A. DFC's billing rates to provide accounting services,

APPLICATION BY DEBTOR TO EMPLOY ACCOUNTANT
(13-19746-KAO) Page - 1

N:\CLIENTS\29744\1\PLEADINGS\ACCT APPOINTMENT\APP.EMPLOY.ACCT.DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Case 13-19746-KAO    Doc 80    Filed 12/27/13    Ent. 12/27/13 18:12:53    Pg. 1 of 3

project management services and GAAP advisory services for Alydian in this case are as set forth in Exhibit A. DFC's estimated expenses are $600.

3. DFC is familiar with Alydian's financial systems. It also has experience in providing accounting services to CoinLab, Inc. That experience will be of significant value to Alydian, because there is an operating agreement in place between the two entities.

4. Alydian believes that DFC (a) does not hold or represent any interests adverse to the interests of Debtor, (b) is a disinterested person within the meaning of 11 U.S.C. §101, and (c) is not a prepetition creditor of the Debtor. Debtor hereby consents to services to be provided by DFC as its accountant.

5. DFC does not hold a prepetition retainer on behalf of the Alydian. DFC holds a postpetition retainer of $16,000, which will be reimbursed to Alydian in the event the DFC's employment application is not approved.

6. Alydian has agreed to pay all DFC's fees and costs as they are approved by the Bankruptcy Court. In return for its services provided to and on behalf of Alydian, DFC will seek (a) interim and final compensation based upon the Independent Contractor Agreement, and (b) reimbursement of expenses incurred, and as permitted by the Code.

7. DFC's billing rates of DFC to provide accounting services, project management services and GAAP advisory services for Alydian in this case are as set forth in Exhibit A. DFC's estimated expenses are $600.

WHEREFORE, Alydian requests that the Court approve employment of DFC as accountant to render services identified in the Independent Contractor Agreement, with compensation and reimbursement of expenses to be paid as an administrative expense in such amounts as may be allowed by this Court, after notice and hearing pursuant to 11 U.S.C §330.

APPLICATION BY DEBTOR TO EMPLOY ACCOUNTANT
(13-19746-KAO) Page - 2

N:\Clients\29744\1\Pleadings\Acct Appointment\app.employ.acct.doc

LAW OFFICES OF
**Keller Rohrback l.l.p.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Case 13-19746-KAO    Doc 80    Filed 12/27/13    Ent. 12/27/13 18:12:53    Pg. 2 of 3

DATED this 27th day of December, 2013.

                          /s/Peter J. Vessenes
                          Peter J. Vessenes
                          Director, CLI HOLDINGS, INC.

APPLICATION BY DEBTOR TO EMPLOY ACCOUNTANT
(13-19746-KAO) Page - 3

N:\Clients\29744\1\Pleadings\Acct Appointment\app.employ.acct.doc

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Case 13-19746-KAO   Doc 80   Filed 12/27/13   Ent. 12/27/13 18:12:53   Pg. 3 of 3