The Honorable Karen A. Overstreet
*Ex Parte*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

CLI HOLDINGS, INC. dba ALYDIAN,

    Debtor.

Chapter: 11

Case No. 13-19746-KAO

DECLARATION OF CHRIS DISHMAN IN SUPPORT OF DEBTOR'S *EX PARTE* APPLICATION TO EMPLOY DENALI FINANCIAL CONSULTING LLC AS ACCOUNTANT

I, Chris Dishman, states as follows:

1. I am an accountant licensed to practice in the State of Washington. (CPA License) [inactive] *CPD 12/24/13*

2. I am a co-founder and CEO of Denali Financial Consulting LLC ("DFC") and one of its two managing members.

3. To the best of my knowledge, DFC, and its members, are "disinterested persons" within the meaning of §101(14) of the Bankruptcy Code, and do not hold or represent any interest adverse to the Debtor, CLI Holdings, Inc. dba Alydian ("Alydian") or its bankruptcy estate. DFC is not a prepetition creditor of Alydian. DFC has provided prepetition services to CoinLab, Inc. DFC has not provided prepetition services to Alydian.

4. I have read Local Bankruptcy Rule 2016.

DECLARATION OF CHRIS DISHMAN IN SUPPORT OF
DEBTOR'S EX PARTE APPLICATION TO EMPLOY
ACCOUNTANT (13-19746-KAO) Page - 1
N:\CLIENTS\29744\1\PLEADINGS\ACCT APPOINTMENT\ACCT.DECL.DOC

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Case 13-19746-KAO   Doc 81   Filed 12/27/13   Ent. 12/27/13 18:16:07   Pg. 1 of 2

I declare under penalty of perjury that the foregoing is true and correct.

SIGNED this 24th day of December, 2013.

By **[signature]**
Chris Dishman
(CPA License inactive)

DECLARATION OF CHRIS DISHMAN IN SUPPORT OF
DEBTOR'S EX PARTE APPLICATION TO EMPLOY
ACCOUNTANT (13-19746-KAO) Page - 2
N:\CLIENTS\29744\1\PLEADINGS\ACCT APPOINTMENT\ACCT.DECL.DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Case 13-19746-KAO    Doc 81    Filed 12/27/13    Ent. 12/27/13 18:16:07    Pg. 2 of 2