The Honorable Karen A. Overstreet
Chapter: 11
Hearing Date: January 17, 2014
Hearing Time: 9:30 am
Response Date: January 10, 2014

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re: )
) Case No. 13-19746-KAO
CLI HOLDINGS, INC. dba ALYDIAN, )
) NOTICE OF HEARING ON DEBTOR'S
Debtor. ) APPLICATION TO EMPLOY DENALI
) FINANCIAL CONSULTING LLC AS
) ACCOUNTANT

PLEASE TAKE NOTICE that the DEBTOR'S APPLICATION TO EMPLOY DENALI FINANCIAL CONSULTING LLC AS ACCOUNTANT is set for hearing as follows:

| JUDGE: Honorable Karen A. Overstreet | TIME: 9:30 a.m. |
|---|---|
| PLACE: U.S. Courthouse, Courtroom 7206<br>700 Stewart Street<br>Seattle, WA 98101-1271 | DATE: January 17, 2014 |

IF YOU OPPOSE the Application, you must file your written response with the clerk of the court, serve a copy on the Judge's chambers (if more than 25 pages) and deliver copies to the undersigned NOT LATER THAN THE RESPONSE DATE, which is January 10, 2014. IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE APPLICATION WITHOUT FURTHER NOTICE, and strike the hearing.

NOTICE OF HEARING (13-19746-KAO) Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\Clients\29744\1\Pleadings\Acct Appointment\Notice of Hearing.doc

Case 13-19746-KAO    Doc 82    Filed 12/27/13    Ent. 12/27/13 18:19:02    Pg. 1 of 2

1    DATED this 27th day of December, 2013.

2                                    KELLER ROHRBACK L.L.P.

3

4
                                     By: */s/Deirdre P. Glynn Levin*
5                                        Deirdre P. Glynn Levin, WSBA #24226
                                         Attorneys for Debtor
6

NOTICE OF HEARING (13-19746-KAO) Page - 2

N:\CLIENTS\29744\1\PLEADINGS\ACCT APPOINTMENT\NOTICE OF HEARING.DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Case 13-19746-KAO    Doc 82    Filed 12/27/13    Ent. 12/27/13 18:19:02    Pg. 2 of 2