UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| In Re: | ) | Chapter: 11 |
| | ) | |
| CLI HOLDINGS, INC. dba ALYDIAN, | ) | Case No. 13-19746-KAO |
| | ) | |
| Debtor. | ) | DEBTOR'S RESPONSE TO MOTION TO COMPEL |
| | ) | |

CLI Holdings, Inc. dba Alydian ("Alydian"), Debtor-In-Possession in the above-captioned chapter 11 case ("Debtor" or "Alydian") by and through its counsel of record, Deirdre Glynn Levin and Keller Rohrback, LLP, responds as follows to Bitvestment's Motion to Compel, on shortened time.

The court is asked to consider the Declaration of Deirdre Glynn Levin, and Exhibit A thereto, and the records and files in this case.

## I. ARGUMENT

A. <u>Debtor has Served Documents in Response to Bitvestment's Rule 2004 Order</u>

On December 27, 2013, Debtor served Bitvestment, through its counsel, a set of documents in response to the court's Rule 2004 Order entered in this case. A copy of the letter responding to each category on the Subpoena is attached to the Declaration of Deirdre Glynn Levin as Exhibit "A".

DEBTOR'S RESPONSE TO MOTION TO COMPEL
(13-19746-KAO) Page - 1

N:\CLIENTS\29744\1\DISCOVERY\RESPONSE.122713.DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Case 13-19746-KAO    Doc 83    Filed 12/27/13    Ent. 12/27/13 18:29:33    Pg. 1 of 2

B. <u>Debtor Objects to Certain Requests for Production</u>

The bases on which Debtor objects to certain categories of Bitvestment's requests are set forth in Exhibit A. As well, due to their sensitive commercial nature, Debtor will produce certain documents only subject to a confidentiality agreement or protective order.

Debtor seeks that the court consider the objections and rule on the propriety of the requests and the objections.

## II. CONCLUSION

WHEREFORE, the Debtor respectfully requests the court deny the relief requested by Bitvestment.

DATED this 27th day of December, 2013.

KELLER ROHRBACK L.L.P.


By: */s/Deirdre Glynn Levin*
    Deirdre P. Glynn Levin, WSBA #24226
    Attorneys for Debtor

DEBTOR'S RESPONSE TO MOTION TO COMPEL
(13-19746-KAO) Page - 2

N:\CLIENTS\29744\1\DISCOVERY\RESPONSE.122713.DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Case 13-19746-KAO    Doc 83    Filed 12/27/13    Ent. 12/27/13 18:29:33    Pg. 2 of 2