Form dbtrclma (07/2013)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:

CLI Holdings Inc

Debtor(s).

Case Number: 13−19746−KAO
Chapter: 11

## NOTICE OF FILING OF PROOF OF CLAIM BY DEBTOR OR TRUSTEE

TO: Creditor **Jon Chin**

The Debtor or Trustee in this case filed a proof of claim in your behalf, pursuant to Fed. R. Bankr. P. 3004.

Dated: December 31, 2013

Mark L. Hatcher
Clerk of the Bankruptcy Court