In re:
CLI Holdings Inc
    Debtor

Case No. 13-19746-KAO
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0981-2     User: admin     Page 1 of 1     Date Rcvd: Dec 31, 2013
                     Form ID: dbtrclma     Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2014.

```
db            +CLI Holdings Inc,    900 Winslow Way East, Suite 100,    Bainbridge Island, WA 98110-2451
aty            Keller Rohrback LLP,    1201 3rd Ave #3200,    Seattle, WA  98101-3052
954783365     +Bitcoin Opportunity Fund LLC,    5 E 22 St PH4,    New York NY 10010-5315
954851946     +Bitvestment Partners LLC fka Dalsa Barbour LLC,    Lane Powell PC,   c/o Charles Ekberg, Esq.,
               1420 Fifth Avenue, Suite 4200,    Seattle, WA 98101-2375
954813075      Brian Cartmell,    188 Quay Street Level 27,    Auckland CBD,   New Zealand 1010
954783368     +Christopher Koss,    3614 Hunts Point Road,    Bellevue, WA 98004-1114
954783369     +Coinlab, Inc.,    900 Winslow Way East,    Suite 100,    Bainbridge Islan, WA 98110-2451
954783373     +Joel Yarmon,    840 K St #201,    Anchorage AK 99501-3353
954813082     +Jon Chin,    14707 NE 44th Place, #Q-12,    Bellevue, WA 98007-3195
954783374     +Peter Vessenes,    7561 Emerald Way,    Bainbridge Islan, WA 98110-2011
954813084     +Robert F. Seidensticker III,    909 Fifth Avenue, Suite 1901,    Seattle, WA 98164-2038
954813087     +Timothy Draper Living Trust,    2882 Sand Hill Road,    Menlo Park, CA 94025-7064
954813088      XRAY Holdings Limited,    188 Quay Street, Level 27,    Auckland CBD, New Zealand 1010
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
954783372      E-mail/Text: cio.bncmail@irs.gov Dec 31 2013 23:18:04     Internal Revenue Service,
               PO Box 21126,   Philadelphia PA 19114
                                                                                              TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2014                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2013 at the address(es) listed below:
```
              Charles R Ekberg    on behalf of Special Request    Bitvestment Partners LLC f/k/a Dalsa Barbour
               LLC ekbergc@lanepowell.com,   Docketing-Sea@lanepowell.com
              Deirdre  Glynn Levin    on behalf of Debtor    CLI Holdings Inc dglynnlevin@kellerrohrback.com,
               dmarshall@kellerrohrback.com;kengle@kellerrohrback.com
              Robert N. Amkraut    on behalf of Creditor    Soule Investments, LLC ramkraut@riddellwilliams.com
              Tereza  Simonyan    on behalf of Special Request    Bitvestment Partners LLC f/k/a Dalsa Barbour
               LLC simonyant@lanepowell.com,
               westv@lanepowell.com;docketing-sea@lanepowell.com;stephensont@lanepowell.com
              Thomas A Buford    on behalf of US Trustee    United States Trustee Thomas.A.Buford@usdoj.gov,
               Tara.Maurer@usdoj.gov
              United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```

Form dbtrclma (07/2013)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:

    CLI Holdings Inc

    Debtor(s).

Case Number: 13−19746−KAO
Chapter: 11

## NOTICE OF FILING OF PROOF OF CLAIM BY DEBTOR OR TRUSTEE

TO: Creditor **Jon Chin**

The Debtor or Trustee in this case filed a proof of claim in your behalf, pursuant to Fed. R. Bankr. P. 3004.

Dated: <u>December 31, 2013</u>

                                      Mark L. Hatcher
                                      Clerk of the Bankruptcy Court