

Case 13-19746-KAO    Doc 92-1    Filed 01/06/14    Ent. 01/06/14 17:45:06    Pg. 1 of 1