

Mining Rig Pricing drops in the last 30 days — source: CEX.IO Realtime Bitcoin mining market