The Honorable Karen A. Overstreet

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| In Re: | ) | Chapter: 11 |
| | ) | |
| CLI HOLDINGS, INC. dba ALYDIAN, | ) | Case No. 13-19746-KAO |
| | ) | |
| Debtor. | ) | DECLARATION OF SERVICE |
| | ) | |

I, Keeley Engle, declare as follows:

1. I am a legal assistant at Keller Rohrback L.L.P., counsel for the Debtor.

2. On January 6, 2014, the Supplemental Declaration of Peter Vessenes and Exhibits A and B thereto (dkt. 92) was filed with the Clerk of the Court using the CM/ECF system, hereby effecting service upon the following ECF participants in this case:

- Robert N. Amkraut    ramkraut@riddellwilliams.com
- Thomas A Buford    Thomas.A.Buford@usdoj.gov, Tara.Maurer@usdoj.gov
- Charles R Ekberg    ekbergc@lanepowell.com, Docketing-Sea@lanepowell.com
- Bryan Reyhani    bryan@rnlawfirm.com, breyhani@gmail.com
- Tereza Simonyan    simonyant@lanepowell.com, westv@lanepowell.com; docketing-sea@lanepowell.com; tephensont@lanepowell.com
- Jerry N Stehlik    jstehlik@bsss-law.com, cpercy@bsss-law.com
- United States Trustee  USTPRegion18.SE.ECF@usdoj.gov

DECLARATION OF SERVICE (13-19746-KAO) Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\CLIENTS\29744\1\PLEADINGS\363.SALE\SERV.DECL.VESSENES.SUPPDEC.DOC

Case 13-19746-KAO    Doc 93    Filed 01/07/14    Ent. 01/07/14 14:41:11    Pg. 1 of 2

3. On January 7, 2014, I mailed via U.S. First Class mail, postage prepaid, a copy of the Supplemental Declaration of Peter Vessenes and Exhibits A and B thereto (dkt. 92), to the addresses listed on **Exhibit A**, hereby effecting service in this case.

I certify under penalty of perjury that the foregoing is true and correct.

Signed this 7th day of January, 2014, at Seattle, Washington.

*/s/Keeley Engle*
Keeley Engle

DECLARATION OF SERVICE (13-19746-KAO) Page - 2

N:\CLIENTS\29744\1\PLEADINGS\363.SALE\SERV.DECL.VESSENES.SUPPDEC.DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Case 13-19746-KAO    Doc 93    Filed 01/07/14    Ent. 01/07/14 14:41:11    Pg. 2 of 2