Bitcoin Opportunity Fund LLC
5 East 22 Street, PH 4
New York, NY  10010-5315


BTC Holdings LLC
3350 Scott Blvd. Suite 32
Santa Clara, CA  95054-3118


Brian Cartmell
188 Quay Street Level 27
Auckland CBD
New Zealand 1010


Jon Chin
14707 NE 44th Place, #Q-12
Bellevue, WA  98007-3195


CoinLab, Inc.
900 Winslow Way East, Suite 10
Bainbridge Island WA  98110-2451


Dalsa Barbour LLC
315 West 36th Street, Apt. 18B
New York, NY  10018-6404


Department of Revenue
Bankruptcy Claims Unit
2101 Fourth Avenue, Suite 1400
Seattle, WA  98121-2379


Timothy Draper Living Trust
2882 Sand Hill Road
Menlo Park, CA  94025-7057


Internal Revenue Service Centralized Insolvency
PO Box 21126
Philadelphia, PA  19114-7346

Internal Revenue Service Centralized Insolvency Service
PO Box 7346
Philadelphia, PA  19101-7346


Christopher Koss
3614 Hunts Point Road
Bellevue, WA  98004-1114


Securities & Exchange Commission
Attn:  Bankruptcy Counsel
5670 Wilshire Blvd., 11th Fl.
Los Angeles, CA  90036-5679


Robert F. Seidensticker III
909 Fifth Avenue, Suite 1901
Seattle, WA  98104-2038


Barry Silbert
5 East 22nd Street, PH - H
New York, NY  10010-5319


Soule Investments LLC
5220 S Kimbark Avenue, Apt. 1
Chicago, IL  60615-4036


Sunshine Network Limited
Unit 5.27F 109 Argyle Street
Mongkok
KOWLOON NT, HONG KONG
PEOPLES REPUBLIC OF CHINA


Peter Vessenes
7561 Emerald Way
Bainbridge Island WA  98110-2011

XRAY Holdings Limited
188 Quay Street, Level 27
Auckland CBD, New Zealand 1010


Joel Yarmon
2882 Sandhill Park
Menlo Park, CA  94025-7064


Joel Yarmon
840 K St # 201
Anchorage, AK  99501-3353