# Amended SOFA 3(b) and (c)

## CoinLab
Invoice List byDate
All Dates

| Invoice Date | Invoice Number | Invoice Amount | Invoice BTC Equivalent (See note 1) | Average BTC rate for invoice (See note 2) | USD Pymt Date #1 | Type of Pymt | Amount of Payment | USD Pymt Date #2 | Type of Pymt | Amount of Payment | Equity and Bankruptcy Tx | Type of Credit | Amount of Payment | BTC Pymt Date #1 | Type of Pymt | Amount of Payment | Invoice Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/01/2012 | 1014 | 25,000.00 | | | 11/21/12 | USD | $ 25,000.00 | | | | | | | | | | 0.00 |
| 12/01/2012 | 1002 | 22,133.03 | | | 12/2/12 | USD | $ 22,133.03 | | | | | | | | | | 0.00 |
| 12/27/2012 | 1004 | 39,872.51 | | | 12/27/12 | USD | $ 39,872.51 | | | | | | | | | | 0.00 |
| 12/27/2012 | 1005 | 25,000.00 | | | 12/27/12 | USD | $ 25,000.00 | | | | | | | | | | 0.00 |
| 01/09/2013 | 1006 | 5,062.20 | | | 1/10/13 | USD | $ 4,602.00 | 1/16/13 | USD | $ 460.20 | | | | | | | 0.00 |
| 01/15/2013 | 1007 | 29,173.90 | | | 1/16/13 | USD | $ 29,173.90 | | | | | | | | | | 0.00 |
| 01/28/2013 | 1009 | 21,665.10 | | | 1/29/13 | USD | $ 21,665.10 | | | | | | | | | | 0.00 |
| 01/29/2013 | 1010 | 26,657.86 | | | 2/1/13 | USD | $ 26,657.86 | | | | | | | | | | 0.00 |
| 02/01/2013 | 1011 | 25,000.00 | | | 12/2/12 | USD | $ 10,000.00 | 2/8/13 | USD | $ 15,000.00 | | | | | | | 0.00 |
| 02/07/2013 | 1016 | 13,569.19 | | | 2/8/13 | USD | $ 13,569.19 | | | | | | | | | | 0.00 |
| 02/11/2013 | 1019 | 1,749.00 | | | 2/12/13 | USD | $ 1,749.00 | | | | | | | | | | 0.00 |
| 02/14/2013 | 1020 | 9,656.55 | | | 2/14/13 | USD | $ 9,656.55 | | | | | | | | | | 0.00 |
| 02/25/2013 | 1023 | 39,674.80 | | | 2/26/13 | USD | $ 39,674.80 | | | | | | | | | | 0.00 |
| 02/27/2013 | 1024 | 8,557.82 | | | 2/27/13 | USD | $ 8,557.82 | | | | | | | | | | 0.00 |
| 03/04/2013 | 1025 | 25,000.00 | | | 3/4/13 | USD | $ 25,000.00 | | | | | | | | | | 0.00 |
| 03/12/2013 | 1026 | 32,938.46 | | | 3/12/13 | USD | $ 32,938.46 | | | | | | | | | | 0.00 |
| 03/12/2013 | 1027 | 3,293.85 | | | 3/12/13 | USD | $ 3,293.85 | | | | | | | | | | 0.00 |
| 03/14/2013 | 1028 | 11,177.84 | | | 3/14/13 | USD | $ 11,177.84 | | | | | | | | | | 0.00 |
| 03/22/2013 | 1029 | 40,260.00 | | | 3/22/13 | USD | $ 40,260.00 | | | | | | | | | | 0.00 |
| 03/28/2013 | 1034 | 4,754.75 | | | 3/28/13 | USD | $ 4,754.75 | | | | | | | | | | 0.00 |
| 03/28/2013 | 1035 | 56.91 | | | 3/28/13 | USD | $ 56.91 | | | | | | | | | | 0.00 |
| 04/02/2013 | 1036 | 27,058.22 | | | 4/2/13 | Credit | $ 10,000.00 | 4/4/13 | USD | 17,058.22 | | | | | | | 0.00 |
| 04/12/2013 | 1038 | 5,426.85 | | | 4/12/13 | USD | $ 5,426.85 | | | | | | | | | | 0.00 |
| 04/17/2013 | 1041 | 7,018.46 | | | 4/17/13 | USD | $ 7,018.46 | | | | | | | | | | 0.00 |
| 04/22/2013 | 1042 | 7,269.35 | | | 5/8/13 | USD | $ 7,269.35 | | | | | | | | | | 0.00 |
| 04/30/2013 | 1043 | 24,275.41 | | | 4/30/13 | USD | $ 24,275.41 | | | | | | | | | | 0.00 |
| 04/30/2013 | 1044 | 11,923.26 | | | 4/30/13 | USD | $ 11,923.26 | | | | | | | | | | 0.00 |
| 04/30/2013 | 1045 | 15,000.00 | | | 4/30/13 | USD | $ 15,000.00 | | | | | | | | | | 0.00 |
| 05/08/2013 | 1046 | 15,000.00 | | | 5/8/13 | USD | $ 15,000.00 | | | | | | | | | | 0.00 |
| 05/08/2013 | 1047 | 105,764.45 | | | 5/8/13 | USD | $ 105,764.45 | | | | | | | | | | 0.00 |
| 05/15/2013 | 1052 | 237,023.00 | | | 5/15/13 | USD | $ 237,023.00 | | | | | | | | | | 0.00 |
| 05/22/2013 | 1053 | 24,471.70 | | | 5/22/13 | USD | $ 24,471.70 | | | | | | | | | | 0.00 |
| 05/31/2013 | 1054 | 27,111.14 | | | 6/6/13 | USD | $ 27,111.14 | | | | | | | | | | 0.00 |
| 06/15/2013 | 1055 | 15,000.00 | | | 6/24/13 | USD | $ 15,000.00 | | | | | | | | | | 0.00 |
| 06/15/2013 | 1056 | 23,107.29 | | | 6/24/13 | USD | $ 23,107.29 | | | | | | | | | | 0.00 |
| 06/30/2013 | 1057 | 58,130.94 | | | 7/3/13 | USD | $ 58,130.94 | | | | | | | | | | 0.00 |
| 06/30/2013 | 1058 | 21,117.47 | | | 7/3/13 | USD | $ 21,117.47 | | | | | | | | | | 0.00 |
| 06/30/2013 | 1059 | 3,054.07 | | | 7/18/13 | USD | $ 3,054.07 | | | | | | | | | | 0.00 |
| 06/30/2013 | 1060 | 1,520.86 | | | 7/18/13 | USD | $ 1,520.86 | | | | | | | | | | 0.00 |
| 07/17/2013 | 1061 | 57,415.39 | | | 7/18/13 | USD | $ 57,415.39 | | | | | | | | | | 0.00 |
| 07/25/2013 | 1062 | 97,635.85 | 1,053.27852798 | | 8/12/13 | USD | $ 81,513.37 | 8/16/13 | USD | $ 1,000.00 | 8/31/13 | Equity | 15,122.48 | | | | 0.00 |

