# AMENDED

## UST-14, SUMMARY OF DEPOSITS & DISBURSEMENTS

**INSTRUCTIONS:** BEFORE COMPLETING THIS PAGE, prepare a UST-14 CONTINUATION SHEET (see next page) for each bank account or other source of the debtor's funds.  The deposit and disbursement total from each CONTINUATION SHEET will be used to complete this SUMMARY.

The debtor is responsible for providing an accurate monthly disbursement total for the purpose of calculating its obligation pursuant to 28 U.S.C. § 1930 (a)(6) to pay statutory fees to the United States Trustee.   The disbursement total encompasses all payments made by the bankruptcy estate during the reporting month, whether made directly by the debtor or by another party for the debtor.  It includes checks written and cash payments for inventory and equipment purchases, payroll and related taxes and expenses, other operating costs, and debt reduction.  It also includes payments made pursuant to joint check arrangements and those resulting from a sale or liquidation of the debtor's assets.  The only transactions normally excluded from the disbursement total are transfers within the same reporting month between multiple debtor accounts.

A fee payment is due within 30 days after the end of each calendar quarter, or on **April 30**, **July 31**, **October 31**, and **January 31**, respectively.   Since the amount billed is an estimate, the debtor is responsible for paying the correct statutory fee based on its actual disbursements for the calendar quarter, or portion thereof the debtor was in Chapter 11.   Failure to pay statutory fees to the United States Trustee is cause for conversion or dismissal of the case.  A copy of the statutory fee schedule may be found attached to this report.
If you have questions computing the disbursement total, contact the Bankruptcy Analyst assigned to your case at (206) 553-2000.

**Summary of Deposits This Month**

| | |
|---|---|
| Deposits from UST-14 Continuation Sheet(s)          1650.061 BTC at Rate of $ 1,132.13= | $1,891,377.63 |
| Cash receipts not included above (if any) | 0 |
| **TOTAL RECEIPTS** ☞ | $1,891,377.63 |

**Summary of Disbursements This Month**

| | |
|---|---|
| Disbursements from UST-14 Continuation Sheet(s) | 0 |
| Disbursements resulting from asset sales out of the ordinary course (see Page 13, Question 1) | 0 |
| Disbursements made by other parties for the debtor (if any, explain) | 0 |
| **TOTAL DISBURSEMENTS** ☞ | Note:  Enter the amount for TOTAL DISBURSEMENTS here and on Page 2.<br><br>0 |
| **NET CASH FLOW (TOTAL RECEIPTS MINUS TOTAL DISBURSEMENTS)** ☞ | $1,891,377.63 |

At the end of this reporting month, did the debtor have any delinquent statutory fees owing to the United States Trustee?         Yes ❑     No ☑        **If "Yes", list each quarter that is delinquent and the amount due.**

**(UST-14 CONTINUATION SHEETS, with attachments, should follow this page.)**