JUDGE:      Hon. Karen Overstreet
DATE:
TIME:
CHAPTER:    11
LOCATION:  Seattle
RESPONSE DATE:

1 **BUCKNELL STEHLIK SATO & STUBNER, LLP**

2003 Western Avenue, Suite 400

2 Seattle, Washington  98121

(206) 587-0144  •  fax (206) 587-0277

3

4

5

6                    UNITED STATES BANKRUPTCY COURT

                WESTERN DISTRICT OF WASHINGTON, AT SEATTLE
7

8  In re:                                )    No. 13-19746-KAO
                                          )
9  CLI HOLDINGS, INC. dba ALYDIAN,        )    **OBJECTION TO SALE OF ASSETS**
                                          )
10              Debtor.                    )
                                          )
11 _____   )
                                          )
12

13      Soule Investments, LLC hereby objects to the proposed sale of the debtor's assets for the

14 reasons set forth below.  Soule Investments, LLC is a creditor in this case.  Its claim arises from a

15 BitCoin mining agreement with the debtor.

16      This case appears to have been filed for the sole purpose of shedding the numerous BitCoin

17 mining agreements the debtor entered into during the year or so prior to the filing.  There are few

18 other typical creditors or other debt obligations that seem to have precipitated the filing.

19

20      Against this background, Soule Investments, LLC is concerned about whether this debtor is

21 acting in the best interest of the estate and creditors by proposing to sell all of its mining equipment

22 on shortened time.  The sale motion lacks specific information about precisely what is being sold;

23 specifically there is no reference to intellectual property that belongs to the debtor.  Soule

24 Investments, LLC understands that the debtor owns valuable intellectual property concerning the

25

26

27                                          **BUCKNELL STEHLIK SATO & STUBNER, LLP**

                                           2003 Western Avenue, Suite 400
                                            Seattle, Washington 98121
28 Objection to Sale of Assets - 1          (206) 587-0144  •  fax (206) 587-0277

1  design of mining chips.  It is not clear whether this asset is being sold or reserved and if included in

2  the sale how it is valued.

3      The motion is not supported by an independent valuation of the assets.  Given that the debtor

4  is purporting to sell all of its assets, the parties deserve to be well advised as to the value of these

5  assets through the opinion of an independent expert.  This is particularly true given the unfamiliar

6  nature of the assets being sold and the extremely short time available for investigation by creditors.

7

8      DATED this 8th day of January, 2014.

9                                          BUCKNELL STEHLIK SATO & STUBNER, LLP

10

11                                          _____/s/ Jerry N. Stehlik_____
                                            Jerry N. Stehlik, WSBA #13050
12                                          of Attorneys for Soule Investments, LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26
                                                        **BUCKNELL STEHLIK SATO & STUBNER, LLP**
27                                                              2003 Western Avenue, Suite 400
                                                                Seattle, Washington 98121
28  Objection to Sale of Assets - 2                             (206) 587-0144  •  fax (206) 587-0277

W:\CLIENTS\3334\103\objection to sale of assets.doc