The Honorable Karen A. Overstreet
Chapter 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

CLI HOLDINGS, INC. dba ALYDIAN,

                              Debtor.

Case No. 13-19746-KAO

NOTICE OF APPEARANCE AND
REQUEST FOR SPECIAL NOTICE

PLEASE TAKE NOTICE that Jane Pearson and Foster Pepper PLLC hereby appear on behalf of CoinLab, Inc., and request notice of all motions, applications, hearings, orders, writings, proceedings and the like in this case, including but not limited to:

1. All matters and papers which must be sent to creditors, equity security holders, and any other parties in interest;

2. All matters regarding relief from the automatic stay under § 362 of the Bankruptcy Code;

3. All matters regarding use, sale or lease of the Debtor's property under § 363 of the Bankruptcy Code;

4. All matters regarding obtaining credit under § 364 of the Bankruptcy Code;

5. All matters regarding executory contracts and unexpired leases under § 365 of the Bankruptcy Code;

6. All matters regarding the time requirements to file claims against the Debtor;

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL
NOTICE - 1

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51345066.1

Case 13-19746-KAO    Doc 98    Filed 01/08/14    Ent. 01/08/14 15:51:00    Pg. 1 of 2

7. All matters regarding reorganization of the Debtor, including the disclosure statement;

8. All matters regarding any adversary proceeding filed by or against the Debtor; and

9. All documents filed by any party in any adversary proceeding.

All such notices and papers should be sent as follows:

>Jane Pearson
>Foster Pepper PLLC
>1111 Third Avenue, Suite 3400
>Seattle, WA 98101-3299
>Email: pearj@foster.com

THIS APPEARANCE DOES NOT REFLECT AN APPOINTMENT BY COINLAB, INC. OF THESE LAWYERS AS ITS AGENT FOR SERVICE OF ORIGINAL PROCESS AND THE LAWYERS MAKING THIS APPEARANCE ARE NOT AUTHORIZED TO RECEIVE ORIGINAL PROCESS FOR COINLAB, INC.

DATED this 8th day of January, 2014.

FOSTER PEPPER PLLC

*/s/ Jane Pearson*
Jane Pearson, WSBA #12785
Attorneys for CoinLab, Inc.

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE - 2

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

51345066.1

Case 13-19746-KAO    Doc 98    Filed 01/08/14    Ent. 01/08/14 15:51:00    Pg. 2 of 2