The Honorable Karen A. Overstreet
Chapter 11
Hearing Date: January 10, 2014
Hearing Time: 10:30 a.m.
Response Date: January 8, 2014

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>CLI HOLDINGS, INC. dba ALYDIAN,<br><br>                      Debtor. | Case No. 13-19746-KAO<br><br>COINLAB, INC.'S RESPONSE TO DEBTOR'S MOTION FOR ORDER APPROVING NOTICE OF SALE, BIDDING PROCEDURES ORDER, AND SETTING HEARING ON SALE OF ASSETS AND GRANTING OTHER RELIEF |

      COINLAB, INC. ("CoinLab"), a creditor in this case, files its response to the Debtor's Motion For Order Approving Notice Of Sale, Bidding Procedures Order, And Setting Hearing On Sale Of Assets And Granting Other Relief, as follows.

      CoinLab is an unsecured creditor in this case [DN 11, Schedule F], and the majority equity owner of the Debtor [DN 11, SOFA No. 21b].

      As established in the Declaration of Peter Vessenes [DN 67-2, ¶¶ 14 - 20], the Debtor filed its bankruptcy case when it became clear that its liabilities exceeded its earnings, to ensure fair treatment for its creditors. The dynamic pricing of mining rigs, which appears to be trending downward, makes an immediate asset sale under Bankruptcy Code § 363 - rather than a sale

COINLAB, INC.'S RESPONSE TO DEBTOR'S MOTION
RE: SALE, BIDDING PROCEDURES ORDER - 1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

51345103.1

Case 13-19746-KAO   Doc 99   Filed 01/08/14   Ent. 01/08/14 17:09:57   Pg. 1 of 2

through a plan - the best way to maximize value for the benefit of the estate and creditors, and for the Debtor to fulfill its fiduciary obligations. *See* Amended Declaration of Peter Vessenes. [DN 69, ¶ 3 - 6].

These factors establish a business justification for the transaction and a need for speed for the sale. The case has been pending since November 1, 2013, and is sufficiently mature to assure due process. The proceeds from the sale can be distributed pursuant to a plan, which will be subject to the requirements of the Bankruptcy Code.

For these reasons, CoinLab supports the Motion, and requests that the Court enter an order substantially in the form proposed by the Debtor granting the relief requested.

DATED this 8th day of January, 2014.

        FOSTER PEPPER PLLC

        */s/ Jane Pearson*
        Jane Pearson, WSBA #12785
        Attorneys for CoinLab, Inc.

COINLAB, INC.'S RESPONSE TO DEBTOR'S MOTION
RE: SALE, BIDDING PROCEDURES ORDER - 2

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51345103.1

Case 13-19746-KAO    Doc 99    Filed 01/08/14    Ent. 01/08/14 17:09:57    Pg. 2 of 2