UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re )
) Case No. 13-19746-KAO
CLI HOLDINGS, INC. dba ALYDIAN, )
) ORDER DENYING DEBTOR'S
Debtor. ) MOTION FOR ORDER APPROVING
) NOTICE OF SALE, BIDDING
) PROCEDURES ORDER, AND SETTING
) HEARING ON SALE OF ASSETS AND
) GRANTING OTHER RELIEF
)

THIS MATTER having come before the Court for hearing upon the Debtor's Motion for Order Approving Notice of Sale, Bidding Procedures Order (sic.), and Setting Hearing on Sale of Assets and Granting Other Relief (the "Motion"); and the Court having considered the Motion, the declaration of Hans Olsen, the declaration of Peter Vessenes, the amended declaration of Peter Vessenes, and the supplemental declaration of Peter Vessenes submitted in support of the Motion, the response of Bitvestment Partners LLC ("Bitvestment") and the declaration of Tereza Simonyan submitted in support thereof, and the responses of Soule Investments, LLC and CoinLab, Inc.; and having heard arguments of counsel and having reviewed the files and records in this case; now, therefore, it is hereby

ORDERED that the Debtor's Motion is hereby DENIED; and it is further

//
//
//

ORDER DENYING DEBTOR'S MOTION FOR ORDER APPROVING NOTICE OF SALE, BIDDING PROCEDURES ORDER, AND SETTING HEARING ON SALE OF ASSETS - 1
128054.0001/5916418.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Case 13-19746-KAO    Doc 102    Filed 01/13/14    Ent. 01/13/14 12:10:13    Pg. 1 of 2

ORDERED that the Court's oral ruling made on the record on January 10, 2014 is incorporated herein by this reference.

/// END OF ORDER ///

PRESENTED BY:

LANE POWELL PC
Lane Powell PC
1420 Fifth Avenue, Suite 4200
Seattle, WA 98111-9402
Telephone: (206) 223-7082
Facsimile: (206) 223-7107
E-mail: simonyant@lanepowell.com


By /s/ *Tereza Simonyan*
Charles R. Ekberg, WSBA No. 342
Tereza Simonyan, WSBA No. 41741
Attorney for Bitvestment Partners LLC,
f/k/a Dalsa Barbour LLC, Party in Interest

REYHANI NEMIROVSKY LLP
200 Park Ave., 17th Fl.
New York, NY 10166
Telephone: (212)897-4022
E-mail: bryan@rnlawfirm.com


By /s/ *Bryan Reyhani*
Bryan Reyhani, B.R. - 9147
Attorneys for Bitvestment Partners LLC,
f/k/a Dalsa Barbour LLC, Party in Interest


APPROVED FOR ENTRY

KELLER ROHRBACK LLP


By /s/ *Deirdre Glynn Levin*
Deirdre Glynn Levin, WSBA #24226
Attorneys for Debtor

ORDER DENYING DEBTOR'S MOTION FOR ORDER APPROVING NOTICE OF SALE, BIDDING PROCEDURES ORDER, AND SETTING HEARING ON SALE OF ASSETS - 2
128054.0001/5916418.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Case 13-19746-KAO    Doc 102    Filed 01/13/14    Ent. 01/13/14 12:10:13    Pg. 2 of 2