The Honorable Karen A. Overstreet
Chapter: 11
Hearing Date: January 31, 2014
Hearing Time: 9:30 am
Response Date: January 24, 2014

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re: )
) Case No. 13-19746-KAO
CLI HOLDINGS, INC. dba ALYDIAN, )
) **AMENDED NOTE** FOR HEARING ON
Debtor. ) DEBTOR'S APPLICATION TO
) EMPLOY DENALI FINANCIAL
) CONSULTING LLC AS ACCOUNTANT

PLEASE TAKE NOTICE that the DEBTOR'S APPLICATION TO EMPLOY DENALI FINANCIAL CONSULTING LLC AS ACCOUNTANT is set for hearing as follows:

| JUDGE: Honorable Karen A. Overstreet | TIME: 9:30 a.m. |
|---|---|
| PLACE: U.S. Courthouse, Courtroom 7206<br>700 Stewart Street<br>Seattle, WA 98101-1271 | DATE: January 31, 2014 |

IF YOU OPPOSE the Application, you must file your written response with the clerk of the court, serve a copy on the Judge's chambers (if more than 25 pages) and deliver copies to the undersigned NOT LATER THAN THE RESPONSE DATE, which is January 24, 2014. IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE APPLICATION WITHOUT FURTHER NOTICE, and strike the hearing.

AMENDED NOTICE OF HEARING (13-19746-KAO) Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\Clients\29744\1\Pleadings\Acct (Denali) Appointment\RE.Notice of Hearing.doc

Case 13-19746-KAO    Doc 104    Filed 01/14/14    Ent. 01/14/14 09:49:13    Pg. 1 of 2

1     DATED this 13th day of January, 2014.

2                                               KELLER ROHRBACK L.L.P.

By: */s/Deirdre P. Glynn Levin*
Deirdre P. Glynn Levin, WSBA #24226
Attorneys for Debtor

AMENDED NOTICE OF HEARING (13-19746-KAO) Page - 2

N:\CLIENTS\29744\1\PLEADINGS\ACCT (DENALI) APPOINTMENT\RE.NOTICE OF HEARING.DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Case 13-19746-KAO    Doc 104    Filed 01/14/14    Ent. 01/14/14 09:49:13    Pg. 2 of 2