The Honorable Karen A. Overstreet

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| In Re: | ) | Chapter: 11 |
| | ) | |
| CLI HOLDINGS, INC. dba ALYDIAN, | ) | Case No. 13-19746-KAO |
| | ) | |
| Debtor. | ) | DECLARATION OF SERVICE |
| | ) | |

I, Keeley Engle, declare as follows:

1. I am a legal assistant at Keller Rohrback L.L.P., counsel for the Debtor.

2. On December 27, 2013, I filed the Application by Debtor to Employ Denali Financial Consulting LLC as Accountant and Exhibit A thereto (Dkt. 80 and 80-1); Proposed Order Granting Debtor's Application to Employ Denali Financial Consulting LLC as Accountant (Dkt. 80-3); and Declaration of Chris Dishman in Support of Debtor's Application to Employ Denali Financial Consulting LLC as Accountant (Dkt. 81) with the Clerk of the Court using the CM/ECF system, hereby effecting service upon parties who were ECF participants in the case on that date.

3. On January 13, 2014, I filed the Amended Note for Hearing on Debtor's Application to Employ Denali Financial Consulting LLC as Accountant (Dkt. 103) under the Amended Notice of Hearing with the Clerk of the Court using the CM/ECF system, hereby effecting service upon parties who were ECF participants in the case on that date.

DECLARATION OF SERVICE (13-19745-KAO) Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\CLIENTS\29744\1\PLEADINGS\ACCT (DENALI) APPOINTMENT\SERV.DECL.APP.EMPLOY.ACCT.DOC

Case 13-19746-KAO    Doc 105    Filed 01/14/14    Ent. 01/14/14 13:26:14    Pg. 1 of 2

4. On January 13, 2014, I mailed via U.S. First Class mail, postage prepaid, a copy of the Application by Debtor to Employ Denali Financial Consulting LLC as Accountant and Exhibit A thereto (Dkt. 80 and 80-1); Proposed Order Granting Debtor's Application to Employ Denali Financial Consulting LLC as Accountant (Dkt. 80-3); Declaration of Chris Dishman in Support of Debtor's Application to Employ Denali Financial Consulting LLC as Accountant (Dkt. 81) and Amended Note for Hearing on Debtor's Application to Employ Denali Financial Consulting LLC as Accountant (Dkt. 103) to the addresses listed on **Exhibit A**, hereby effecting service in this case.

5. On January 14, 2014, I filed the Amended Note for Hearing on Debtor's Application to Employ Denali Financial Consulting LLC as Accountant (Dkt. 104) under the Notice of Amended/Continued Hearing events with the Clerk of the Court using the CM/ECF system, hereby effecting service upon parties who were ECF participants in the case on that date.

I certify under penalty of perjury that the foregoing is true and correct.

Signed this 14th day of January, 2014, at Seattle, Washington.

*/s/Keeley Engle*
Keeley Engle

DECLARATION OF SERVICE (13-19745-KAO) Page - 2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\CLIENTS\29744\1\PLEADINGS\ACCT (DENALI) APPOINTMENT\SERV.DECL.APP.EMPLOY.ACCT.DOC

Case 13-19746-KAO    Doc 105    Filed 01/14/14    Ent. 01/14/14 13:26:14    Pg. 2 of 2