| | |
|---|---|
| Bitcoin Opportunity Fund LLC<br>5 East 22 Street, PH 4<br>New York, NY 10010-5315 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| BTC Holdings LLC<br>3350 Scott Blvd. Suite 32<br>Santa Clara, CA 95054-3118 | Christopher Koss<br>3614 Hunts Point Road<br>Bellevue, WA 98004-1114 |
| Brian Cartmell<br>188 Quay Street Level 27<br>Auckland CBD<br>New Zealand 1010 | Jane E. Pearson<br>Foster Pepper PLLC<br>1111 Third Avenue, Suite 3400<br>Seattle, WA 98101-3299 |
| Jon Chin<br>14707 NE 44th Place, #Q-12<br>Bellevue, WA 98007-3195 | Securities & Exchange Commission<br>Attn: Bankruptcy Counsel<br>5670 Wilshire Blvd., 11th Fl.<br>Los Angeles, CA 90036-5679 |
| CoinLab, Inc.<br>900 Winslow Way East, Suite 10<br>Bainbridge Island WA 98110-2451 | Robert F. Seidensticker III<br>909 Fifth Avenue, Suite 1901<br>Seattle, WA 98104-2038 |
| CoinLab, Inc.<br>Foster Pepper PLLC<br>c/o Jane E. Pearson<br>1111 Third Avenue, Suite 3400<br>Seattle, WA 98101-3299 | Barry Silbert<br>5 East 22nd Street, PH - H<br>New York, NY 10010-5319 |
| Dalsa Barbour LLC<br>315 West 36th Street, Apt. 18B<br>New York, NY 10018-6404 | Soule Investments LLC<br>5220 S Kimbark Avenue, Apt. 1<br>Chicago, IL 60615-4036 |
| Department of Revenue<br>Bankruptcy Claims Unit<br>2101 Fourth Avenue, Suite 1400<br>Seattle, WA 98121-2379 | Soule Investments LLC<br>c/o Jerry N. Stehlik<br>Bucknell Stehlik Sato & Stubner, LLP<br>2003 Western Avenue, Suite 400<br>Seattle, WA 98121-2142 |
| Timothy Draper Living Trust<br>2882 Sand Hill Road<br>Menlo Park, CA 94025-7057 | Jerry N. Stehlik<br>Bucknell Stehlik Sato & Stubner, LLP<br>2003 Western Avenue, Suite 400<br>Seattle, WA 98121-2142 |

| | |
|---|---|
| Sunshine Network Limited<br>Unit 5.27F 109 Argyle Street<br>Mongkok<br>KOWLOON NT, HONG KONG<br>PEOPLES REPUBLIC OF CHINA | Joel Yarmon<br>2882 Sandhill Park<br>Menlo Park, CA  94025-7064 |
| Peter Vessenes<br>7561 Emerald Way<br>Bainbridge Island WA  98110-2011 | Joel Yarmon<br>840 K St # 201<br>Anchorage, AK  99501-3353 |
| XRAY Holdings Limited<br>188 Quay Street, Level 27<br>Auckland CBD, New Zealand 1010 | |