The Honorable Karen A. Overstreet
Hearing Date: January 31, 2014
Hearing Time: 9:30 a.m.
Response Date: January 24, 2014

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| In Re: | ) | Chapter: 11 |
| | ) | |
| CLI HOLDINGS, INC. dba ALYDIAN, | ) | Case No. 13-19746-KAO |
| | ) | |
| Debtor. | ) | DECLARATION OF NO OBJECTION |
| | ) | |

I, Deirdre Glynn Levin declare and state as follows:

1. I am the attorney for CLI Holdings Inc., Debtor herein.

2. On December 27, 2013, a copy of the Application by Debtor to Appoint Denali Denali Financial Consulting LLC as Accountant, the Declaration of Chris Dishman in Support of Debtor's Application, Notice of Hearing, and Proposed Order was served on all parties registered with ECF in this case.

3. On January 13, 2014, a copy of the Application by Debtor to Appoint Denali Denali Financial Consulting LLC as Accountant, the Declaration of Chris Dishman in Support of Debtor's Application, Notice of Hearing, and Proposed Order was served via U.S. Mail, postage prepaid to all parties on the mailing matrix. A declaration of service was filed January 13, 2014..

DECLARATION OF NO OBJECTION (13-19746-KAO) Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

N:\CLIENTS\29744\1\PLEADINGS\DENALI APPOINTMENT\DECLNOOBJECTION.012714.DOC

Case 13-19746-KAO    Doc 109    Filed 01/27/14    Ent. 01/27/14 10:24:07    Pg. 1 of 2

4. The Notice of Hearing stated that if no response was filed and served on the Court and Debtor's counsel by January 10, 2013 the Court may grant the application with no further notice. No response has been received or filed.

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 27th day of January, 2014.

KELLER ROHRBACK L.L.P.

By: */s/Deirdre Glynn Levin*
    Deirdre P. Glynn Levin, WSBA #24226
    Attorney for Debtor

DECLARATION OF NO OBJECTION (13-19746-KAO) Page - 2

N:\CLIENTS\29744\1\PLEADINGS\DENALI APPOINTMENT\DECLNOOBJECTION.012714.DOC

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Case 13-19746-KAO    Doc 109    Filed 01/27/14    Ent. 01/27/14 10:24:07    Pg. 2 of 2