UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re: ) Chapter: 11
)
CLI HOLDINGS, INC. dba ALYDIAN, ) Case No. 13-19746-KAO
)
Debtor. ) ORDER GRANTING DEBTOR'S
) APPLICATION TO EMPLOY DENALI
) FINANCIAL CONSULTING LLC AS
) ACCOUNTANT

This matter came before the Court for hearing on January 17, 2014 on the Application of the Debtor under 11 U.S.C. §327(a) and Bankruptcy Rule 2014, CLI Holdings, Inc. dba Alydian ("Alydian") to employ Denali Financial Consulting LLC ("DF) as accountant for Alydian in this case (the "Application");

The Court, considered the Application, the proposed order, the Declaration of Chris Dishman in support and attached exhibit, any objection to the Application, the records and files in this case, and the argument of counsel, Deirdre Glynn Levin and Keller Rohrback L.L.P. for the Debtor, and finding that DFC does not hold any interest adverse to the interests for Alydian, is a disinterested person as defined in 11 U.S.C. §101, and is not a prepetition creditor of

ORDER GRANTING DEBTOR'S EX PARTE APPLICATION
TO EMPLOY DENALI FINANCIAL CONSULTING LLC AS
ACCOUNTANT (13-19746-KAO) Page - 1
N:\Clients\29744\1\Pleadings\Acct Appointment\app.employ.acct.Order.Revised.doc

LAW OFFICES OF
**Keller Rohrback L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Case 13-19746-KAO    Doc 110    Filed 01/28/14    Ent. 01/28/14 11:23:02    Pg. 1 of 2

Alydian, and having found that the employment of DFC as accountant for Alydian is in the best interests of the estate; NOW, THEREFORE, it is hereby ORDERED that

    1.    Alydian is authorized to employ DFC as accountant herein to perform the services set forth in the Independent Contractor Agreement attached as Exhibit A to the Application;

    2.    Compensation and reimbursement of expenses of DFC shall be paid by Alydian an administrative expense in such amounts as this Court may allow pursuant to 11 U.S.C. § 330.

/ / / END OF ORDER / / /

Presented by:

KELLER ROHRBACK L.L.P.

By: */s/Deirdre P. Glynn Levin*
    Deirdre P. Glynn Levin, WSBA #24226
    Attorneys for Debtor

ORDER GRANTING DEBTOR'S EX PARTE APPLICATION TO EMPLOY DENALI FINANCIAL CONSULTING LLC AS ACCOUNTANT (13-19746-KAO) Page - 2
N:\Clients\29744\1\Pleadings\Acct Appointment\app.employ.acct.Order.Revised.doc

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Case 13-19746-KAO    Doc 110    Filed 01/28/14    Ent. 01/28/14 11:23:02    Pg. 2 of 2