The Honorable Karen A. Overstreet
Chapter 11
Hearing Location: Seattle, WA, Room 7206
Hearing Date: February 28, 2014
Hearing Time: 9:30 a.m.
Response Date: February 21, 2014

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

CLI HOLDINGS, INC. dba ALYDIAN,

                        Debtor.

Case No. 13-19746-KAO

DECLARATION OF JANE PEARSON IN SUPPORT OF MOTION TO DISMISS CHAPTER 11 CASE

JANE PEARSON hereby declares as follows:

1. I am an attorney for CoinLab, Inc. I am over 21 years of age, competent to make this declaration, and do so based on my personal knowledge. This Declaration is made in support of CoinLab, Inc.'s Motion to Dismiss Chapter 11 Case.

2. Attached hereto as Exhibit A is a true and correct copy of the transcript of the hearing held in this Court on January 10, 2014 on the Debtor's Motion to Sell Estate Property Free and Clear of Liens [DE 67].

DECLARATION OF JANE PEARSON IN SUPPORT OF
NOTICE OF MOTION TO DISMISS CHAPTER 11 CASE - 1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

51351384.1

Case 13-19746-KAO    Doc 113    Filed 02/07/14    Ent. 02/07/14 18:28:21    Pg. 1 of 2

1  I declare under penalty of perjury under the laws of the State of Washington that the
2  foregoing is true and correct.
3  Signed at Seattle, Washington this 7th day of February, 2014.

*/s/ Jane Pearson*
JANE PEARSON

DECLARATION OF JANE PEARSON IN SUPPORT OF
NOTICE OF MOTION TO DISMISS CHAPTER 11 CASE - 2

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51351384.1

Case 13-19746-KAO    Doc 113    Filed 02/07/14    Ent. 02/07/14 18:28:21    Pg. 2 of 2