The Honorable Karen A. Overstreet
Chapter 11
Hearing Location: Seattle, WA, Room 7206
Hearing Date: February 28, 2014
Hearing Time: 9:30 a.m.
Response Date: February 21, 2014

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

CLI HOLDINGS, INC. dba ALYDIAN,

Debtor.

Case No. 13-19746-KAO

NOTICE OF MOTION TO DISMISS CHAPTER 11 CASE

PLEASE TAKE NOTICE that COINLAB, INC. ("CoinLab"), a creditor and equity holder in this case, by and through counsel, has filed a Motion to Dismiss Chapter 11 Case (the "Motion") under Bankruptcy Code § 1112(b). The Motion is set for hearing as follows:

**JUDGE:** **The Honorable Karen A. Overstreet**
**PLACE:** **United States Bankruptcy Court**
**700 Stewart Street, Courtroom 7206**
**Seattle, WA 98101**
**DATE:** **February 28, 2014**
**TIME:** **9:30 a.m.**

Any party opposing the Motion must serve a written response on the undersigned by February 21, 2014, and file the original response with the Clerk of the United States Bankruptcy Court, Room 6301, 700 Stewart Street, Seattle, Washington 98101. IF NO RESPONSE IS FILED BY THE RESPONSE DATE, the Court may, in its discretion, grant the Motion prior to the hearing WITHOUT FURTHER NOTICE.

NOTICE OF MOTION TO DISMISS CHAPTER 11 CASE - 1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

51351378.1

Case 13-19746-KAO    Doc 114    Filed 02/07/14    Ent. 02/07/14 18:29:48    Pg. 1 of 2

1 DATED this 7th day of February, 2014.

2                                                   FOSTER PEPPER PLLC

                                                  */s/ Jane Pearson*
                                                  Jane Pearson, WSBA #12785
                                                  Attorneys for CoinLab, Inc.

NOTICE OF MOTION TO DISMISS CHAPTER 11 CASE - 2

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

51351378.1

Case 13-19746-KAO    Doc 114    Filed 02/07/14    Ent. 02/07/14 18:29:48    Pg. 2 of 2