Entered on Docket February 10, 2014

**Submitted But Not Entered.**



_____

**Karen A. Overstreet
U.S. Bankruptcy Judge**

**ORDER NOT ENTERED -** Order submitted prematurely. Motion set for hearing on 2/28/14, and responses are not due until 2/21/14.

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re: | Case No. 13-19746-KAO |
|---|---|
| CLI HOLDINGS, INC. dba ALYDIAN, | ORDER DISMISSING CASE |
| Debtor. | |

This matter came on for hearing upon notice on the Motion to Dismiss Chapter 11 Case filed by CoinLab, Inc., a creditor and equity holder in this case, and the Court, having considered the motion and supporting declarations, any response to the motion, and the files and records herein, finds cause exists for dismissing this case, and that such dismissal is in the best interest of creditors and the estate; it is therefore

ORDERED that this case is dismissed.

/// END OF ORDER ///

Presented by:

FOSTER PEPPER PLLC

*/s/ Jane Pearson*
Jane Pearson, WSBA #12785
Attorneys for CoinLab, Inc.

ORDER DISMISSING CASE

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51351388.1