B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re CLI HOLDINGS, INC.                    ,          Case No. 13-19746

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| COINLAB, INC. | BITVESTMENT PARTNERS, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 COINLAB, INC., 900 WINSLOW WAY E, STE. 100, BAINBRIDGE IS, WA 98110

Court Claim # (if known): ___11___
Amount of Claim: $8,000,000.00
Date Claim Filed: 12/31/2013

Phone: 206-486-6858
Last Four Digits of Acct #: _____

Phone: 212-897-4022
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
 N/A

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_____          Date: 01/31/2014
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.