B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re CLI HOLDINGS, INC. ,  Case No. 13-19746

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| COINLAB, INC. | SOULE INVESTMENTS, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
COINLAB, INC., 900 WINSLOW WAY E., STE. 100, BAINBRIDGE IS, WA 98110

Court Claim # (if known): 13
Amount of Claim: $4,897,166.82
Date Claim Filed: 12-31-13

Phone: 206-486-6858
Last Four Digits of Acct #: _____

Phone: 612-396-9344
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: Feb-4-2014
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.