# UNITED STATES BANKRUPTCY COURT

In re  CLI HOLDINGS, INC.                    ,        Case No.  13-19746

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| COINLAB, INC. | XRAY HOLDINGS LIMITED |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  COINLAB, INC., 900 WINSLOW WAY E., STE. 100, BAINBRIDGE IS., WA 98110

Court Claim # (if known):  6
Amount of Claim:  $3,000,000.00
Date Claim Filed:  12/30/2013

Phone:  206-486-6858
Last Four Digits of Acct #: _____

Phone:  6421565422
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):


Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date:  02/07/2014 _____
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.