```
                         United States Bankruptcy Court
                         Western District of Washington
```

In re:                                                              Case No. 13-19746-KAO
CLI Holdings Inc                                                    Chapter 11
         Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0981-2          User: suyingl              Page 1 of 1              Date Rcvd: Feb 11, 2014
                              Form ID: trc               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2014.
954851946    +Bitvestment Partners LLC fka Dalsa Barbour LLC,    Lane Powell PC,    c/o Charles Ekberg, Esq.,
               1420 Fifth Avenue, Suite 4200,    Seattle, WA 98101-2375

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2014                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2014 at the address(es) listed below:
              Bryan Reyhani    on behalf of Special Request    Bitvestment Partners LLC f/k/a Dalsa Barbour LLC
               bryan@rnlawfirm.com, breyhani@gmail.com
              Charles R Ekberg    on behalf of Special Request    Bitvestment Partners LLC f/k/a Dalsa Barbour
               LLC ekbergc@lanepowell.com, Docketing-Sea@lanepowell.com
              Deirdre Glynn Levin    on behalf of Debtor    CLI Holdings Inc dglynnlevin@kellerrohrback.com,
               dmarshall@kellerrohrback.com;kengle@kellerrohrback.com
              Jane E Pearson    on behalf of Creditor    CoinLab, Inc. pearj@foster.com, jordc@foster.com
              Jerry N Stehlik    on behalf of Special Request    Soule Investments, LLC jstehlik@bsss-law.com,
               cpercy@bsss-law.com
              Robert N. Amkraut    on behalf of Creditor    Soule Investments, LLC ramkraut@riddellwilliams.com
              Tereza Simonyan    on behalf of Special Request    Bitvestment Partners LLC f/k/a Dalsa Barbour
               LLC simonyant@lanepowell.com,
               westv@lanepowell.com;docketing-sea@lanepowell.com;stephensont@lanepowell.com
              Thomas A Buford    on behalf of US Trustee    United States Trustee Thomas.A.Buford@usdoj.gov,
               Tara.Maurer@usdoj.gov
              United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                             TOTAL: 9

210B (12/09)

# United States Bankruptcy Court

Western District of Washington
Case No. 13-19746-KAO
Chapter 11

In re: Debtor(s) (including Name and Address)

CLI Holdings Inc
900 Winslow Way East, Suite 100
Bainbridge Island WA 98110

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/11/2014.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 11: Bitvestment Partners LLC fka Dalsa Barbour LLC, Lane Powell PC, c/o Charles Ekberg, Esq., 1420 Fifth Avenue, Suite 4200, Seattle, WA 98111-9402 | Coinlab, Inc.<br>900 Winslow Way East<br>Suite 100<br>Bainbridge Islan, WA 98110 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/13/14

Mark L. Hatcher
**CLERK OF THE COURT**