```
                        United States Bankruptcy Court
                        Western District of Washington
```

In re:                                                        Case No. 13-19746-KAO
CLI Holdings Inc                                             Chapter 11
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0981-2          User: suyingl           Page 1 of 1          Date Rcvd: Feb 11, 2014
                             Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2014.
954813085      +Soule Investments LLC,   5220 S Kimbark Avenue, Apt. 1,   Chicago, IL 60615-4036

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2014                          Signature:   /s/Joseph Speetjens

_____


# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2014 at the address(es) listed below:
          Bryan Reyhani    on behalf of Special Request    Bitvestment Partners LLC f/k/a Dalsa Barbour LLC
           bryan@rnlawfirm.com,   breyhani@gmail.com
          Charles R Ekberg    on behalf of Special Request    Bitvestment Partners LLC f/k/a Dalsa Barbour
           LLC ekbergc@lanepowell.com,   Docketing-Sea@lanepowell.com
          Deirdre Glynn Levin    on behalf of Debtor    CLI Holdings Inc dglynnlevin@kellerrohrback.com,
           dmarshall@kellerrohrback.com;kengle@kellerrohrback.com
          Jane E Pearson    on behalf of Creditor    CoinLab, Inc. pearj@foster.com,   jordc@foster.com
          Jerry N Stehlik    on behalf of Special Request    Soule Investments, LLC jstehlik@bsss-law.com,
           cpercy@bsss-law.com
          Robert N. Amkraut    on behalf of Creditor    Soule Investments, LLC ramkraut@riddellwilliams.com
          Tereza Simonyan    on behalf of Special Request    Bitvestment Partners LLC f/k/a Dalsa Barbour
           LLC simonyant@lanepowell.com,
           westv@lanepowell.com;docketing-sea@lanepowell.com;stephensont@lanepowell.com
          Thomas A Buford    on behalf of US Trustee    United States Trustee Thomas.A.Buford@usdoj.gov,
           Tara.Maurer@usdoj.gov
          United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                          TOTAL: 9

**210B (12/09**)

# United States Bankruptcy Court

Western District of Washington
Case No. 13-19746-KAO
Chapter 11

In re: Debtor(s) (including Name and Address)

CLI Holdings Inc
900 Winslow Way East, Suite 100
Bainbridge Island WA 98110

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/11/2014.

Name and Address of Alleged Transferor(s):

Claim No. 13: Soule Investments LLC, 5220 S Kimbark Avenue, Apt. 1, Chicago, IL 60615

Name and Address of Transferee:

Coinlab, Inc.
900 Winslow Way East
Suite 100
Bainbridge Islan, WA 98110

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    02/13/14

Mark L. Hatcher
**CLERK OF THE COURT**