## MONTHLY FINANCIAL REPORT FOR
## CORPORATE OR PARTNERSHIP DEBTOR

| Case No. | 13-19746-KAO | Report Month/Year | January, 2014 |
| --- | --- | --- | --- |
| Debtor | CLI HOLDINGS, INC. dba ALYDIAN | | |

**INSTRUCTIONS:** The debtor's monthly financial report shall include a cover sheet signed by the debtor and all UST forms and supporting documents. Exceptions, if allowed, are noted in the checklist below. Failure to comply with the reporting requirements of Local Bankruptcy Rule 2015-2(a), or the United States Trustee's reporting requirements, is cause for conversion or dismissal of the case.

The debtor has provided the following with this monthly financial report:

| | | | Yes | No |
| --- | --- | --- | --- | --- |
| **UST-12** | **Comparative Balance Sheet, or** debtor's balance sheet.<br>The debtor's balance sheet, if used, shall include a breakdown of pre- and post-petition liabilities. The breakdown may be provided as a separate attachment to the debtor's balance sheet. | | ☑ | ☐ |
| **UST-13** | **Comparative Income Statement, or** debtor's income statement. | | ☑ | ☐ |
| **UST-14** | **Summary of Deposits and Disbursements** | | ☑ | ☐ |
| **UST-14**<br>Continuation<br>Sheets | **Statement(s) of Cash Receipts and Disbursements**<br>A Continuation Sheet shall be completed for each bank account or other source of debtor funds and shall include a monthly bank statement and all supporting documents described in the instructions. | | ☑ | ☐ |
| **UST-15** | **Statement of Aged Receivables**<br>A detailed accounting of aged receivables shall be provided on, or in an attachment to, UST-15. | | ☐ | ☑ |
| **UST-16** | **Statement of Aged Post-Petition Payables**<br>A detailed accounting of aged post-petition payables shall be provided on, or in an attachment to, UST-16. | | ☑ | ☐ |
| **UST-17** | **Other Information**<br>When applicable, attach supporting documents such as an escrow statement for the sale of real property or an auctioneer's report for property sold at auction. When changes or renewals of insurance occur, attach a copy of the new certificate of insurance or a copy of the bond. | | ☑ | ☐ |

## CONTACT INFORMATION

**Who is the best person to contact if the UST has questions about this report?**

| Name | Kelly F. Gates - Denali Financial Services, Accountant for Debtor |
| --- | --- |
| Telephone | 206-407-7021 |
| Email | kellyfgates@comcast.net |

## DEBTOR'S CERTIFICATION

**INSTRUCTIONS:  The debtor, or trustee, if appointed, must answer questions 1 and 2 and sign this financial report where indicated below.  Only an officer or director has authority to sign a financial report for a corporate debtor and only a general partner has authority to sign a financial report for a partnership debtor.  Debtor's counsel may not sign a financial report for the debtor.**

**Question 1**  At month end, was the debtor delinquent on any <u>post-petition</u> tax obligation?

Yes ☐    No ☑
If yes, list each delinquent post-petition tax obligation on page 9.

**Question 2**  For purposes of calculating the debtor's obligation under 28 U.S.C. 1930(a)(6) to pay a quarterly fee to the United States Trustee, TOTAL DISBURSEMENTS this month from <u>all sources</u> were:

Complete page 6 to calculate TOTAL DISBURSEMENTS and enter the total here.
$ 0

**I certify under penalty of perjury that other information contained in this monthly financial report is complete, true, and accurate to the best of my knowledge, information, and belief.**

Debtor's
signature _____    Date  Feb -14- 2014

## Monthly Financial Reports
(due on the 14th of the subsequent month)

Original Place of Filing:

| Seattle, WA  ▼ | Tacoma, WA  ▼ |
|---|---|
| File the <u>original</u> with the court::<br><br>United States Bankruptcy Court<br>United States Courthouse<br>700 Stewart Street, **Suite 6301**<br>**Seattle, WA 98101** | File the <u>original</u> with the court::<br><br>United States Bankruptcy Court<br>1717 Pacific Avenue, **Suite 2100**<br>**Tacoma, WA 98402** |

AND serve a <u>copy</u> on each of the following:

- Each member of any committees elected or appointed pursuant to the Bankruptcy Code, and to their authorized agents.
- Debtor's counsel.

NOTE:  If the report is electronically filed with the Court, the United States Trustee will be served automatically.  There is no need to serve an additional copy on the United States Trustee.

Case 13-19746-KAO    Doc 122    Filed 02/14/14    Ent. 02/14/14 14:50:41    Pg. 2 of 21

## UST-12, COMPARATIVE BALANCE SHEET

| As of month ending ⇨ | 01/31/2014 | | |
|---|---|---|---|
| **ASSETS** | | | |
| Current Assets | | | |
| Cash | | | |
| ~~Cash—Held by Others~~ Mkt Value of Bitcoins ~~(Escrow & Attorney Trust Accounts)~~ | 3,976,067 (Note 1) | | |
| Accounts Receivable (net) | | | |
| Notes Receivable | | | |
| Inventory | 350,810 | | |
| Prepaid Expenses | 11,725 | | |
| ~~Other (attach list)~~ Deposits | 74,400 (Note 2) | | |
| Total Current Assets | 4,413,002 | | |
| Fixed Assets | | | |
| Real Property/Buildings | | | |
| ~~Equipment~~ Deployed Systems | 1,808,920 | | |
| Accumulated Depreciation | (941,692) | | |
| Total Fixed Assets | 867,228 | | |
| Other Assets (attach list) | | | |
| TOTAL ASSETS | 5,280,230 | | |
| **LIABILITIES** | | | |
| Post-Petition Liabilities | | | |
| Taxes Payable | | | |
| ~~Other Accounts Payables~~ CoinLab Inc. | 611,018 | | |
| Notes Payable | | | |
| Rents, Leases & Mortgages Payable | | | |
| ~~Accrued Interest~~ Accrued Expenses | 75,148 | | |
| Other (specify) | | | |
| Total Post-Petition Liabilities | 686,166 | | |

(contd. on next page)

## UST-12, COMPARATIVE BALANCE SHEET (contd.)

| As of month ending ⇨ | 01/31/2014 | | |
|---|---|---|---|
| **Pre-Petition Liabilities** | | | |
| ~~Unsecured Debt~~ X-Ray Holdings | 3,000,000 | | |
| ~~Priority Debt:~~ Pre-Sale Agreements | 13,974,343 | | |
| ~~Taxes~~ CoinLab Trade AP | 403,125 | | |
| Wages | | | |
| Deposits | | | |
| Other | | | |
| Notes Payable (Secured Debt) | | | |
| Total Pre-Petition Liabilities | 17,377,468 | | |
| TOTAL LIABILITIES | 18,063,634 | | |
| | | | |
| **EQUITY** | | | |
| Stockholders' Equity (Or Deficit) | | | |
| Capital Stock | 882,417 | | |
| Paid-In Capital | 500,000 | | |
| Retained Earnings | (13,974,343) | | |
| Total Stockholders' Equity (Or Deficit) | (14,165,821) | | |
| Partners' Investment  (Or Deficit) | | | |
| TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY OR PARTNERS' INVESTMENT | 5,280,230 | | |

Footnotes to balance sheet:

Note 1:  To calculate the "Market Value of Bitcoins" on 1/31/14, Debtor policy uses Volume Weighted Average Price (VWAP) from the prior day on Bitstamp.net.  [5,002.73 BTC X  $794.78 (VWAP) = $3,976,067].

Note 2:  Deposits paid to Service Providers pursuant to the terms of their hosting agreements.

The information contained herein has been prepared solely for the purpose of the requirements for this bankruptcy proceeding and does not represent the company's position in regard to its internal accounting procedures, applicable GAAP standards or other legal and tax determinations pursuant to professional advice regarding accounting and tax treatment of the elements of a bitcoin mining corporation.

