The Honorable Karen A. Overstreet
Chapter 11
Hearing Location: Seattle, WA, Room 7206
Hearing Date: February 28, 2014
Hearing Time: 9:30 a.m.
Response Date: February 21, 2014

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re:<br><br>CLI HOLDINGS, INC. dba ALYDIAN,<br><br>Debtor. | Case No. 13-19746-KAO<br><br>**DECLARATION OF SERVICE** |
|---|---|

I, JANE PEARSON, declare as follows:

1. I am a citizen of the United States of America, over eighteen years of age.

2. I make this declaration based upon my personal knowledge and am competent to testify to those facts.

3. I am an attorney at Foster Pepper PLLC, attorneys for CoinLab, Inc., a creditor and equity holder in this case.

4. On February 7, 2014, I caused to be served, by electronic filing, true and correct copies of the following:

    a. Motion to Dismiss Chapter 11 Case,

    b. Notice of Motion to Dismiss Chapter 11 Case,

    c. Declaration of Jane Pearson in Support of Motion to Dismiss Chapter 11 Case, and

DECLARATION OF SERVICE - 1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

51353500.2

Case 13-19746-KAO    Doc 124    Filed 02/20/14    Ent. 02/20/14 15:52:55    Pg. 1 of 6

d. [PROPOSED] Order Dismissing Case,

upon all parties registered with CM/ECF in this case.

5. Also on February 7, 2014, I personally deposited in the US Mail, postage-prepaid envelopes (for First Class Mail) containing true and correct copies of the following documents:

    a. Motion to Dismiss Chapter 11 Case,

    b. Notice of Motion to Dismiss Chapter 11 Case, and

    c. [PROPOSED] Order Dismissing Case,

upon all the parties listed on the service list attached hereto as Exhibit "A," except for the parties named in paragraph 6, below.

6. On February 10, 2014, I caused to be served by e-mail at the email addresses below, pdf copies of the following documents:

    a. Motion to Dismiss Chapter 11 Case,

    b. Notice of Motion to Dismiss Chapter 11 Case, and

    c. [PROPOSED] Order Dismissing Case,

upon the following parties whose physical delivery addresses are overseas:

Brian Cartmell
188 Quay Street, Level 27
Auckland CBD, New Zealand 1010
Email: brian@cartmell.co.nz

Sunshine Network Limited
Unit 5.27F 109 Argyle Street
Mongkok
Kowloon NT, Hong Kong
Peoples Republic of China
Email: roger@memorydealers.com

XRay Holdings Limited
188 Quay Street, Level 27
Auckland CBD, New Zealand 1010
Email: brian@cartmell.co.nz

DECLARATION OF SERVICE - 2

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

51353500.2

Case 13-19746-KAO    Doc 124    Filed 02/20/14    Ent. 02/20/14 15:52:55    Pg. 2 of 6

XRay Holdings LLC
188 Quay Street, Level 27
Auckland CBD, New Zealand 1010
Email: brian@cartmell.co.nz

I served the parties in this paragraph by email at these addresses after determining that this service was the most certain, and therefore, the best method for providing actual service to these parties. I obtained these email addresses from the Debtor, which advised me that it uses these email addresses, rather than the physical addresses, to send correspondence reliably to these parties. I did not receive any type of auto-reply to my emails that would indicate that they had not been received.

7. I make the foregoing statements under the penalty of perjury.

DATED this 20th day of February, 2014, at Seattle, Washington.

/s/ Jane Pearson
Jane Pearson

DECLARATION OF SERVICE - 3

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51353500.2

Case 13-19746-KAO    Doc 124    Filed 02/20/14    Ent. 02/20/14 15:52:55    Pg. 3 of 6

# EXHIBIT "A"

Label Matrix for local noticing
0981-2
Case 13-19746-KAO
Western District of Washington
Seattle
Fri Feb  7 15:27:54 PST 2014

CoinLab, Inc.
Foster Pepper PLLC
c/o Jane E. Pearson, Esq.
1111 Third Avenue
Suite 3400
Seattle, WA 98101-3299

Soule Investments, LLC
c/o Robert N. Amkraut
Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154-1065

