The Honorable Karen A. Overstreet
Chapter 11
Hearing Location: Seattle, WA, Room 7206
Hearing Date: February 28, 2014
Hearing Time: 9:30 a.m.
Response Date: February 21, 2014

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

CLI HOLDINGS, INC. dba ALYDIAN,

Debtor.

Case No. 13-19746-KAO

**DECLARATION OF NO OBJECTION**

I, JANE PEARSON, declare and state as follows:

1. I am an attorney at Foster Pepper PLLC, attorneys for CoinLab, Inc., a creditor and equity holder in this case.

2. On February 7, 2014, a copy of the Motion to Dismiss Chapter 11 Case, the Notice of Motion to Dismiss Chapter 11 Case, the Declaration of Jane Pearson in Support of Motion to Dismiss Chapter 11 Case, and the [PROPOSED] Order Dismissing Case, were served on all parties registered with ECF in this case.

3. Also, a copy of the Motion to Dismiss Chapter 11 Case, the Notice of Motion to Dismiss Chapter 11 Case, and the [PROPOSED] Order Dismissing Case, were served either by US Mail, postage prepaid (on February 7, 2013) or via email with a pdf attachment (on February 10, 2014) on all parties listed on the mailing matrix. A Declaration of Service was filed on February 20, 2014 [DE 124].

DECLARATION OF NO OBJECTION - 1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

51354312.1

Case 13-19746-KAO    Doc 125    Filed 02/24/14    Ent. 02/24/14 15:29:01    Pg. 1 of 2

4. The Notice of Motion to Dismiss Chapter 11 Case stated that if no written response was filed and served on the Court and the undersigned counsel for CoinLab, Inc. by February 21, 2014, the Court may grant the Motion to Dismiss Chapter 11 Case with no further notice. No response has been received or filed.

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 24th day of February, 2014.

FOSTER PEPPER PLLC

*/s/ Jane Pearson*
Jane Pearson, WSBA #12785
Attorneys for CoinLab, Inc.

DECLARATION OF NO OBJECTION - 2

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51354312.1

Case 13-19746-KAO    Doc 125    Filed 02/24/14    Ent. 02/24/14 15:29:01    Pg. 2 of 2