**Below is the Order of the Court.**

Karen A. Overstreet
U.S. Bankruptcy Judge
**(Dated as of Entered on Docket date above)**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

CLI HOLDINGS, INC. dba ALYDIAN,

Debtor.

Case No. 13-19746-KAO

ORDER DISMISSING CASE

This matter came on for hearing upon notice on the Motion to Dismiss Chapter 11 Case filed by CoinLab, Inc., a creditor and equity holder in this case, and the Court, having considered the motion and supporting declarations, any response to the motion, and the files and records herein, finds cause exists for dismissing this case, and that such dismissal is in the best interest of creditors and the estate; it is therefore

ORDERED that this case is dismissed.

/// END OF ORDER ///

Presented by:

FOSTER PEPPER PLLC

/s/ Jane Pearson
Jane Pearson, WSBA #12785
Attorneys for CoinLab, Inc.

ORDER DISMISSING CASE

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51351388.1