Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

Case No.: 13−19746−KAO
Chapter: 11

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  CLI Holdings Inc
  dba Alydian
  900 Winslow Way East, Suite 100
  Bainbridge Island, WA 98110

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:
  98−1138574

## NOTICE OF DISMISSAL

Notice is hereby given that an Order of Dismissal was entered in the above referenced case on **February 26, 2014 for CLI Holdings Inc, Debtor** Any unpaid fees in a dismissed case are due and owing to the Clerk of the Bankruptcy Court.

Dated: February 26, 2014

                                        Mark L. Hatcher
                                        Clerk, U.S. Bankruptcy Court