```
United States Bankruptcy Court
Western District of Washington
```

In re:                                                          Case No. 13-19746-KAO
CLI Holdings Inc                                                Chapter 11
      Debtor
## CERTIFICATE OF NOTICE

District/off: 0981-2          User: suyingl          Page 1 of 2          Date Rcvd: Feb 26, 2014
                     Form ID: ntcdsm         Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2014.

```
db           +CLI Holdings Inc,    900 Winslow Way East, Suite 100,     Bainbridge Island, WA 98110-2451
aty           Keller Rohrback LLP,    1201 3rd Ave #3200,     Seattle, WA  98101-3052
sr            Bitvestment Partners LLC f/k/a Dalsa Barbour LLC,    c/o Charles R. Ekberg, Esq.,    Lane Powell PC,
               1420 5th Ave, #4200,    P.O. Box 91302,     Seattle, WA  98111-9402
cr           +CoinLab, Inc.,    Foster Pepper PLLC,    c/o Jane E. Pearson, Esq.,    1111 Third Avenue,
               Suite 3400,    Seattle, WA 98101-3299
sr           +Soule Investments, LLC,    c/o Jerry N. Stehlik,    Bucknell Stehlik Sato & Stubner, LLP,
               2003 Western Avenue, Suite 400,    Seattle, WA 98121-2142
cr           +Soule Investments, LLC,    c/o Robert N. Amkraut,    Riddell Williams P.S.,
               1001 Fourth Avenue, Suite 4500,    Seattle, WA 98154-1065
954783367    +BTC Holdings LLC,    3350 Scott Blvd. Suite 32,    Santa Clara, CA 95054-3118
954813074    +Barry Silbert,    5 East 22nd Street, PH - H,    New York, NY 10010-5319
954783365    +Bitcoin Opportunity Fund LLC,    5 E 22 St PH4,    New York NY 10010-5315
954783366    +Bitvestment Partners LLC,    c/o Reyhani Nemirovsky LLP,    200 Park Ave. 17th Floor,
               New York, NY 10166-0004
954851946    +Bitvestment Partners LLC fka Dalsa Barbour LLC,    Lane Powell PC,    c/o Charles Ekberg, Esq.,
               1420 Fifth Avenue, Suite 4200,    Seattle, WA 98101-2375
954813075     Brian Cartmell,    188 Quay Street Level 27,    Auckland CBD,    New Zealand 1010
954783368    +Christopher Koss,    3614 Hunts Point Road,    Bellevue, WA 98004-1114
954783369    +Coinlab, Inc.,    900 Winslow Way East,    Suite 100,    Bainbridge Islan, WA 98110-2451
954783370    +Dalsa Barbour LLC,    315 West 36th Street, Apt. 18B,    New York, NY 10018-6404
954783373    +Joel Yarmon,    840 K St #201,    Anchorage AK 99501-3353
954813081    +Joel Yarmon,    2882 Sandhill Park,    Menlo Park, CA 94025-7064
954813082    +Jon Chin,    14707 NE 44th Place, #Q-12,    Bellevue, WA 98007-3195
954783374    +Peter Vessenes,    7561 Emerald Way,    Bainbridge Islan, WA 98110-2011
954813083    +Peter Vessenes,    7561 Emerald Way,    Bainbridge Island WA 98110-2011
954783073    +Reyhani Nemirovsky LLP,    200 Park Avenue, 17th Floor,    New York, NY 10166-0004
954813084    +Robert F. Seidensticker III,    909 Fifth Avenue, Suite 1901,    Seattle, WA 98164-2038
954783377    +Soule Investments,    5220 S Kimbark Avenue, Apt. I,    Chicago, IL 60615-4036
954813085    +Soule Investments LLC,    5220 S Kimbark Avenue, Apt. 1,    Chicago, IL 60615-4036
954813086     Sunshine Network Limited,    Unit 5.27F 109 Argyle Street,    Mongkok,    KOWLOON NT, HONG KONG,
               PEOPLES REPUBLIC OF CHINA
954813087    +Timothy Draper Living Trust,    2882 Sand Hill Road,    Menlo Park, CA 94025-7064
954783378    +Timotliy C. Draper LT,    2882 Sandhill Park,    Menlo Park, CA 94025-7064
954813088     XRAY Holdings Limited,    188 Quay Street, Level 27,    Auckland CBD, New Zealand 1010
954783379     XRay Holdings LLC,    188 Quay Street, Level 27,    Auckland CBD, New Zealand 101
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           EDI: WADEPREV.COM Feb 27 2014 00:28:00     State of Washington,    Department of Revenue,
               2101 4th Ave, Ste 1400,    Seattle, WA 98121-2300
954783372     EDI: IRS.COM Feb 27 2014 00:28:00     Internal Revenue Service,    PO Box 21126,
               Philadelphia PA 19114
954783376    +E-mail/Text: LAROBankruptcy@SEC.gov Feb 27 2014 00:32:13      Securities & Exchange Comm,
               Attn: Bankruptcy Counsel,    5670 Wilshire Blvd 11th Fl,    Los Angeles CA 90036-5679
954783371    +EDI: WADEPREV.COM Feb 27 2014 00:28:00     WA Dept of Revenue,    Bankruptcy Claims Unit,
               2101 4th Ave Ste 1400,    Seattle WA 98121-2379
                                                                                               TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc           Denali Financial Counsulting LLC
                                                                                TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2014                                    Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2014 at the address(es) listed below:

      Bryan Reyhani   on behalf of Special Request   Bitvestment Partners LLC f/k/a Dalsa Barbour LLC bryan@rnlawfirm.com, breyhani@gmail.com
      Charles R Ekberg   on behalf of Special Request   Bitvestment Partners LLC f/k/a Dalsa Barbour LLC ekbergc@lanepowell.com, Docketing-Sea@lanepowell.com
      Deirdre Glynn Levin   on behalf of Debtor   CLI Holdings Inc dglynnlevin@kellerrohrback.com, dmarshall@kellerrohrback.com;kengle@kellerrohrback.com
      Jane E Pearson   on behalf of Creditor   CoinLab, Inc. pearj@foster.com, jordc@foster.com
      Jerry N Stehlik   on behalf of Special Request   Soule Investments, LLC jstehlik@bsss-law.com, cpercy@bsss-law.com
      Robert N. Amkraut   on behalf of Creditor   Soule Investments, LLC ramkraut@riddellwilliams.com
      Tereza Simonyan   on behalf of Special Request   Bitvestment Partners LLC f/k/a Dalsa Barbour LLC simonyant@lanepowell.com, westv@lanepowell.com;docketing-sea@lanepowell.com;stephensont@lanepowell.com
      Thomas A Buford   on behalf of US Trustee   United States Trustee Thomas.A.Buford@usdoj.gov, Tara.Maurer@usdoj.gov
      United States Trustee   USTPRegion18.SE.ECF@usdoj.gov

                                                      TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

Case No.: 13−19746−KAO
Chapter: 11

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   CLI Holdings Inc
   dba Alydian
   900 Winslow Way East, Suite 100
   Bainbridge Island, WA 98110

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:
   98−1138574

## NOTICE OF DISMISSAL

Notice is hereby given that an Order of Dismissal was entered in the above referenced case on **February 26, 2014 for CLI Holdings Inc, Debtor** Any unpaid fees in a dismissed case are due and owing to the Clerk of the Bankruptcy Court.

Dated: February 26, 2014

                                           Mark L. Hatcher
                                           Clerk, U.S. Bankruptcy Court