```
                          United States Bankruptcy Court
                          Western District of Washington
```

In re:                                                                  Case No. 13-19746-KAO
CLI Holdings Inc                                                        Chapter 11
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0981-2        User: suyingl         Page 1 of 1         Date Rcvd: Feb 26, 2014
                            Form ID: pdfltd       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2014.
db             +CLI Holdings Inc,    900 Winslow Way East, Suite 100,    Bainbridge Island, WA 98110-2451

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2014                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2014 at the address(es) listed below:
              Bryan Reyhani    on behalf of Special Request    Bitvestment Partners LLC f/k/a Dalsa Barbour LLC
               bryan@rnlawfirm.com, breyhani@gmail.com
              Charles R Ekberg    on behalf of Special Request    Bitvestment Partners f/k/a Dalsa Barbour
               LLC ekbergc@lanepowell.com, Docketing-Sea@lanepowell.com
              Deirdre Glynn Levin    on behalf of Debtor    CLI Holdings Inc dglynnlevin@kellerrohrback.com,
               dmarshall@kellerrohrback.com;kengle@kellerrohrback.com
              Jane E Pearson    on behalf of Creditor    CoinLab, Inc. pearj@foster.com, jordc@foster.com
              Jerry N Stehlik    on behalf of Special Request    Soule Investments, LLC jstehlik@bsss-law.com,
               cpercy@bsss-law.com
              Robert N. Amkraut    on behalf of Creditor    Soule Investments, LLC ramkraut@riddellwilliams.com
              Tereza Simonyan    on behalf of Special Request    Bitvestment Partners LLC f/k/a Dalsa Barbour
               LLC simonyant@lanepowell.com,
               westv@lanepowell.com;docketing-sea@lanepowell.com;stephensont@lanepowell.com
              Thomas A Buford    on behalf of US Trustee    United States Trustee Thomas.A.Buford@usdoj.gov,
               Tara.Maurer@usdoj.gov
              United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                               TOTAL: 9

**Below is the Order of the Court.**

_/s/ Karen A. Overstreet_

Karen A. Overstreet
U.S. Bankruptcy Judge
**(Dated as of Entered on Docket date above)**

___

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>CLI HOLDINGS, INC. dba ALYDIAN,<br><br>Debtor. | Case No. 13-19746-KAO<br><br>ORDER DISMISSING CASE |

This matter came on for hearing upon notice on the Motion to Dismiss Chapter 11 Case filed by CoinLab, Inc., a creditor and equity holder in this case, and the Court, having considered the motion and supporting declarations, any response to the motion, and the files and records herein, finds cause exists for dismissing this case, and that such dismissal is in the best interest of creditors and the estate; it is therefore

ORDERED that this case is dismissed.

/// END OF ORDER ///

Presented by:

FOSTER PEPPER PLLC

_/s/ Jane Pearson_
Jane Pearson, WSBA #12785
Attorneys for CoinLab, Inc.

ORDER DISMISSING CASE

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51351388.1