# Amended SOFA 3(b) and (c)

| Date | Inv # | USD Amount | BTC Qty | Avg BTC Rate | | Date | Type | Amount | Date | BTC | USD | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/31/2013 | 1063 | 61,722.51 | | | | 8/31/13 | Equity | 61,722.51 | | | | 0.00 |
| 07/31/2013 | 1064 | 235,535.78 | | | | 8/31/13 | Equity | 235,535.78 | | | | 0.00 |
| 08/07/2013 | 1065 | 136,454.77 | | | | 8/31/13 | Equity | 136,454.77 | | | | 0.00 |
| 08/19/2013 | 1066 | 104,261.03 | | | | 8/31/13 | Equity | 104,261.03 | | | | 0.00 |
| 08/31/2013 | 1067 | 221,589.36 | 1,816.70437590 | 121.97326265 | | 8/31/13 | Equity | 2,584.23 | 10/31/13 | 1,795.51751950 | 219,005.13 | 0.00 |
| 09/12/2013 | 1068 | 287,068.77 | 2,337.61252850 | 122.80425712 | | | | | 10/31/13 | 2,337.61252850 | 287,068.77 | 0.00 |
| 09/19/2013 | 1069 | 719,574.80 | 5,739.76941410 | 125.36649961 | | | | | 10/31/13 | 5,739.76941410 | 719,574.80 | 0.00 |
| 09/30/2013 | 1070 | 294,240.17 | 2,352.53304470 | 125.07376705 | | | | | 10/31/13 | 2,352.53304470 | 294,240.17 | 0.00 |
| 10/15/2013 | 1071 | 239,054.58 | 1,861.62369739 | 128.41186988 | | | | | 10/31/13 | 1,861.62369739 | 239,054.58 | 0.00 |
| 10/30/2013 | 1072 | 580,809.69 | 3,083.44959521 | 188.36360773 | | 11/1/13 | BKRP Claim | $389,765.00 | 10/31/13 | 1,014.23354705 | 191,044.69 | 0.00 |
| 10/31/2013 | 1073 | 13,450.26 | 66.90007461 | 201.04999999 | | 11/1/13 | BKRP Claim | $ 13,450.26 | | | | 0.00 |
| TOTALS | | 4,088,339.20 | | | | | | $ 1,145,936.58 | | $ 33,518.42 | $958,896.06 | $ 1,949,988.14 |

Note 1: Number of bitcoins owed per invoice are calculated based on the date CoinLab made payment to vendor on behalf of Alydian. The "weighted price" rate posted by Bitstamp on the day prior to payment is always used. Thus one invoice will use more than one rate because each invoice includes more than one payment.

Note 2: The "Average BTC Rate per Invoice" is an internal number calculated as: The USD amount of the invoice divided by the "Number of bitcoins" owed for that invoice. It represents the average rate of the bitcoin used for one particular invoice. This allows the Company to allocate partial payments for an invoice.

Note 3: On 2/1/13, Invoice #1011 was issued from CoinLab to Alydian. It included a "prepayment" made to Keterex on 12/4/12 made by CoinLab on behalf of Alydian. CoinLab asked Alydian to prepay CoinLab as well, so Alydian paid CoinLab $10,000 on 12/2/12 for this expense. CoinLab did not place it on an invoice until 2/1/13.