Case 13-19746-KAO    Doc 122    Filed 02/14/14    Ent. 02/14/14 14:50:41    Pg. 4 of 21

## UST-13, COMPARATIVE INCOME STATEMENT

| For the month of ⇨ | | 01/31/2014 | | |
|---|---|---|---|---|
| ~~GROSS SALES~~ | Revenue from Mining | 1,414,708 | | |
| Less:   Returns and Allowances | | | | |
| Net Sales | | | | |
| Cost of Sales: Beginning Inventory Add:   Purchases Less:   Ending Inventory Cost of Goods Sold | | | | |
| GROSS MARGIN | | 1,414,708 | | |
| Other Operating Expenses: | | | | |
| Officers' Salaries | | | | |
| Other Salaries / Direct Labor | Project Management | 54,645 | | |
| Employee Benefits / Payroll Taxes | Other Labor | 8,764 | | |
| ~~Insurance~~ | Hosting | 211,935 | | |
| Rent | | 1,683 | | |
| General and Administrative | | 82,916 | | |
| NET OPERATING PROFIT (LOSS) | | 1,054,764 | | |
| Add:   ~~Other Income~~ | Depreciation | (303,468) | | |
| ~~Less:   Interest Expense~~ | Increase in X-Ray Creditor Claim | | | |
| Other Adjustments to Income (Explain) | Increase in Presale Agreement Claims | | | |
| ~~Gain (Less) on Sale of Assets~~ | G/L Bitcoin Value | 195,458 | | |
| Net Profit (Loss) Before Taxes | | 946,754 | | |
| Income Taxes | | | | |
| NET PROFIT (LOSS) | | 946,754 | | |

Notes:
The information contained herein has been prepared solely for the purpose of the requirements for this bankruptcy proceeding and does not represent the company's position in regard to its internal accounting procedures, applicable GAAP standards or other legal and tax determinations pursuant to professional advice regarding accounting and tax treatment of the elements of a bitcoin mining corporation.

## UST-14, SUMMARY OF DEPOSITS & DISBURSEMENTS

**INSTRUCTIONS:** <u>BEFORE COMPLETING THIS PAGE</u>, prepare a UST-14 CONTINUATION SHEET (see next page) for each bank account or other source of the debtor's funds. The deposit and disbursement total from each CONTINUATION SHEET will be used to complete this SUMMARY.

The debtor is responsible for providing an accurate <u>monthly</u> disbursement total for the purpose of calculating its obligation pursuant to 28 U.S.C. § 1930 (a)(6) to pay statutory fees to the United States Trustee. The disbursement total encompasses all payments made by the bankruptcy estate during the reporting month, whether made directly by the debtor or by another party for the debtor. It includes checks written and cash payments for inventory and equipment purchases, payroll and related taxes and expenses, other operating costs, and debt reduction. It also includes payments made pursuant to joint check arrangements and those resulting from a sale or liquidation of the debtor's assets. The only transactions normally excluded from the disbursement total are transfers within the same reporting month between multiple debtor accounts.

A fee payment is due within 30 days after the end of each calendar quarter, or on **April 30, July 31, October 31,** and **January 31,** respectively. Since the amount billed is an estimate, the debtor is responsible for paying the correct statutory fee based on its actual disbursements for the <u>calendar quarter</u>, or portion thereof the debtor was in Chapter 11. Failure to pay statutory fees to the United States Trustee is cause for conversion or dismissal of the case. A copy of the statutory fee schedule may be found attached to this report. If you have questions computing the disbursement total, contact the Bankruptcy Analyst assigned to your case at (206) 553-2000.

**Summary of Deposits This Month**

| | | |
|---|---|---|
| Deposits from UST-14 Continuation Sheet(s) | 1,780 BTC at rate of $794.78 | 1,414,708 |
| Cash receipts not included above (if any) | | |
| **TOTAL RECEIPTS** ☞ | | 1,414,708 |

**Summary of Disbursements This Month**

| | |
|---|---|
| Disbursements from UST-14 Continuation Sheet(s) | 0 |
| Disbursements resulting from asset sales out of the ordinary course (see Page 13, Question 1) | |
| Disbursements made by other parties for the debtor (if any, explain) | |
| | **Note: Enter the amount for TOTAL DISBURSEMENTS here <u>and</u> on Page 2.** |
| **TOTAL DISBURSEMENTS** ☞ | 0 |
| **NET CASH FLOW (TOTAL RECEIPTS MINUS TOTAL DISBURSEMENTS)** ☞ | 1,414,708 |

At the end of this reporting month, did the debtor have any <u>delinquent</u> statutory fees owing to the United States Trustee?   Yes ☐   No ☑   **If "Yes", list each quarter that is delinquent and the amount due.**

**(UST-14 CONTINUATION SHEETS, with attachments, should follow this page.)**

## UST-14, CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| | |
|---|---|
| **Depository (bank) name** ⇨ <br> **Account number** ⇨ | For Bitcoin account listing, see UST-14, Continuation Sheet |

Purpose of this account (select one):
❑ General operating account
❑ General payroll account
❑ Tax deposit account (payroll, sales, gambling, or other taxes)
☑ Other (explain) Bitcoin accounts for operation and mining

| | |
|---|---|
| Beginning cash balance | 2,365,900 |
| Add:          Transfers in from other estate bank accounts | |
| Cash receipts deposited to this account | 1,414,708 |
| Financing or other loaned funds (identify source) | |
| Total cash available this month | 3,780,608 |
| Subtract:     Transfers out to other estate bank accounts | |
| **Cash disbursements** from this account <br> (total checks written plus cash withdrawals, if any) | |
| Adjustments, if any (explain)    Bitcoin Value at 1/31 adjusted to market | 195,458 |
| Ending cash balance | 3,976,067 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| · A monthly bank statement (or trust account statement); | ❑ | ☑ |
| · A detailed list of receipts for that account (deposit log or receipts journal); | ☑ | ❑ |
| · A detailed list of disbursements for that account (check register or disbursement journal); and, | ☑ | ❑ |
| · If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | ❑ | ☑ |

UST-14 CONTINUATION SHEET, Number  1  of  5

**UST-14, Continuation Sheet**

<u>Bitcoin Accounts</u>

| | |
|---|---|
| 1G3C | Account # Redacted |
| 1Gzy | Account # Redacted |
| 18aQ | Account # Redacted |
| 1Egh | Account # Redacted |
| 147B | Account # Redacted |
| 14Px | Account # Redacted |

**UST CONTINUATION SHEET, Number 2 of 5**

**CLI Holdings, Inc.**
**BTC Account Detail - Cash Basis**
January-14

| | BTC | BTC Rate | USD | Note |
|---|---|---|---|---|
| Balance at 12/31/13 | 3,222.73 | $ 734.13 | $ 2,365,900.44 | |
| Incoming January Mining | 1,780.00 | $ 794.78 | $ 1,414,708.40 | Marked to Market at January 31,2014 |
| Internal Transfers | | | | |
| Outgoing Invoice Payments | | | | |
| Invoice | | | | BTC rate on invoice based on USD and bitcoins owed on invoice |
| Invoice | | | | BTC rate on invoice based on USD and bitcoins owed on invoice |
| Total Invoice Payments Made | - | | $ - | |
| | | | | |
| Exchange Rate Gain / Loss on Coin Balance | | $ 794.78 | 195,458.38 | Using FIFO to determine which coins are included in the balance |
| Balance at 1/31/14 | 5,002.73 | $ 794.78 | $ 1,976,067.22 | BTC rate calculated using Bitstamp avg price from day before |

**January 2014 Activity**

*Outgoing transactions*

| Date | Account sending bitcoin | Description | Bitcoins Out | Payee & Notes | Transaction Number |
|---|---|---|---|---|---|
| | | | | | |

| *Total outgoing transactions* | | | - | | |

*Incoming Bitcoins*

| Date | Account Receiving Bitcoins | Description | Bitcoins In | Payee & Notes | Transaction Number |
|---|---|---|---|---|---|
| 1/1/14 - 1/31/14 | 18aQub | PAYMENTS RECEIVED | 1,780.00 | Mining | Sum of activity below |

| *Total incoming transactions* | | | 1,780.00 | | |

Notes:
1 - Number of bitcoins owed per invoice is calculated for each transaction billed using the BTC rate for the day prior to the date the invoiced transaction was paid.