Barry Silbert
5 East 22nd Street, PH - H
New York, NY 10010-5319

Bitvestment Partners LLC fka Dalsa Barbour L
Lane Powell PC
c/o Charles Ekberg, Esq.
1420 Fifth Avenue, Suite 4200
Seattle, WA 98101-2375

Coinlab, Inc.
900 Winslow Way East
Suite 100
Bainbridge Islan, WA 98110-2451

Joel Yarmon
2882 Sandhill Park
Menlo Park, CA 94025-7064

Peter Vessenes
7561 Emerald Way
Bainbridge Islan, WA 98110-2011

Robert F. Seidensticker III
909 Fifth Avenue, Suite 1901
Seattle, WA 98164-2038

Soule Investments LLC
5220 S Kimbark Avenue, Apt. 1
Chicago, IL 60615-4036

Bitvestment Partners LLC f/k/a Dalsa Barbour
c/o Charles R. Ekberg, Esq.
Lane Powell PC
1420 5th Ave, #4200
P.O. Box 91302
Seattle, WA 98111-9402

Keller Rohrback LLP
1201 3rd Ave #3200
Seattle, WA 98101-3052

U.S. Bankruptcy Court
700 Stewart St, Room 6301
Seattle, WA 98101-4441

Bitcoin Opportunity Fund LLC
5 E 22 St PH4
New York NY 10010-5315

~~Brian Cammell
188 Quay Street Level 27
Auckland CBD
New Zealand 1010~~

Dalsa Barbour LLC
315 West 36th Street, Apt. 18B
New York, NY 10018-6404

Joel Yarmon
840 K St #201
Anchorage AK 99501-3353

Peter Vessenes
7561 Emerald Way
Bainbridge Island WA 98110-2011

Securities & Exchange Comm
Attn: Bankruptcy Counsel
5670 Wilshire Blvd 11th Fl
Los Angeles CA 90036-5679

~~Sunshine Network Limited
Unit 5.27, 179 Argyle Street
Mongkok
KOWLOON WT, HONG KONG
PEOPLES REPUBLIC OF CHINA~~

CLI Holdings Inc
900 Winslow Way East, Suite 100
Bainbridge Island, WA 98110-2451

Soule Investments, LLC
c/o Jerry N. Stehlik
Bucknell Stehlik Sato & Stubner, LLP
2003 Western Avenue, Suite 400
Seattle, WA 98121-2142

BTC Holdings LLC
3350 Scott Blvd. Suite 32
Santa Clara, CA 95054-3118

Bitvestment Partners LLC
c/o Reyhani Nemirovsky LLP
200 Park Ave. 17th Floor
New York, NY 10166-0004

Christopher Koss
3614 Hunts Point Road
Bellevue, WA 98004-1114

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Jon Chin
14707 NE 44th Place, #Q-12
Bellevue, WA 98007-3195

Reyhani Nemirovsky LLP
200 Park Avenue, 17th Floor
New York, NY 10166-0004

Soule Investments
5220 S Kimbark Avenue, Apt. I
Chicago, IL 60615-4036

Timothy Draper Living Trust
2882 Sand Hill Road
Menlo Park, CA 94025-7064

| | | |
|---|---|---|
| Timotliy C. Draper LT<br>2882 Sandhill Park<br>Menlo Park, CA 94025-7064 | United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-4438 | WA Dept of Revenue<br>Bankruptcy Claims Unit<br>2101 4th Ave Ste 1400<br>Seattle WA 98121-2379 |
| ~~XRAY Holdings Limited<br>188 Quay Street, Level 27<br>Auckland CBD, New Zealand 1010~~ | ~~XRay Holdings LLC<br>188 Quay Street, Level 27<br>Auckland CBD, New Zealand 101~~ | Deirdre Glynn Levin<br>Keller Rohrback LLP<br>1201 Third Avenue #3200<br>Seattle, WA 98101-3052 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
PO Box 21126
Philadelphia PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Denali Financial Counsulting LLC

End of Label Matrix
Mailable recipients    35
Bypassed recipients     1
Total                  36