| Date | Account Receiving Bitcoins | Description | Bitcoins In | Payee & Notes | Transaction Number |
|---|---|---|---|---|---|
| 1/17/2014 17:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 0076cfc988cfa67a15267e51bd3730104296374f4f6c0b04d70992c91833fbe |
| 1/20/2014 15:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 0260c3dbd8bd6623b5bfc22c481940deb50e2ea1a049230c56fa06e8e7f4892a |
| 1/13/2014 9:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 055cfa8d1b33h1b29b08e1d9d27cf34f205ee4030e5a11083cfb036467449ac |
| 1/3/2014 6:08 | 18aQub | PAYMENT RECEIVED | 10 Mining | 058bf3f4bf502521472830254a3448de1ac29ca0692f819f5d4eb90723f3e1 |
| 1/7/2014 23:08 | 18aQub | PAYMENT RECEIVED | 10 Mining | 05e106a6cf6eaf8a424be4dd9ae32d27e8c7cd13816d70b29dc31d903fda4d |
| 1/1/2014 11:24 | 18aQub | PAYMENT RECEIVED | 10 Mining | 0ad8e6ff7e618304a856043ac63a343e5ec2c6cf912ba6efe50bb8c9085e755b |
| 1/24/2014 0:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 0b0fb5d15ef71c0920129c947a20d6f9445f60ecf876d33ad281d27f1106d7b |
| 1/7/2014 19:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 0bce39ff6727ta6cf4b56d1674704426746140a8dcdc9084dae42c3c8202b3208 |
| 1/18/2014 9:09 | 18aQub | PAYMENT RECEIVED | 10 Mining | 0ce7889958c2292f69e1a130063a9d6ee52374028608bcb3c4dff9a252c9acf9e |
| 1/22/2014 14:35 | 18aQub | PAYMENT RECEIVED | 10 Mining | 0ddd6f425e643a780316991a005032408013cee6a1419eebaeb4f71dfcbb367612 |
| 1/25/2014 6:19 | 18aQub | PAYMENT RECEIVED | 10 Mining | 11d486746d73b919edf4e2836bb15bef52f115521892da03a195e6e3853887 |
| 1/1/2014 14:08 | 18aQub | PAYMENT RECEIVED | 10 Mining | 16a6bf58725c2b046252801ae6405436fe01e09c2352cf9fbf77180b79bae0 |
| 1/4/2014 15:18 | 18aQub | PAYMENT RECEIVED | 10 Mining | 17c816d637d1cd06ce63b1fe346f1805a9e749d5ef60b7f06fda33d4d62d866 |
| 1/26/2014 23:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 193510145067317114443344ca0bd5e89efee335c7b635c3ab06fa4b851a5f6 |
| 1/16/2014 9:13 | 18aQub | PAYMENT RECEIVED | 10 Mining | 1a1be6195c1ede0f747575fa3e3bd091e474808276ce5ef16b3822f5c50fc945 |
| 1/11/2014 10:52 | 18aQub | PAYMENT RECEIVED | 10 Mining | 1a77ed833aaa183f7d6db320c9812bf2344f2bec5827e03505d512ddbbcdff242 |
| 1/14/2014 14:09 | 18aQub | PAYMENT RECEIVED | 10 Mining | 1f3cc20e2417b64b5320e4ab35650e49a4f3f6124322bf66b730ae45eb32cfe7 |
| 1/8/2014 23:08 | 18aQub | PAYMENT RECEIVED | 10 Mining | 1f9c96763f60276af59e78dd660c362ec147a23371cc5caeeb35248ce0a39946 |
| 1/24/2014 16:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 20fcb7b4a8a135a211176376aedcc04cf1c6a1e9b0577f7c74254a615fe0aaed |
| 1/6/2014 3:08 | 18aQub | PAYMENT RECEIVED | 10 Mining | 2318dfboaaabc32be370ead66d15926d1b7b2532fe97ca0034000b92f279ba6a4 |
| 1/18/2014 4:08 | 18aQub | PAYMENT RECEIVED | 10 Mining | 25acb2a2bd5964f9e9d86023d6da6c3763e4acbca93d7170b5b55347e8a4c6 |
| 1/14/2014 18:08 | 18aQub | PAYMENT RECEIVED | 10 Mining | 26c9eedc031d25b8b6364a66dfa11dc1f6f881802f950eb4d6653b560a4906d |
| 1/9/2014 23:35 | 18aQub | PAYMENT RECEIVED | 10 Mining | 27008970ded05a7cea7f6d9a94a395600533a424711205526e0062ba2a4fa9 |
| 1/6/2014 7:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 273109bf1951ed7310859118c21efb5175701d495179fb779293e60014331bab4 |
| 1/28/2014 12:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 2755a4e64251f2657a51b311b3e7fdfba9f6d49a57d67e7eddf4ba6513bfae123 |
| 1/16/2014 19:15 | 18aQub | PAYMENT RECEIVED | 10 Mining | 27a3c6015be42f1881f04f90da1d44c8ad7e71d538f7a6c7e75068956552b22045 |
| 1/5/2014 4:08 | 18aQub | PAYMENT RECEIVED | 10 Mining | 291a576e9e70295a4652a521dee4a66c7ea25d5897fce182cd1f4ae37fcd5c33d |
| 1/27/2014 3:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 2a9aba655f0b840451106027a8fed5f0b9cbac283778b0f50c3a7e0dcbf5875 |
| 1/4/2014 1:08 | 18aQub | PAYMENT RECEIVED | 10 Mining | 2b3869b2da1712d12b9b7f312ee62f5154a4375f1c66578ba3c183b8a06a56d57e1 |
| 1/13/2014 3:09 | 18aQub | PAYMENT RECEIVED | 10 Mining | 2ca067cd612195 1cfc90c7aa9797eb7f2a730b0ee82f968ea298142cb6a9895 |
| 1/17/2014 22:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 2cb362a3a99ed275cd4526d53554dbd58e8464a0083242461b91068e8d210a7c3 |
| 1/16/2014 10:08 | 18aQub | PAYMENT RECEIVED | 10 Mining | 2da92fed220a3079bf1b33d0ccef15b7314d5d414dc300ad213abdd0a846d8 |
| 1/3/2014 11:24 | 18aQub | PAYMENT RECEIVED | 10 Mining | 2e41e36d52593febe5b47003a3d0fe1573ba5749e7e8fe699f8bd0112a42a756 |
| 1/21/2014 22:23 | 18aQub | PAYMENT RECEIVED | 10 Mining | 2e9801216017e787b4dc20428dc4ea3e39b80f2310e00ae4d73124e0b49a57 |
| 1/25/2014 20:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 2fb8446741241555dd043aaad2afa5fb93cb69aef08ed7fdc319f6c6fdcb7ba2e |
| 1/11/2014 17:09 | 18aQub | PAYMENT RECEIVED | 10 Mining | 3013b338966d50cc5604a15e17ecc7e2045a77b5a0b8c79a0ef79b7d27b6cd06 |
| 1/5/2014 19:12 | 18aQub | PAYMENT RECEIVED | 10 Mining | 3037263d0cb51cb345ca53816a6a0e05fae3933a84cb0bd6fd40fa70050b314 |
| 1/2/2014 14:09 | 18aQub | PAYMENT RECEIVED | 10 Mining | 32aae1b75bbd4af08e1d727e7ca1bb10f1ffda1cd59b7d6f7fac46f7cb93013 |
| 1/9/2014 15:08 | 18aQub | PAYMENT RECEIVED | 10 Mining | 332cc7d6f37c132eed6ef88a2e334ac71021805d9d3b6c66ed91d1417d00b3b8 |
| 1/4/2014 11:08 | 18aQub | PAYMENT RECEIVED | 10 Mining | 33e9cd6d9d18cc5cef5f7f7261abaa321b3beff0d9ebe1d3f46a3ba36e3e38 |
| 1/22/2014 2:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 350a5e0c87d7a757d7c3d530b3f06097f00cb19bc92aeea0e32545b26cb32ab1 |
| 1/11/2014 8:51 | 18aQub | PAYMENT RECEIVED | 10 Mining | 377a6de93683345def8656fc7b06f70434a6fceace643807d0e4f73406c9f149 |
| 1/31/2014 1:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 37e58439e48e94586741eecbc8ce2d85078bd4a577af06dcb201dd7c01a1e726 |
| 1/2/2014 2:08 | 18aQub | PAYMENT RECEIVED | 10 Mining | 39d3799f90cf8f52bba2c428090cd01aa41e859373d1342f9f5752ddc685f31 |
| 1/11/2014 14:08 | 18aQub | PAYMENT RECEIVED | 10 Mining | 3d1547503fa6ec0059f9fba0b48d295816607bebb743c18d9300937f9bae7b51 |
| 1/17/2014 2:09 | 18aQub | PAYMENT RECEIVED | 10 Mining | 3e50add3838ca0a405121755e962a1886103fc82754fdddcb9d9387b6c0c95e50 |
| 1/31/2014 17:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 3ee7d75c114d262ad729f42023339f39cf84e9043842ddf5cb59d885ee4c870fc |
| 1/25/2014 15:26 | 18aQub | PAYMENT RECEIVED | 10 Mining | 40f01d3a6ad9381fa6f29f218736b2b83a2e2bfac28866618aaeee2a7b7e53671 |
| 1/20/2014 5:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 41d4c0c0d619c0213d67faf9b2337f6c5cc98034206879cd1d318170f0f1845ac9036 |
| 1/3/2014 14:26 | 18aQub | PAYMENT RECEIVED | 10 Mining | 43a73d0d88b932cfac1eda9053b11ba8e6490a80a09d3bf8405e26ee666b6521 |
| 1/8/2014 6:33 | 18aQub | PAYMENT RECEIVED | 10 Mining | 45f22a443aed30d0a34ab53be22a61d0b5cd15883b9dced04957347116090abb8 |
| 1/13/2014 21:08 | 18aQub | PAYMENT RECEIVED | 10 Mining | 4bcb3d759d6374425382f6baed64a84d01799b21b2dc6f95579bb0820fe438 |
| 1/5/2014 6:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 4dae4e8dd363f42fc228257fdb77ac906bee50a36daaaaff0a3c6fb502fbaa4847 |
| 1/26/2014 13:41 | 18aQub | PAYMENT RECEIVED | 10 Mining | 4e20b623cb91e8a1de44e6e02d6eab809e0ceceee3a6e1099af98083ec00ad2e |
| 1/13/2014 0:14 | 18aQub | PAYMENT RECEIVED | 10 Mining | 4ef2f4e0cf319640cbc014c981d8a39c0d0f533e516dae8aec60f00299c0991 |
| 1/20/2014 8:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 502bd0542f91e04b0d0850c1e172ef3b36d0b2b0cb81fd80a10180f40f030ee65bd7a2f080 |
| 1/28/2014 17:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 50ab8bd5c1b3eee3b32a4e41790f8ed1369958b6b0675820d025e08d4dd0ebb23 |
| 1/19/2014 14:46 | 18aQub | PAYMENT RECEIVED | 10 Mining | 5122687b0f2737ae56a1df6feb88d0d5ed0b04d98bc6f8de032e8255b14a4e3 |
| 1/15/2014 23:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 5436705a07cee61919c832c40c8542cde47867f005cb3c3c193206a3a43e7a70 |
| 1/26/2014 17:44 | 18aQub | PAYMENT RECEIVED | 10 Mining | 5446d95963a6d07f1b650f5c5c94739d42a06f193607799427412680570f0523 |
| 1/15/2014 8:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 556ef880f287210e645ed2acc6fa3b14fef07ae120e73506f2ea44c7b5 |
| 1/5/2014 8:15 | 18aQub | PAYMENT RECEIVED | 10 Mining | 571666b5131e954903d146ed0d02286d6bb31b722b66eddf200061fdcdeac077 |
| 1/27/2014 15:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 593a3fea577306bdf5c482d3a29d2ffb26d1de61fbefd5aac2e4e66d9c046 |
| 1/7/2014 1:17 | 18aQub | PAYMENT RECEIVED | 10 Mining | 5a2c0a8a32d7a04d7484347 2cfbfa7f495d651df9080201371748c54e697 |
| 1/30/2014 21:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 5a70e4cbf7e042bbb4fb32cec0b7a3a5d81fe6eed06cd1e522c6e9f9cb68195 |

| Date/Time | Amount | Type | Mining | Hash |
|---|---|---|---|---|
| 1/20/2014 12:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 5e136d59d11def1b89edd5d3ba4c6e7a5ef9253b51ccc5ff93457c2b70809e4 |
| 1/23/2014 14:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 609d9ed22a161e63bf849ee935ee6a349437dfd0385d19ffceb1d23a097b239 |
| 1/30/2014 16:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 61047c1f5790900f2fcf9aea739cbdcb11e3a8c744b5442966a3356e1a97f368 |
| 1/25/2014 23:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 611073a68a4d7cf5b915c900ae711bef3d42d5fb21be6da6d40789fda5a287a |
| 1/29/2014 1:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 647120465cf78a47580bf0731927533ed1767055d3850919105025a32c1 |
| 1/1/2014 7:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 67b03b94ffe72f7bf51b0709dac5deaf2b552b3f1bb1a0a5d0a63df55f71a39 |
| 1/1/2014 22:33 | 18aQub | PAYMENT RECEIVED | 10 Mining | 68c423fd15d411f2be60400fa61ed40d0d8bdc0fd6e1d45d9b967290d9137f1a |
| 1/13/2014 8:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 69e6b774ffaabd34e2c461f3312cbd58b8a97e4e29b2f074fbd2868f7dfe940a5 |
| 1/18/2014 1:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 6a3d434fbbd5f3503444fea310e27b87024150647025285e9d5861cedcec |
| 1/21/2014 18:21 | 18aQub | PAYMENT RECEIVED | 10 Mining | 6b6b0f24afb27f6d89ba6e0d7e64d4cec594153a2dd0ce0dce763577f57bb49 |
| 1/3/2014 1:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 6cb25e608d6fc91fbd444d79d05fd3ee0b7b5587e6d4e99009eea9fe5a0 |
| 1/22/2014 6:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 70b70474b3b11be1444ba83246194950f0f4960dbdcd1f07edcb71d5277e7e274 |
| 1/20/2014 18:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 71123112a5320854e6df555600d2e23faa603fadfcfafcfca0d66583f2f5027933a3 |
| 1/19/2014 4:38 | 18aQub | PAYMENT RECEIVED | 10 Mining | 71143505f84e2c42a8d183080e190f4f782e429ce15b2ad77147dcf6b5352 |
| 1/28/2014 1:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 714352895e1e0bab7803fe10ef8d0eb4bac3e285ce6c40776aa10e6b32b6259f4 |
| 1/10/2014 21:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 71feea2c15b6d2011d210a71819e9ff743545723476663d2ce519bf5536ce4a4 |
| 1/22/2014 20:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 739029a4e8f7fb010acc2747ceb7eafbf990e90f0d7cfd131a81068644445a |
| 1/8/2014 17:14 | 18aQub | PAYMENT RECEIVED | 10 Mining | 7375f7b4d9bd0c2a349d4242132fb1bd98ec284c7eb770e4f8e1545e2eedef1f06 |
| 1/2/2014 11:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 78b85ee40fae3bf0d972c9f39cbe155a73351c0ed5c3df64d0a48e4eca81577 |
| 1/5/2014 31:17 | 18aQub | PAYMENT RECEIVED | 10 Mining | 7937d83cf5b1804e090d0120b3f1a946d4d4d4a62e3101228f32ba52ac205 |
| 1/25/2014 5:19 | 18aQub | PAYMENT RECEIVED | 10 Mining | 7e019219fd86d5b1e0bbf376217fSa16cbb380ebcecc17e2a4335e47e4b82d |
| 1/6/2014 1:09 | 18aQub | PAYMENT RECEIVED | 10 Mining | 7eb52e7891fe21bb3e1459d106cb7d5f7561e3e5d976d3 e3491d7219a23da581c |
| 1/30/2014 6:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 7b3668eee21a2867cccd1063d44fe1a60d69117b64e9fdbd0ebaa7ed6920b95 |
| 1/25/2014 19:28 | 18aQub | PAYMENT RECEIVED | 10 Mining | 7bac15ece3dbed31caf73434c286df1eecc9027522231fc0e2a33bb36be12a4d8 |
| 1/12/2014 17:22 | 18aQub | PAYMENT RECEIVED | 10 Mining | 7c561027454ef5b317e272c2d35f5ad2c528980c7e0cb7f63eef91d789a9fedd |
| 1/1/2014 8:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 7cee1a31081a0015c33ed398069c3d2303cc5a2dd117a79bca64c2df0a09021 |
| 1/19/2014 0:36 | 18aQub | PAYMENT RECEIVED | 10 Mining | 7d4eb9f3e0c17c8420afa5074cec704d4a460e0353ae083bb0b975ed6d97a |
| 1/31/2014 9:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 7e1cd1bd53e9bc0fea24174459043e479b0d55ddf0f82097c379f1015d5c1c |
| 1/15/2014 16:09 | 18aQub | PAYMENT RECEIVED | 10 Mining | 7e72286457e0f851b79b19a104b2e3c0f19f6d8aa9d9afde429b180fd1fa62223d |
| 1/6/2014 19:14 | 18aQub | PAYMENT RECEIVED | 10 Mining | 803f6d660dc2585ab77b64aaeddef5sfd3937684e9ca5b0944 3cc932734876 |
| 1/6/2014 16:12 | 18aQub | PAYMENT RECEIVED | 10 Mining | 80456cf47ed2d7a57e07c113f34d35d8b41b1d4f9ff25dccc1b45d6b5512f13 |
| 1/13/2014 19:22 | 18aQub | PAYMENT RECEIVED | 10 Mining | 80599e5341b39588a3b71b179c939891087e17806a1c24a5bb3145c4d0325809 |
| 1/9/2014 19:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 8219bf639a96c224d9f5396e15e1a513497027024d2a7fb439ab188aa39727cfe |
| 1/27/2014 11:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 8525c43cdca33818e31f7225f971df8c4f e7aabc759cb2d959672S4e678e14 |
| 1/15/2014 19:09 | 18aQub | PAYMENT RECEIVED | 10 Mining | 8545a0f75b015665&ad93ee7ff976a4960a49443587005a7a1fd3fd20ed22981 |
| 1/24/2014 14:08 | 18aQub | PAYMENT RECEIVED | 10 Mining | 87f60b060d3385b73214f342054340316d891895eb51f31f11fcdf4ae38baad3 |
| 1/6/2014 12:10 | 18aQub | PAYMENT RECEIVED | 10 Mining | 88115e909786871Scffcd7a620d00b4de6ffa73af979acdaae0da3c8a4077f79 |
| 1/26/2014 5:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 89d237519516402bf266a512322dd66fa312a9a84e072Sacb280ad0d553b |
| 1/24/2014 11:06 | 18aQub | PAYMENT RECEIVED | 10 Mining | 8d9f4a5d5ed94f168296e3e66269d1044ff33c90ff252f036661e4452792f7 |
| 1/1/2014 1:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 9190c1200816822dcbb83a24b81009133da891d6c318d8a99ee8ea39ff41a9b |
| 1/20/2014 2:29 | 18aQub | PAYMENT RECEIVED | 10 Mining | 93eea890b9b464247903d5373e0f7950cce571eb916e2a31f11552fbb2a39 |
| 1/12/2014 3:14 | 18aQub | PAYMENT RECEIVED | 10 Mining | 9426f619b3534591cb11679de22a3af3a655c797211452609029a7f18d1b0c6 |
| 1/15/2014 8:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 9595e9fe8b762d3942e6171625be8bb3f4208299 3d1beeb3 28d49c427abe826 |
| 1/1/2014 12:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 960dec17aa30571f5436d0b6e5703f1bb7d4dcec4fd81a150089fa2a2b4 |
| 1/23/2014 19:33 | 18aQub | PAYMENT RECEIVED | 10 Mining | 985d6d8ecd6ab77d542a12a154f34fcec93f84a33877fc57eed6a66e9b1 |
| 1/15/2014 2:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 9959a1fd850b334e666c9c6ce951474d332397fb76b94376de25f5a3a92163f |
| 1/8/2014 11:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | 9a76d2a1d7a8b3b0ce60a0b36477932e4636c75ef614de5e6295833cd5c1f1b59 |
| 1/14/2014 22:08 | 18aQub | PAYMENT RECEIVED | 10 Mining | 9afa242ee1b1bd83a2be1f25e94e6186835f9 1fb6b76d22be53c07d25d23af37 |
| 1/4/2014 23:11 | 18aQub | PAYMENT RECEIVED | 10 Mining | 9d7daf1c29526b2e38223300e37fd53d58d2c0f774e5c3b799634061a442ba03 |
| 1/10/2014 1:08 | 18aQub | PAYMENT RECEIVED | 10 Mining | 9eb315e557cc65abab33c563672Da8409218f91fb5734eb3fdeca585527e4d |
| 1/6/2014 22:15 | 18aQub | PAYMENT RECEIVED | 10 Mining | a0ffcbd145bd44d502c63c3d00a409fb7fe0cdd36d565a3ba7be1c13306a3326fa |
| 1/29/2014 14:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | a10b9d923c71a202880dedd3911322ee21063eceec4d7e43ba6313ee6e3e2d24 |
| 1/31/2014 22:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | a2c2b237b3e67243bd7d2b2774564f9b68a5a3c999cdd207e87854fada4dcc2005 |
| 1/4/2014 13:16 | 18aQub | PAYMENT RECEIVED | 10 Mining | a3e9e1b0d00563f24e09fb7f0af0e0f57f0a366796a661bed1021b10bd7a0366754510a93 |
| 1/5/2014 10:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | a3e9ee1b0c767fb106b0584549a9799833bd09be5f027eb51d2bea24257dc78 |
| 1/7/2014 4:19 | 18aQub | PAYMENT RECEIVED | 10 Mining | a4f8fa169be780eb1dcb8a7880bec1e2ed3d434f8af061fdd6337182e8fefafea3 |
| 1/14/2014 8:08 | 18aQub | PAYMENT RECEIVED | 10 Mining | a516de7b0f06b713bf4d4eef851e74a5e132416f7ecabc11e6507aae29032a4be |
| 1/29/2014 4:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | a5df9a4920607fceeee5d896d69170400f8b061a3f73e9f0a1bbba3cb0827da5 |
| 1/31/2014 13:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | a8fbc86d b600ff0ba0a656e589e4d4f681c764a59e12a8249d0d0fadaea17f479 |
| 1/13/2014 6:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | abee740f59f80461b20dda16ba14ee253d6d6765e4c84c63ef37b697092095a3a |
| 1/17/2014 6:25 | 18aQub | PAYMENT RECEIVED | 10 Mining | ac0ca6dc22cd27da7d3a9ed2cb78d0d6c75620186ffb2ba8ed2cdf381dc647 |
| 1/29/2014 23:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | ad66e3aedfbd504696aa5e26e9335d1895583b26cf6a6c9004d26680a79b05 |
| 1/9/2014 5:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | aed10f3eee2f98566baaa644908 3e14eec105a0d7bcdddddd2f0a6d5a2f952 3b14a |
| 1/12/2014 12:19 | 18aQub | PAYMENT RECEIVED | 10 Mining | ad79e36d581ef736adcdc55528f1e4fdcd057f640d5fb262df1d1fdf4634eaf7S |
| 1/23/2014 1:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | ae627043fa365ae368a550ff6aeaeeaca9ce1ef559b2a735b299dafacfbae1d93 |
| 1/10/2014 10:37 | 18aQub | PAYMENT RECEIVED | 10 Mining | b0007cb2f7dff86ac041e035a73958 1fd7cd9a9 deb514d7e99da9657e29bbe82 |
| 1/13/2014 15:08 | 18aQub | PAYMENT RECEIVED | 10 Mining | b117a94edf314d1d2cad0b4c4145e2ea3330f36f96f589 1513b3954173d115d5 |
| 1/28/2014 6:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | b4a1c7522c206c3924dd0fd347f9947969006348170b2354798b4ccfbae3473 |
| 1/1/2014 18:08 | 18aQub | PAYMENT RECEIVED | 10 Mining | b4c1d8bf98cd42Bb3d2834e9a5500554eba6d3ee84f10e9cc3ea73c52acda7054 |
| 1/24/2014 8:04 | 18aQub | PAYMENT RECEIVED | 10 Mining | b5e2bfbd336a200183a30cfbd611247399afbe06825c9dcba41d36b60f115192 |
| 1/15/2014 11:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | b9be9e90172cbf429f3ebc242431006d71a3094b3d1d40d4d3ee4d1a1370d2eb |
| 1/11/2014 21:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | ba781a066d6a83631f5d78363ed2fc7c0a608ed5544a0f9240 3ec4a622956b |
| 1/7/2014 8:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | bc3b67f83b666efa6569fa50f29e1d3c6c62615b01f85be9300984601692461c |
| 1/12/2014 7:15 | 18aQub | PAYMENT RECEIVED | 10 Mining | bd874a7562bdce96e521213e13479476551606a2dcd09ef952ee397 3fe6f75Sa |
| 1/2/2014 5:39 | 18aQub | PAYMENT RECEIVED | 10 Mining | be1209b9b67dc2239e430 3cb73295da5a953403e60edd1b14d43ebaf5ff6e414 |
| 1/7/2014 12:24 | 18aQub | PAYMENT RECEIVED | 10 Mining | bf7a8c6458dec722aa0a90f9dd5d582fca0d10e9ee172e292b26fb1b21d151 |
| 1/16/2014 13:11 | 18aQub | PAYMENT RECEIVED | 10 Mining | c2054d3cae8c66a47cedadd5ed605f80ae9a9 12fe7b15a681d3a69f96d154de73 |
| 1/20/2014 2:25 | 18aQub | PAYMENT RECEIVED | 10 Mining | c317933f6d12c145da78a3a1ec0f9440beacea185Sc7c50cddefa3e62d819b |
| 1/17/2014 12:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | c60ed728fbb0697d8fa455566401a65aef5799cf0d5c57d9eddeb3b2b8fa9f3e4 |
| 1/12/2014 23:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | c6288 2ca9cef72eb0b5041747057c3757c5c3b33be47617253ace6099fe8 |
| 1/7/2014 14:22 | 18aQub | PAYMENT RECEIVED | 10 Mining | c77ff5e14a6037084ee8f99418d2ef0e9c122054bca2e6b9cb0c6904b0fb3f |
| 1/2/2014 19:11 | 18aQub | PAYMENT RECEIVED | 10 Mining | c97541b67cca6f3232c60d7aa1b4364d672a332d20b4ab81f9ca517e788e7e8b5 |
| 1/9/2014 8:08 | 18aQub | PAYMENT RECEIVED | 10 Mining | ce71028c927988650b312e3c2aab7e6e740900481be6132a5f01855a8c3e2f |
| 1/3/2014 21:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | ce5b78c6b118642 7e6b3ec70d3b1b35c835f3385de6f5cc55506c3ccd7daf25a3 |
| 1/21/2014 10:15 | 18aQub | PAYMENT RECEIVED | 10 Mining | cd948e725383c7bd7926a90755442eacec9f71bc157c8f138f00e27cea9bd |
| 1/19/2014 7:35 | 18aQub | PAYMENT RECEIVED | 10 Mining | d1fd72f7e4fac207af08093ca767b542819e492b3f2fc1fb76bfb3a8f7f6 |
| 1/26/2014 15:05 | 18aQub | PAYMENT RECEIVED | 10 Mining | d3ba3 77a63a1560b93f70e0069de30ade749a9df29ba9797e336a5f0d a9e6 |
| 1/13/2014 20:08 | 18aQub | PAYMENT RECEIVED | 10 Mining | d4100 2b63375c52649829e3f25544c853cd33b3383ce931 a2346cd72b06d3b6 |
| 1/4/2014 4:08 | 18aQub | PAYMENT RECEIVED | 10 Mining | d519cd2a34eca21cb0c706 2dea4b79f747955d34e181667feae29cd3d34747979 |
| 1/18/2014 11:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | d70445dc13ff6cb2006c08acba9df3e3a2e16f330a26b2e57e9dd7c4e9c6b9e |
| 1/5/2014 15:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | d9e41e40a7047e2082d8e249a1a3d85815c74 2cbd04f400893557171d61d9 |
| 1/19/2014 11:43 | 18aQub | PAYMENT RECEIVED | 10 Mining | da4850b9 3e0b134384b5ced644dcf731d2b5f1a1b3e1b7ae4f27b7bb255a786 |
| 1/23/2014 4:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | dbb1e77e3d20a0cdcd0c6803 2cd7f5211b6048 3a19009aa932a06d060a03835 |
| 1/2/2014 1:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | dc27b110e7f73b6b56fa37a61a39583b18f28f392f20336631c6fde0c8c808 |
| 1/19/2014 16:08 | 18aQub | PAYMENT RECEIVED | 10 Mining | dd18dd4516787d58a9913e465358426234f8c85d1196664eab5f22b6f0dea315 |
| 1/10/2014 17:42 | 18aQub | PAYMENT RECEIVED | 10 Mining | de34e83ae7e9880b09833d9966 1ee42f46a64383 1fdb2a4e4c09f78e6b1 |
| 1/17/2014 23:13 | 18aQub | PAYMENT RECEIVED | 10 Mining | e107a45a5f6b79aeed46c672 12ea2ae6e06 7adch0d39fe1f17284447b451 |
| 1/14/2014 14:29 | 18aQub | PAYMENT RECEIVED | 10 Mining | eb6c2ef6cdf93338a93eaad3e4a51a4e1bda1e1b5fb0b7f8a9b66dd6e5691e999 |
| 1/21/2014 14:18 | 18aQub | PAYMENT RECEIVED | 10 Mining | e89a11ad929 12b2620d9bb3d001c62c777aff8e70f7b5793887e7de4861c116f |
| 1/2/2014 6:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | eac985e9744aaabd4fdc092326bc167ee3ddfb283ebf03374d543a5408253965 |
| 1/29/2014 10:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | eedc0f44495093 7fd1a222bbd1135c1ec64929f9c3585fae007701535ef104dc |
| 1/5/2014 23:08 | 18aQub | PAYMENT RECEIVED | 10 Mining | eeff0a1a5c5e644e29c5f637 3ed25 7a133e1b67e766e6d44b77fdd24a40da49cbd |
| 1/16/2014 3:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | ee3e666d02201f6fb78796f7ffd0bb1d508b312b04628e6ea7551a020c789a0a |
| 1/26/2014 18:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | efa71287c79e0dbaa684a31f7ec1447 8e704f79c30f0f0a26194764f10f8a7ed |
| 1/4/2014 4:12 | 18aQub | PAYMENT RECEIVED | 10 Mining | f20b6a39fa2d3a3e657c5d646a3907e60deec16d01566de858f7e50250eec0b2 |
| 1/13/2014 19:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | f5c3c3ee3fdda9c003f9850 d45a07850ea90febf76d361deda2d7e1f4e6ce0d19 |
| 1/8/2014 9:08 | 18aQub | PAYMENT RECEIVED | 10 Mining | f780ade38ecbb616e9 9c60a1dcda5712d955537f210a79bfb6f654cce4d452b57 |

| 1/21/2014 3:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | f7b6ebf9faf5426d66805903a2fc2c1bf79b81d7e193059142ee6701fc31c72a |
| 1/22/2014 9:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | fa258896e70566d7d11d00da4c3728a8d294946309d8b87dd6b1a884fa209819d |
| 1/1/2014 5:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | fa2f8e10edfd0143d3d38d58d688e74782a7b5e7f6d8a8495d94b9e02d9dc5261b |
| 1/4/2014 20:09 | 18aQub | PAYMENT RECEIVED | 10 Mining | fc1bee8c8b9082b0d3b2484081d012d0e9ecaed4921401847affbd85b04377 |
| 1/27/2014 21:07 | 18aQub | PAYMENT RECEIVED | 10 Mining | fc777e886d459f4cbc21860a29882e43d4a768155eeb7fc2f8c78074b0906aff |
| 1/10/2014 23:08 | 18aQub | PAYMENT RECEIVED | 10 Mining | fcc50ccb15e614be3620bbffb596396f888986e92c8a5d2aed592469e6a93b6a |

1,780.00000000

## UST-14, SUMMARY OF DISBURSEMENTS (contd.)

### Payments on Pre-Petition Unsecured Debt (requires court approval)

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month on pre-petition unsecured debt?      Yes ❑  No ☑      If "Yes", list each payment.

| Payee's name | Nature of payment | Payment date | Payment amount | Date of court approval |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Payments to Attorneys and Other Professionals (requires court approval)

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to a professional such as an attorney, accountant, realtor, appraiser, auctioneer, business consultant, or other professional person?      Yes ❑  No ☑
If "Yes", list each payment.

| Professional's name | Type of work performed | Payment date | Payment amount | Date of court approval |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Payments to an Officer, Director, Partner, or Other Insider of The Debtor

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to an officer, director, partner, or other insider of the debtor?      Yes ❑  No ☑      If "Yes", list each payment.

| Payee's name | Relationship to debtor | Payment date | Payment amount | Purpose of payment |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**INSTRUCTIONS:** Use the last column to describe the purpose of each payment, such as gross wages or salary, reimbursement for business expenses, loan repayment, advance, draw, bonus, dividend, stock distribution, or other reason for the payment(explain).

Case 13-19746-KAO    Doc 122    Filed 02/14/14    Ent. 02/14/14 14:50:41    Pg. 12 of 21

## UST-15, STATEMENT OF AGED RECEIVABLES

**INSTRUCTIONS:** Complete all portions of UST-15, STATEMENT OF AGED RECEIVABLES, unless the debtor asserts the following two statements are true for this reporting month:

1) At the beginning of the reporting month, the debtor did not have any uncollected receivables from prior months which includes both pre-petition and post-petition accounts receivable; and,

2) During the reporting month, the debtor did not have any receivables activity, including the accrual of new accounts receivable, or the collection or writeoff of accounts receivable from prior months.

Check here ☑ if the debtor asserts that both statements are correct and skip to UST-16, STATEMENT OF POST-PETITION PAYABLES, on the next page.

### Accounts Receivable Aging

| | Balance at month end | Current portion | Past due 31-60 days | Past due 61-90 days | Past due over 90 days | Uncollectible receivables |
|---|---|---|---|---|---|---|
| Pre-petition receivables | | | | | | |
| Post-petition receivables | | | | | | |
| TOTALS | | | | | | |

Explain what efforts the debtor made during this reporting month to collect receivables over 60 days past due.

Does the debtor have any accounts receivable due from an officer, director, partner, or other insider of the debtor? **If yes, explain.**

### Accounts Receivable Reconciliation

| | |
|---|---|
| Closing balance from prior month | |
| New accounts receivable added this month | |
| Subtotal | |
| Less accounts receivable collected | |
| Closing balance for current month | |

Case 13-19746-KAO   Doc 122   Filed 02/14/14   Ent. 02/14/14 14:50:41   Pg. 13 of 21

### UST-16, STATEMENT OF POST-PETITION PAYABLES
### PART A - TAXES

INSTRUCTIONS:   Complete both pages of PART A - TAXES unless the debtor asserts the following statement is true for this reporting month:

> At the end of this reporting month, the debtor did not have any unpaid post-petition taxes which includes both current and delinquent tax obligations.

Check here ☑ if the debtor asserts the statement is correct, and skip to PART B - OTHER PAYABLES on Page 10.

## Reconciliation of Unpaid Post-Petition Taxes

| Type of tax | (1) Unpaid post-petition taxes from prior reporting month | (2) Post-petition taxes accrued this month (new obligations) | (3) Post-petition tax payments made this reporting month | (4) Unpaid post-petition taxes at end of reporting month (Column 1+2-3 = 4) |
|---|---|---|---|---|
| **Federal Taxes** | | | | |
| Employee withholding taxes | | | | |
| FICA/Medicare--Employee | | | | |
| FICA/Medicare--Employer | | | | |
| Unemployment | | | | |
| **State Taxes** | | | | |
| Dept. of Revenue | | | | |
| Dept. of Labor & Industries | | | | |
| Empl. Security Dept. | | | | |
| **Other Taxes** | | | | |
| Local city/county | | | | |
| Gambling | | | | |
| Personal property | | | | |
| Real property | | | | |
| Other | | | | |
| Total Unpaid Post-Petition Taxes | | | | $ |

Case 13-19746-KAO    Doc 122    Filed 02/14/14    Ent. 02/14/14 14:50:41    Pg. 14 of 21

## UST-16, STATEMENT OF POST-PETITION PAYABLES
## PART A - TAXES (contd.)

**Delinquent Tax Reports and Tax Payments (post-petition only)**

| Taxing agency | Tax reporting period | Report due date | Payment due date | Amount due |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Explain the reason for any delinquent tax reports or tax payments:

Case 13-19746-KAO    Doc 122    Filed 02/14/14    Ent. 02/14/14 14:50:41    Pg. 15 of 21

## UST-16, STATEMENT OF POST-PETITION PAYABLES
### PART B - OTHER PAYABLES

**INSTRUCTIONS:** Complete both pages of PART B - OTHER PAYABLES unless the debtor asserts that this statement is true for this reporting month:

> Except for taxes and professional fees disclosed in PART A and PART C of this report, respectively, the debtor has no other unpaid post-petition payables from the current reporting month, or from any prior reporting months.

Check here ☐ if the debtor asserts the statement is correct, and skip to PART C - ESTIMATED PROFESSIONAL FEES on Page 12.

### Reconciliation of Post-Petition Payables (excluding taxes and professional fees)

| | |
|---|---|
| Closing balance from prior month | 331,055 |
| New payables added this month | 279,963 |
| Subtotal | 611,018 |
| Less payments made this month | 0 |
| Closing balance for this reporting month | $ 611,018 |

### Breakdown of Closing Balance by Age

| | |
|---|---|
| Current portion | 279,963 |
| Past due 1-30 days | 304,447 |
| Past due 31-60 days | 26,608 |
| Past due 61-90 days | |
| Past due over 90 days | |
| Total | $ 611,018 |

For accounts payable more than 30 days past due, explain why payment has not been made:

Alydian was instructed by the Court not to pay any invoices to CoinLab without Court approval. As CoinLab was the only Alydian vendor, no disbursements were made this period. CoinLab pays all Alydian operating expenses and bills Alydian bi-monthly.

## UST-16, STATEMENT OF POST-PETITION PAYABLES
## PART B - OTHER PAYABLES (contd.)

**INSTRUCTIONS:** List each post-petition payable delinquent more than 30 days. Alternatively, attach the debtor's accounts payable aging report if the report: 1) clearly separates pre-and post-petition accounts payable, and, 2) identifies each delinquent payable by vendor's name, invoice date, invoice amount, and payment due date.

### Delinquent Post-Petition Payables (excluding taxes and professional fees)

| Vendor name | Invoice date | Invoice amount | Payment due date |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## UST-16, STATEMENT OF POST-PETITION PAYABLES
## PART C - ESTIMATED PROFESSIONAL FEES

**INSTRUCTIONS:** Report only post-petition professional fees and expenses. To the extent possible, use billing statements to report the actual amounts due. If billing statements are not available, use the best information available to estimate the fees and costs.

| Type of professional | Amount of retainer (if applicable) | Fees and expenses from prior months | Fees and expenses added this month | Total estimated fees and expenses at month end |
|---|---|---|---|---|
| Debtor's counsel | $ 11,046 | $ 60,454 | $21,713 | $ 82,167 |
| Debtor's accountant | $ 16,000 | $ 1,000 | $ 6,031 | $ 7,031 |
| Debtor's other professional (explain) | | | | |
| Trustee's counsel | | | | |
| Creditors' Committee Counsel | | | | |
| Creditors' Committee other | | | | |
| Total estimated post-petition professional fees and costs | | | | $ $89,198 |

Case 13-19746-KAO    Doc 122    Filed 02/14/14    Ent. 02/14/14 14:50:41    Pg. 18 of 21

## UST-17, OTHER INFORMATION

**INSTRUCTIONS:** Answer each question fully and attach additional sheets if necessary to provide a complete response.

| | Yes | No |
|---|---|---|
| **Question 1 - Sale or Abandonment of the Debtor's Assets.** Did the debtor, or another party on behalf of the debtor, sell, transfer, or otherwise dispose of any of the debtor's assets during the reporting month? Include only sales out of the ordinary course. *The debtor must attach an escrow statement for each sale of real property and an auctioneer's report for each auction.* | ☐ | ☑ |

| Asset Description | Date of Court Approval | Method of Disposition | Gross Sales Price | Net Proceeds Received (&Date) | Escrow Statement or Auctioneers Report Attached? |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| | | Total _____ | | | |

**Any disbursements made from escrow or trust accounts from the proceeds of the above transactions should also be included on the line of UST-14 entitled "Disbursements from sales out of the ordinary course."**

| | Yes | No |
|---|---|---|
| **Question 2 - Financing.** During the reporting month, did the debtor receive any funds from an outside funding source? | ☐ | ☑ |

| Date of Court Approval | Amount | Source of funds | Date Received |
|---|---|---|---|
| | | | |
| | Total _____ | | |

| | Yes | No |
|---|---|---|
| **Question 3 - Insider Loans/Capital Contributions.** During the reporting month, did the debtor receive any funds from an officer, director, partner, or other insider of the debtor? | ☐ | ☑ |

| Date of Court Approval | Amount | Source of funds | Date Received |
|---|---|---|---|
| | | | |
| | Total _____ | | |

Case 13-19746-KAO    Doc 122    Filed 02/14/14    Ent. 02/14/14 14:50:41    Pg. 19 of 21

## UST-17, OTHER INFORMATION

|  | Yes | No |
|---|---|---|
| **Question 4 - Insurance and Bond Coverage.** Did the debtor renew, modify, or replace any insurance policies during this reporting month? | ☐ | ☑ |

**Renewals:**

| Provider | New Premium | Is a Copy Attached to this Report? |
|---|---|---|

**Changes:**

| Provider | New Premium | Is a Copy Attached to this Report? |
|---|---|---|

|  | Yes | No |
|---|---|---|
| Were any insurance policies canceled or otherwise terminated for any reason during the reporting month? **If yes, explain.** | ☐ | ☑ |
| Were any claims made during this reporting month against the debtor's bond? (Answer "No" if the debtor is not required to have a bond. **If yes, explain.** | ☐ | ☑ |

**Question 5 - Personnel Changes.** Complete the following:

|  | Full-time | Part-time |
|---|---|---|
| Number of employees at beginning of month | | |
| Employees added | | |
| Employees resigned/terminated | | |
| Number employees at end of month | | |
| **Gross Monthly Payroll and Taxes** | $ | |

**Question 6 - Significant Events.** Explain any significant new developments during the reporting month.

**Question 7 - Case Progress.** Explain what progress the debtor made during the reporting month toward confirmation of a plan of reorganization.

The Debtor moved for a sale of assets under 11 USC Section 363. The motion was denied without prejudice to the Debtor refiling it subject to certain conditions. The motion has not been refiled.

The Court's scheduling for a plan and disclosure statement is March 11, 2014.

Case 13-19746-KAO    Doc 122    Filed 02/14/14    Ent. 02/14/14 14:50:41    Pg. 20 of 21

## STATUTORY FEE SCHEDULE

| If the debtor's disbursements for the calendar quarter are within these amounts. . . | | Then the quarterly fee due is. . . |
|---|---|---|
| **From** | **To** | |
| -0- | $14,999.99 | $325 |
| $15,000 | $74,999.99 | $650 |
| $75,000 | $149,999.99 | $975 |
| $150,000 | $224,999.99 | $1,625 |
| $225,000 | $299,999.99 | $1,950 |
| $300,000 | $999,999.99 | $4,875 |
| $1,000,000 | $1,999,999.99 | $6,500 |
| $2,000,000 | $2,999,999.99 | $9,750 |
| $3,000,000 | $4,999,999.99 | $10,400 |
| $5,000,000 | $14,999,999.99 | $13,000 |
| $15,000,000 | $29,999,999.99 | $20,000 |
| $30,000,000 or more | | $30,000 |

| Make check payable to:<br><br>**United States Trustee**<br><br>Mail quarterly fee payments to:<br><br>**US Trustee Program Payment Center**<br>**PO Box 530202**<br>**Atlanta, GA  30353-0202** | For calendar quarter ending. . . | A fee payment is due on. . . |
|---|---|---|
| | March 31 | April 30 |
| | June 30 | July 31 |
| | September 30 | October 31 |
| | December 31 | January 31 |

Send your payment and quarterly fee payment stub *ONLY*. Any disbursement stubs, monthly operating reports, correspondence, court notices, etc., sent to the lockbox **will be destroyed**.

### * * * NOTICE OF INTEREST ASSESSMENT * * *

Pursuant to 31 U.S.C. §3717, the United States Trustee Program will begin assessing interest on unpaid Chapter 11 quarterly fees charged in accordance with 28 U.S.C. §1930(a) effective October 1, 2007. The interest rate assessed is the rate in effect as determined by the Treasury Department at the time your account becomes past due.

---

**NOTICE**

DISCLOSURE OF INTENT TO USE TAXPAYER IDENTIFYING NUMBER FOR THE PURPOSE OF COLLECTING AND REPORTING DELINQUENT QUARTERLY FEES OWED TO THE UNITED STATES TRUSTEE PURSUANT TO 28 U.S.C. § 1930(a)(6)

Please be advised that, pursuant to the Debt Collection Improvements Act of 1996, Public Law 104-134, Title III, § 31001(i)(3)(A), 110 Stat. 1321-365, codified at 31 U.S.C. § 3701, the United States Trustee intends to use the debtor's Taxpayer Identification Number ("TIN") as reported by the debtor or debtor's counsel in connection with the chapter 11 bankruptcy proceedings for the purpose of collecting and reporting on any delinquent debt, including chapter 11 quarterly fees, that are owed to the United States Trustee.

The United States Trustee will provide the debtor's TIN to the Department of Treasury for its use in attempting to collect overdue debts. Treasury may take the following steps: (1) submit the debt to the Internal Revenue Service Offset Program so that the amount owed may be deducted from any payment made by the federal government to the debtor, including but not limited to tax refunds; (2) report the delinquency to credit reporting agencies; (3) send collection notices to the debtor; (4) engage private collection agencies to collect the debt; and, (5) engage the United States Attorney's office to sue for collection. Collection costs will be added to the total amount of the debt.